IN THE UNITED STATES DISTRICT COURT
WESTERN PENNSYLVANIA DISTRICT: ERIE DIVISION

---

NANCY E. LEWEN

Plaintiff, Pro Se

vs

PENNSYLVANIA SOLDIERS' AND SAILORS' HOME (PSSH) et al,

Defendants

No: 17-148 Erie

MOTION FOR APPOINTMENT OF PRO BONO COUNSEL

---

Pursuant to 28 U.S.C. § 1915(e)(1), PLAINTIFF hereby moves the Court for an appointment of Pro Bono counsel for representation in the Alternative Dispute Resolution (ADR) process. Plaintiff is indigent, and has been approved to proceed informa pauperis.

Nancy E. Lewen (signature)
Nancy E. Lewen, Plaintiff, Pro Se

07 / 03 / 2017

FILED
17 JUL -5 PM 2:15
CLERK
U.S. DISTRICT COURT