IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NANCY E. LEWEN | : |
| | : Civil Action No. 1:17-cv-148-SPB |
| Plaintiff, | : |
| | : |
| v. | : |
| | : Magistrate Judge Susan Paradise |
| PENNSYLVANIA SOLDIERS' AND | : Baxter |
| SAILORS' HOME (PSSH), BARBARA | : |
| RAYMOND, PENNSYLVANIA | : |
| DEPARTMENT OF MILITARY AND | : |
| VETERANS AFFAIRS, BRIGADIER | : |
| GENERAL ANTHONY CARRELLI, | : |
| PENNSYLVANIA STATE CIVIL SERVICE | : |
| COMMISSION, CHAIRMAN BRYAN R. | : |
| LENTZ, COMMISSSIONER ODELFA | : |
| SMITH PRESTON AND COMMISSIONER | : |
| GREGORY M. LANE, | : |
| | : |
| Defendant. | : |

## DEFENDANTS RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT (ECF 26)

AND NOW, comes the Defendants, by their counsel, Deputy Attorney General Michael E. Kennedy and Kenneth Joel, Chief Deputy Attorney General and file the following Response to Plaintiff's Motion for Leave to File a Second Amended Complaint. (ECF 26);

1. Defendants consent to Plaintiffs Motion for Leave to File a Second Amended Complaint.

2. By this Consent, Defendants do not waive any substantive or procedural defenses to the Second Amended Complaint to be filed by Plaintiff.

Respectfully submitted,

JOSH SHAPIRA
Attorney General

|  |  |
|---|---|
| | By: /s/ MICHAEL E. KENNEDY |
| | MICHAEL E. KENNEDY |
| | Deputy Attorney General |
| | Attorney I.D. 52780 |
| Office of Attorney General | KENNETH L. JOEL |
| 564 Forbes Avenue, Manor Complex | Chief Deputy Attorney General |
| Pittsburgh, PA 15219 | Chief, Litigation Section |
| Date: October 6, 2017 | *Counsel for Defendants* |

Respectfully submitted,

Attorneys for Defendants,

/s/ *Michael E Kennedy*
Michael E Kennedy
Deputy Attorney General
PA ID 52780
OFFICE OF ATTORNEY GENERAL
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA 15219

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this response to motion was served upon the Plaintiff on October 6, 2017, by first class US mail to her record address:

3342 west 12th street, Erie PA 16505.

Attorneys for Defendants,
/s/ *Michael E Kennedy*
Michael E Kennedy
Deputy Attorney General
PA ID 52780