IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Nancy E. Lewen, | ) | No. 1:17 CV 00148 |
| | ) | |
| Plaintiff, | ) | Magistrate Judge Susan Paradise Baxter |
| vs. | ) | |
| | ) | Date:_____ |
| | ) | |
| Pennsylvania Soldiers and Sailors Home, *et al.* | ) | Time:_____ |
| | ) | |
| Defendants, | ) | Place:_____ |

## NOTICE OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Pursuant to F.R.C.P. Rule 65, Plaintiff hereby files MOTION FOR PRELIMINARY INJUNCTION against the following Defendants:

Pennsylvania Bureau of Professional and Occupational Affairs, and

Pennsylvania Board of Nursing, (BON)

For the irreparable injuries she has had, and is currently sustaining, from the unconstitutional and unlawful practices of the Defendants, Plaintiff seeks injunctive relief to have defamatory and unwarranted "Disciplinary History" expunged from her Pennsylvania nursing license record and from NURSYS and any and all other national nursing license databases.

Respectfully submitted this ___30th___ of ___October___, 2017.

Nancy E. Lewen
Nancy E. Lewen
3342 West 12th Street
Erie, PA 16505

FILED
OCT 30 2017
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

1