**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**



FILED

NOV – 3 2017

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| Nancy E. Lewen, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:17 CV 00148 |
| vs. | ) | |
| | ) | |
| | ) | |
| Pennsylvania Soldiers and Sailors Home, *et al.* | ) | |
| | ) | Magistrate Judge Susan Paradise Baxter |
| Defendants, | ) | |

## <u>NOTICE OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGEMENT</u>

Pursuant to F.R.C.P. Rules 56 and Local Rule 56, Plaintiff hereby files MOTION FOR

PARTIAL SUMMARY JUDGEMENT against the following Defendants.  Plaintiff requests relief for

the injuries she has and is currently sustaining from the unconstitutional and unlawful practices of the

Defendants:        Pennsylvania Soldiers and Sailors Home (PSSH)

Barbara Raymond, Commandant

Pennsylvania Department of Military and Veterans Affairs

Anthony Carrelli, Adjutant General

Pennsylvania State Civil Service Commission (SCSC)

Bryan R. Lentz, SCSC Chairman

Odelfa Smith Preston, Commissioner

Gregory M. Lane, Commissioner

Respectfully submitted this _____3rd_____ of _November_, 2017.

Nancy E. Lewen
3342 West 12th Street
Erie, PA 16505

1