## APPENDIX OF EXHIBITS[4]

| | | |
|---|---|---|
| Exh. P-15 | Letter to Barry Blasic's ex wife |
| Exh. P-16 | March 7, 2016 Statement of Barry Blasic |
| Exh P-17 | Email with postal tracking number |
| Exh P-18 | Witness Statement of Raymond Hamm and referenced letter addressed to EEOC |
| Exh P-19 | Witness Statement of Kathy Wilcox and referenced Facebook post of PHRC website |
| Exh P-20 | SCSC Form filing for appeal of termination |
| Exh P-21 | Email requesting metal detector for hearing, and SCSC letter approving it. |
| Exh P-22 | Entire 54 page Facebook messages between Nancy Lewen and Barry Blasic |
| Exh P-23 | Entire 230 page Transcript from SCSC appeal hearing on June 13, 2016 |
| Exh P-24 | SCSC Adjudications 28947, 28713, 28701, 29007 |
| Exh P-25 | Denial of Request for Reconsideration |
| Exh P-26 | May 2016 Letter from Attorney Bushinski |
| Exh P-27 | Email to Atty Kennedy offering to settle with DMVA and General Carrelli |
| Exh P-28 | Email to Atty Kennedy offering to settle with SCSC |
| Exh P-29 | August 18, 2016 email to and from Atty Bushinski |

---

4  LcvR 56 (A.)(3.) **Appendix.** Documents referenced in the Concise Statement shall be included in an appendix. Such documents need not be filed in their entirety. Instead, the filing party may extract and highlight the relevant portions of each referenced document. Photocopies of extracted pages, with appropriate identification and highlighting, will be adequate.