
**pennsylvania**
STATE CIVIL SERVICE COMMISSION

BRYAN R. LENTZ
Chairman

ODELFA SMITH PRESTON
Commissioner

GREGORY M. LANE
Commissioner

JEFFREY T. WALLACE
Executive Director

January 12, 2017

(717) 783-2924
FAX (717) 772-5120

Nancy E. Lewen
3342 West 12th Street
Erie, Pennsylvania 16505

RE: **Nancy E. Lewen v. Department of Military and Veterans Affairs**
**SCSC Appeal No. 28947**

Dear Ms. Lewen:

The State Civil Service Commission reviewed all information presented by you on your Request for Reconsideration and any attachments or additional documents. The Commission, after careful consideration, hereby denies your request and reaffirms its previous Order.

Sincerely,

Bryan R. Lentz
Chairman

MAILED: January 12, 2017

cc: Stephen J. Bushinski, Esquire
    Sheryl Cebular
    Pamela Yetter

Exh. P-25

P.O. Box 569, Harrisburg, PA 17108-0569 www.scsc.pa.gov

*Celebrating 75 Years of Merit System Hiring*