From: Nancy Lewen lewennancy@gmail.com
Subject: Re: Receipt of letter from "PSSH." Evidence of Barry's Perjury.
Date: Aug 18, 2016, 11:21:04 AM
To: Bushinski, Stephen sbushinski@pa.gov

Mr. Bushinski-

I'm acknowledging receipt of your email, and it's your call. I just thought that as an ethical attorney you should be aware of the anonymous letter and the possibility of a witness committing perjury. If you reread the email that I sent to you, I did say that I had done a little bit of research and it might not be FMLA fraud if the doctor had done the paperwork in that way. After I sent that email to you I actually did have another thought/theory that whoever mailed that to me might not have been trying to do me a favor, but might actually be some other third party anonymous female, jealous of Barry and his girlfriend, trying to make me do something to get Barry in trouble. I have no desire to get Barry, or you as an ethical attorney, in trouble.

Nancy Lewen


On Thu, Aug 18, 2016 at 10:00 AM, Bushinski, Stephen <sbushinski@pa.gov> wrote:

> Ms. Lewen-
>
> I have investigated your allegations concerning Barry Blasic in your email below. I have determined that, while he has worked part-time at the Erie County Prison, he did not, as you claim, work at the prison on any day that he was on leave under FMLA. Your implication that he committed "FMLA fraud" is unsupported by any evidence whatsoever. Your assertion that Mr. Blasic committed perjury is obviously devoid of merit.
>
> I am not agreeable to opening the record in the State Civil Service Commission matter or the Unemployment Compensation matter as you propose. I frankly would be very surprised if either

Exh. P-29    5 pages

the SCSC or the UC Board of Review would reopen the record based on the anonymous letter you had received, and on your baseless assertion that Mr. Blasic had committed perjury.

**Stephen J. Bushinski**|Senior Assistant Chief Counsel

PA Department of Military and Veterans Affairs|Office of Chief Counsel

Building 7-36, Fort Indiantown Gap

Annville, PA 17003-5002

Phone: 717-861-8503 | Fax: 717-861-8265

www.dmva.pa.gov

-

PRIVILEGED AND CONFIDENTIAL COMMUNICATION. The information transmitted is intended only for the person or entity to whom it is addressed and may contain confidential and/or privileged material. Any use of this information other than by the intended recipient is prohibited. If you receive this message in error, please send a reply email to the sender and delete the material from any and all computers. Unintended transmissions shall not constitute waiver of the attorney-client or any other privilege.

Email: sbushinski@pa.gov

**From:** Nancy Lewen [mailto:lewennancy@gmail.com]
**Sent:** Monday, August 15, 2016 5:52 PM
**To:** Bushinski, Stephen
**Subject:** Receipt of letter from "PSSH." Evidence of Barry's Perjury.

Dear Mr. Bushinski,

This morning I received an anonymous letter with the handwritten return address of "PSSH." It had been postmarked in Pittsburgh.

Inside were Facebook pictures of Barry and his girlfriend and some other things.  A little bit of investigation and I've discovered that his girlfriend is Rhonda Wilkinson's 38 year old daughter, who is the Director of Nurses at the Erie County Prison.  It also contained some Facebook postings from last year when he was very stressed out and fighting with Jenny.  At first I thought that somebody was just being mean to me, trying to rip my heart out and make me feel old and fat and insanely jealous. Then I looked at what else was in the envelope, which confused me a little bit at first. I did a little bit of research, and I realized that somebody was actually anonymously providing me with evidence showing that Barry committed perjury in his testimony at my hearings and is possibly committing FMLA fraud. They enclosed a page from the Erie County Phone Directory, showing that he is now also employed at the Erie County Prison. I googled "Erie County Barry Blasic" and easily found the complete telephone directory from June and an earlier one from April.  I already knew that he was unfairly blaming his anxiety and missed work days on me, but somebody at PSSH obviously cared enough about me to anonymously mail evidence to me.

I have a feeling that whoever mailed this to me sent it because they saw on Aug. 3rd when Tina Carmichael (CNA) jumped me on Facebook and told me off for "what I did."  It upset Elaina Ardillo more than it upset me.  I'll attach the first few comments from that lengthy exchange. Elaina loves me and is protective of me because I was very helpful to her when she was working as a CNA and going to LPN school. I'm also kind and supportive to her regarding her autistic son. Elaina no longer works at PSSH, but she is still Facebook friends with many PSSH employees.  I theorize that Tina publicly attacking me may have also upset somebody else who works at PSSH who also didn't like what was done to me.  Whoever it is was probably too afraid

to openly admit that they care about me and the PSSH residents for fear they will also get fired for caring, so they just mailed this information to me anonymously.   That is my theory anyway.

I will enclose the links, for reference purposes in the event that you are not aware that Barry took another job at the Erie County Prison sometime between April 19, 2016 and June 29 2016, which is the more likely reason that he has needed to take FMLA days from PSSH to accommodate his other job schedule.  I've read that it isn't FMLA fraud as long as the physician has documented that the PSSH job stresses him out but the prison job doesn't.  If I was the source of his anxiety, he would suffer anxiety at BOTH jobs, not just the job at PSSH.  If he did as he should have and filled out the form for Barbara Raymond to sign for permission for him to work the second job then she was very much aware of this.  If he didn't fill out the form then I guess Barry broke a rule by not doing so.

Mr. Bushinski, For the time that I have known you, you have behaved as an ethical attorney.  When I was researching for my UCBR appeal I read that in rare cases the UCBR will accept evidence that was not presented at the Referee hearing, without a remand hearing, <u>ONLY if the evidence involved perjury or information that could not have possibly been discovered prior to the hearing.</u>  I believe that this information that this anonymous person mailed to me fits into that category.  I don't know whether or not the Civil Service Commission has similar provisions.   I have given this information to you as an ethical attorney.  What you do with this information is between you and Barry and the other parties involved in this situation.  Possibly Barry could retract that part of his testimony blaming me for his anxiety and need for FMLA.  If you would like to jointly submit something to the UCBR and the Civil Service Commission, please advise and if there is anything that I need to sign I will sign and return it immediately.  If you would like for me to mail you the originals of this I certainly will, but I do not plan to waste the postage

unless you ask me to. I have turned this over to God and have no plans to perform futile legal research.

I've said all along, and I have no doubt, that Barry is mentally ill and has been used as a pawn by PSSH in a diabolical scheme to eliminate me for caring too much about quality of care issues as an advocate for the veterans. I have no doubt that Barry committed perjury, but I also have no doubt that Barry would have the legal defense of "guilty but mentally ill." His mental illness predates me loving him more than he was comfortable with. I have no plans to try to have Barry thrown in jail or pay a $15,000 fine for a second degree felony. I know that the man is swimming in debt, and he now has the added expense of dating, which can get quite expensive in some cases. I actually wish Barry all the best in recovering from the damage that Jennifer Gervasi, (not I,) did to his brain.

Have a good day.

Nancy Lewen


Here are the links to the Erie County Employee Directory. Page 10 of the 6/29/2016 was what the person mailed to me.

6/29/2016

https://www.eriecountypa.gov/media/435723/county-directory-2016-working-draft.pdf

4/18/2016


https://www.eriecountypa.gov/media/409504/county-directory-2016-working-