IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NANCY E. LEWEN | : |
| | : Civil Action No. 1:17-cv-148-BR |
| Plaintiff, | : |
| | : |
| v. | : |
| | : Magistrate Judge Susan Paradise Baxter |
| PENNSYLVANIA SOLDIERS' AND SAILORS' HOME (PSSH), BARBARA RAYMOND, PENNSYLVANIA DEPARTMENT OF MILITARY AND VETERANS AFFAIRS, BRIGADIER GENERAL ANTHONY CARRELLI, PENNSYLVANIA STATE CIVIL SERVICE COMMISSION, CHAIRMAN BRYAN R. LENTZ, COMMISSSIONER ODELFA SMITH PRESTON AND COMMISSIONER GREGORY M. LANE, | : |
| Defendant. | : |

## MOTION TO CONTINUE HEARING ON INJUNCTION

And now comes the Defendants, who file the within motion to continue the 11/14/2017 11 a.m. Hearing on the Motion for Injunctive Relief, and in support thereof set forth as follows:

1. This case surrounds Plaintiffs claims that her rights were violated by the Defendants when she was terminated from her position as a nurse at Defendant's veterans care institution.

2. Plaintiff had filed her complaint on June 8, 2017 (ECF 4)  Defendants filed an Answer and Affirmative Defenses on August 15, 2017 (ECF 18)  A Second Amended Complaint has been filed, and Defendants are to respond to the most recent Amended complaint by December 15, 2017.

3. Plaintiff has filed a motion for injunctive relief.  The court, by order of November 7, 2014, scheduled a motion hearing via telephone for 11/14/2017 at 11 a.m.

4. The undersigned had been previously scheduled for a CLE in Pittsburgh on 11/14/2017 so that he may obtain the necessary CLE's to maintain his license. (PLI, Trial by Jury) Additionally the undersigned is scheduled for 2 Initial Case Management Conferences that day, one at 1:30 with Judge Gibson (via phone) and the other at 2:15 with Judge Bissoon (either in person or by phone) involving cases in in the USDC, Western District of PA.

5. Defendants respectfully request that the motion hearing be rescheduled.

6. Plaintiff has not been been advised of this motion as Defense counsel wanted to get it filed as soon as possible.

Wherefore Defendants request the court reschedule the 11/14/2017 motion hearing.

    Respectfully submitted,

    Attorneys for Defendants,

    JOSH SHAPIRO
    Attorney General

    /s/*Michael E Kennedy*
    Michael E Kennedy
    Deputy Attorney General
    PA ID 52780

    KENNETH JOEL
    Chief Deputy Attorney General
    Chief, Litigation Section
    OFFICE OF ATTORNEY GENERAL
    6th Floor, Manor Complex
    564 Forbes Avenue
    Pittsburgh, PA 15219

CERTIFICATE OF SERVICE

I certify that a true and correct copy of this motion and the proposed order were served on Plaintiff via ECF filing and by first class US mail to her address of record, 3342 W. 12th st, Erie PA  16505 on November 8, 2017

/s/ Michael E. Kennedy