IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NANCY E. LEWEN | : | |
| | : | Civil Action No. 1:17-cv-148-SPB |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | Magistrate Judge Susan Paradise |
| PENNSYLVANIA SOLDIERS' AND | : | Baxter |
| SAILORS' HOME (PSSH), et al | : | |
| | : | |
| Defendant. | : | |
| | : | |
| | : | |
| | : | |
| | : | |

**ORDER OF COURT ON DEFENDANTS MOTION TO RESCHEDULE HEARING ON PRELIMINARY INJUNCTIVE**

AND NOW, this _____ day of November, 2017 after review of Defendants Motion to reschedule the hearing on the preliminary injunction, the motion is GRANTED. The Telephone Hearing on the Preliminary Injunction is rescheduled from 11/14/2017 at 11 a.m. to November_____,2017 at _____am/pm

BY THE COURT

_____

Magistrate Judge Susan Paradise Baxter