IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NANCY E. LEWEN | : |
| | : Civil Action No. 1:17-cv-148-SPB |
| Plaintiff, | : |
| | : |
| v. | : |
| | : Magistrate Judge Susan Paradise Baxter |
| PENNSYLVANIA SOLDIERS' AND SAILORS' HOME (PSSH), BARBARA RAYMOND, PENNSYLVANIA DEPARTMENT OF MILITARY AND VETERANS AFFAIRS, BRIGADIER GENERAL ANTHONY CARRELLI, PENNSYLVANIA STATE CIVIL SERVICE COMMISSION, CHAIRMAN BRYAN R. LENTZ, COMMISSSIONER ODELFA SMITH PRESTON AND COMMISSIONER GREGORY M. LANE, PENNSYLVANIA DEPARTMENT OF LABOR AND INDUSTRY, UNEMPLOYMENT COMPENSATION BOARD OF REVIEW, KATHY MANDERINO, SECRETARY, THE PENNSYLVANIA BUREAU OF PROFESSIONAL AND OCCUPATIONAL AFFAIRS, PENNSSYLVANIA STATE BOARD OF NURSING, SUZANNE HENDRICKS, COMMITTEE MEMBER, LINDA A. KERNS, COMMITTEE MEMBER AND SHERRI LUCHS, COMMITTEE MEMBER | : : : : : : : : : : : : : : : : |
| Defendant. | |

**MOTION TO FILE DOCUMENT UNDER SEAL**

And now comes the Defendants, who file the within Motion to File Document Under seal, and set forth as follows:

1. At Docket number 40, Plaintiff has filed a Motion for Preliminary Injunction.

2. Defendants intend to file a response to the Motion for Preliminary Injunction

3. Defendants intend to offer an exhibit that addresses confidential mental health care implications for the Plaintiff, and requests that they be able to file the document under seal. The Document will be Exhibit H to Defendants supporting Brief

4. Defendants have not discussed this matter with Plaintiff, but presumes she would consent.

Wherefore Defendants request that Exhibit H to Defendants Supporting Brief be filed under seal.

Respectfully submitted,

Attorneys for Defendants,

/s/*Michael E Kennedy*
Michael E Kennedy
Deputy Attorney General
PA ID 52780
OFFICE OF ATTORNEY GENERAL
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA 15219

**CERTIFICATEOF SERVICE**

I certify that a true and correct copy of this motion and the proposed court order were served upon the Plaintiff on November 16 2017, by first class US mail to her record address:

3342 west 12th street, Erie PA 16505.

Attorneys for Defendants,
/s/*Michael E Kennedy*
Michael E Kennedy
Deputy Attorney General
PA ID 52780