IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NANCY E. LEWEN | : |
| | : Civil Action No. 1:17-cv-148-SPB |
| Plaintiff, | : |
| | : |
| v. | : |
| | : Magistrate Judge Susan Paradise |
| PENNSYLVANIA SOLDIERS' AND SAILORS' HOME (PSSH), BARBARA RAYMOND, PENNSYLVANIA DEPARTMENT OF MILITARY AND VETERANS AFFAIRS, BRIGADIER GENERAL ANTHONY CARRELLI, PENNSYLVANIA STATE CIVIL SERVICE COMMISSION, CHAIRMAN BRYAN R. LENTZ, COMMISSSIONER ODELFA SMITH PRESTON AND COMMISSIONER GREGORY M. LANE, PENNSYLVANIA DEPARTMENT OF LABOR AND INDUSTRY, UNEMPLOYMENT COMPENSATION BOARD OF REVIEW, KATHY MANDERINO, SECRETARY, THE PENNSYLVANIA BUREAU OF PROFESSIONAL AND OCCUPATIONAL AFFAIRS, PENNSSYLVANIA STATE BOARD OF NURSING, SUZANNE HENDRICKS, COMMITTEE MEMBER, LINDA A. KERNS, COMMITTEE MEMBER AND SHERRI LUCHS, COMMITTEE MEMBER | : Baxter |
| Defendant. | |

**<u>RESPONSE TO MOTION FOR PRELIMINARY INJUNCTION</u>**

And now comes the Defendants, who file the within Response to Plaintiffs Motion for Preliminary Injunction, and set forth as follows:

At Docket number 40, Plaintiff has filed a Motion for Preliminary Injunction. In the Motion, she asks this Court to interject itself into the licensing processes and procedures of the Pennsylvania State Board of Nursing.(BON)  She has requested that this Court

intercede in the BON process to have her "defamatory and unwarranted 'Discipline History' expunged from her Pennsylvania nursing license record"  She makes this request citing no statutory authority, no defined right, no evidence of lack of process, and, most importantly, she misrepresents and/or misunderstands the status of the BON proceedings. The request is untimely and unsubstantiated, and the Court should decline to involve itself in the matter.  Defendants adopt the arguments set forth in their brief in support of this Response

Respectfully submitted,

Attorneys for Defendants,

/s/*Michael E Kennedy*
Michael E Kennedy
Deputy Attorney General
PA ID 52780
OFFICE OF ATTORNEY GENERAL
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA 15219

## CERTIFICATEOF SERVICE

I certify that a true and correct copy of this motion, the brief in support and the proposed court order were served upon the Plaintiff on November 17 2017, by first class US mail to her record address:

3342 west 12th street, Erie PA  16505.

Attorneys for Defendants,
/s/*Michael E Kennedy*
Michael E Kennedy
Deputy Attorney General
PA ID 52780