**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF STATE**
**BEFORE THE STATE BOARD OF NURSING**

**RECEIVED**
FEB 27 2017
Department of State
Prothonotary

| | |
|---|---|
| Commonwealth of Pennsylvania, Bureau of Professional and Occupational Affairs | Docket No. 0148-51-17 |
| v. | File No. 17-51-00519 |
| Nancy Cook Lewen, LPN, Respondent | |

## ORDER TO CONTINUE TEMPORARY SUSPENSION AND CLOSE CASE

AND NOW, this **24th day of February, 2017**, upon consideration of evidence presented at the preliminary hearing in this matter on February 24, 2017, at which time the commonwealth established a prima facie case supporting the allegations in the Commonwealth's Petition for Immediate Suspension, and finding that Respondent is an immediate and clear danger to patients and public health and safety, **IT IS ORDERED:**

The **IMMEDIATE TEMPORARY SUSPENSION** of the license to practice as a practical nurse in the Commonwealth of Respondent, **Nancy Cook Lewen, L.P.N., License Number PN152006L**, as ordered by the Probable Cause Screening Panel of the State Board of Nursing on January 31, 2016, **SHALL CONTINUE** until otherwise ordered by the Board, but in no event longer than 180 days from January 31, 2016, the date the Notice and Order of Temporary Suspension and the Petition for Immediate Suspension were served upon Respondent, as required by Section 17.1(a) of the Practical Nurse Law.[1] 63 P.S. § 667.1(a).

---

[1] The act of March 2, 1956, P.L. (1955) 1211. 63 P.S. §§ 651 - 667.8.

**IT IS FURTHER ORDERED** that the Commonwealth may supplement the record in this matter by filing with the Prothonotary true and correct copies of the adjudications of the Civil Service Commission and the Department of Labor & Industry.

**IT IS FURTHER ORDERED** that the above-captioned matter is **CLOSED**, subject to the right of the Commonwealth to commence further proceedings for discipline against Respondent or to continue the temporary suspension of Respondent's license.

**BY ORDER:**

*[signature]*

**CHRISTOPHER K. McNALLY**
**HEARING EXAMINER**

| | |
|---|---|
| Respondent: | Nancy Cook Lewen, L.P.N. |
| | 3342 West 12th Street |
| | Erie, PA 16505 |
| Prosecuting Attorney: | T'rese M. Evancho, Esq. |
| Board Counsel: | Ariel E. O'Malley, Esq. |
| Date of Mailing: | February 17, 2017 |



**COMMONWEALTH OF PENNSYLVANIA**
**GOVERNOR'S OFFICE OF GENERAL COUNSEL**

Christopher K. McNally
Hearing Examiner

chrmcnally@pa.gov
Direct Dial: (717) 783-1959

February 24, 2017

Nancy Cook Lewen, LPN
3342 West 12th Street
Erie, PA 16505

    **RE:**   **Order to Continue Temporary Suspension and Close Case:**
           <u>**Commonwealth of Pennsylvania, Bureau of Professional and Occupational**</u>
           <u>**Affairs v. Nancy Cook Lewen, LPN, Respondent**</u>
           **Docket No.**   **0148-51-17; File No. 17-51-00519**

Dear Ms. Lewen:

    I have enclosed a copy of the Order to Continue Temporary Suspension and Close Case.

    Thank you for your attention to this matter. Please contact me if you have any questions.

                                    Sincerely,

                                    Christopher K. McNally
                                    Hearing Examiner

CKMcN:
Enclosure

cc:   T'rese M. Evancho, Esquire
      Ariel E. O'Malley, Esquire
          State Board Of Nursing

**DEPARTMENT OF STATE/OFFICE OF HEARING EXAMINERS**
**2601 NORTH 3RD STREET/P.O. BOX 2649/HARRISBURG, PA 17105-2649**
**PHONE: 717-772-2686/FAX:717-772-1892/WWW.DOS.STATE.PA.US**

