

PROTHONOTARY

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF STATE**
**BEFORE THE STATE BOARD OF NURSING**

2017 SEP 15 AM 9: 56

Department of State

| | | |
|---|---|---|
| In the Matter of the Petition | : | |
| For Reinstatement of the License to | : | Docket No. 1786-51-17 |
| Practice Practical Nurse of | : | File No. 17-51-10567 |
| Nancy Cook Lewen, LPN, | : | |
| Petitioner | : | |

## FINAL ORDER REINSTATING LICENSE TO UNRESTRICTED STATUS

AND NOW, this 15th day of September, 2017, the State Board of Nursing, with the exclusion of the members of the Probable Cause Screening Committee,[1] upon consideration of the Probable Cause Screening Committee's January 31, 2017, Order of Temporary Suspension and Notice of Hearing and the expiration of the 180-day period wherein Petitioner's license can be suspended under that Order, hereby **LIFTS** the suspension on Petitioner Nancy Cook Lewen's license, License No. PN152006L, and **REINSTATES** the license to unrestricted status.

**BUREAU OF PROFESSIONAL AND OCCUPATIONAL AFFAIRS**

**IAN J. HARLOW**
**COMMISSIONER**

**BY ORDER:**
**STATE BOARD OF NURSING**

**LINDA L. KMETZ, PHD, RN**
**CHAIRPERSON**

Petitioner:

Nancy Cook Lewen, LPN
3342 West 12th Street
Erie, PA  16505

Prosecuting Attorney:

T'rese M. Evancho, Esquire

Board Counsel:

Judith Pachter Schulder, Esquire

Date of Mailing:

September 15, 2017

---

[1] Suzanne Hendricks, BSBH, RN, LPN, Linda A. Kerns, Esquire, and Sherri Luchs, RN, served a members of the Probable Cause Screening Committee in this matter. Other than making the determination to temporarily suspend Petitioner's license, the Probable Cause Screening Committee members did not participate in this matter further.

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF STATE
BEFORE THE STATE BOARD OF NURSING

In Re:

The Fitness of Nancy Cook Lewen, LPN          File No.          17-51-00880
to Practice as a Practical Nurse With
Reasonable Skill and Safety

### PETITION TO REINSTATE PRACTICAL NURSING LICENSE

1) Petitioner, Nancy Cook Lewen, license number PN152006L, hereby petitions the State Board of Nursing for reinstatement of her practical nursing license. Practical Nurse Law Act of Mar. 2, (1956) 1955, P.L. 1211, Section 17.1 (a) states, in part, *"The temporary suspension shall remain in effect until vacated by the board, but in no event longer than one hundred eighty (180) days."*

2) Monday July 31, 2017 was the 181st day of the temporary suspension. The Petitioner's practical nursing license remains suspended without explanation or instruction by the Board of Nursing. The Petitioner's practical nursing license should immediately be reinstated, or cause should be shown by the Board of Nursing as to why the Petitioners license remains suspended beyond 180 days.

3) Petitioner is an overcomer of domestic violence, who has been diagnosed since 1986 with "Gross Stress Reaction," the DSM precursor diagnosis to "Post Traumatic Stress Disorder."

4) Petitioner is a whistleblower, who reported elder abuse and neglect and other quality of care issues to the Pennsylvania Department of Health and the Pennsylvania Office of the Attorney General, and voiced several other safety concerns, and was subsequently terminated as an act of retaliation by the Pennsylvania Soldiers and Sailor's Home under pretextual allegations of "workplace violence."

1

5) Petitioner's stress disorder was triggered, and Petitioner suffered a complete psychotic breakdown as a direct result of administrative bullying under color of law by Pennsylvania Commonwealth employees in positions of power.

6) Petitioner has not practiced nursing since being terminated by the Pennsylvania Soldiers and Sailor's Home on March 2, 2016 and at no time demonstrated any harmful behavior towards patients.

7) Petitioner has no criminal history and no history of drug or alcohol addiction.

8) Petitioner has been licensed as a Practical/Vocational nurse since 1995 in the states of Texas, Pennsylvania and Rhode Island, and has had no other disciplinary actions by any other employers or any nursing boards. Prior to the retaliatory termination, Petitioner had good performance evaluations, good attendance record and good rapport with patients, coworkers and supervisors while employed at the Pennsylvania Soldiers and Sailor's Home and all other nursing positions since 1995.

9) On January 31, 2017, Petitioner's practical nursing license was temporarily suspended.

10) On January 31, 2017, Petitioner was ordered by the Pennsylvania Board of Nursing to submit to a mental and physical examination on April 7, 2017 by Dr. Robert M. Wettstein.

11) Since February 25, 2017, Petitioner has been employed in a full time non nursing position as a cashier at Lowe's Home Improvement Stores. Petitioner has demonstrated perfect attendance, good job performance and was promoted to the position of Administrative Assistant in July 2017. Petitioner has excellent rapport with customers, coworkers and supervisors in that non nursing position.

12) On April 7, 2017, Petitioner willingly submitted to examination by Dr. Robert M. Wettstein.

13) $50.00 reinstatement fee is enclosed, made payable to the Commonwealth of Pennsylvania.

Respectfully Submitted this ___4___ day of __August__ 2017.

_Nancy Cook Lewen_
Nancy Cook Lewen, Petitioner, pro se

2

Certificate of Service

I certify that a copy of the foregoing PETITION TO REINSTATE PRACTICAL NURSING LICENSE was sent by US Certified Mail on _August 4_, 2017 to:

Pennsylvania State Board of Nursing
2601 N 3rd St.
Harrisburg, PA 17110

T'rese M. Evancho, Prosecuting Attorney
Commonwealth of Pennsylvania
Bureau of Professional and Occupational Affairs
2601 North Third Street
Harrisburg, PA 17106-9521

3