# EXHIBIT H TO DEFENDANTS BRIEF IN SUPPORT OF DEFENDANTS RESPONSE TO PLAINTIFFS MOTION FOR INJUNCTIVE RELIEF

# REDACTED