IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NANCY E. LEWEN | Civil Action No. 1:17-cv-148-SPB |
| Plaintiff, | |
| v. | |
| PENNSYLVANIA SOLDIERS' AND SAILORS' HOME (PSSH), et al | Magistrate Judge Susan Paradise Baxter |
| Defendant. | |

## ORDER OF COURT

AND NOW, this 17th day of November, 2017, upon consideration of Defendants Motion to File Document Under Seal, the Motion is GRANTED. Defendants are to provide an original, non-redacted version of Exhibit H to their Brief to the Court via email or facsimile, and a copy to the Plaintiff. The redacted version of Exhibit H will be filed on the docket, and Defense counsel will comply with any further directive from the Clerk of Court to provide an original copy of Exhibit H to the Clerk's office.

BY THE COURT

_Susan Paradise Baxter_

Magistrate Judge Susan Paradise Baxter