UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NANCY E. LEWEN,<br>      Plaintiff, pro se<br><br>vs.<br>PENNSYLVANIA SOLDIERS'<br>AND SAILORS' HOME (PSSH), et al.<br>      Defendants | Case No.: No. 1:17-CV-00148<br><br>**NOTICE OF LOSS OF HOME AND CHANGE OF MAILING ADDRESS** |

    Now comes the Plaintiff, Nancy E. Lewen, *pro se*, who on March 31, 2018, lost her home as a direct result of the Defendant's whistleblower retaliation and overt hostility over the past two years.

    Until further update, all future correspondence in this case should be mailed to:

Nancy E. Lewen
c/o Balbindar Gill
150 Chad Brown St.
Providence, RI 02908

_____  Dated 4/17/2018
Nancy E. Lewen

FILED
APR 23 2018
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA