IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NANCY E. LEWEN, <br><br> Plaintiff, <br><br> v. <br><br> PENNSYLVANIA SOLDIERS' AND SAILORS' HOME (PSSH), BARBARA RAYMOND, PENNSYLVANIA DEPARTMENT OF MILITARY AND VETERANS AFFAIRS, BRIGADIER GENERAL ANTHONY CARRELLI, PENNSYLVANIA STATE CIVIL SERVICE COMMISSION, CHAIRMAN BRYAN R. LENTZ, COMMISSSIONER ODELFA SMITH PRESTON AND COMMISSIONER GREGORY M. LANE, <br><br> Defendant. | Civil Action No. 1:17-cv-148-BR <br><br><br> Magistrate Judge Susan Paradise Baxter |

## NOTICE OF CHANGE OF ADDRESS

As of June 13, 2018, the undersigned has relocated his office to the following address:

Michael E Kennedy, Esquire
Senior Deputy Attorney General
Pennsylvania Office of Attorney General
1251 Waterfront Place
Mezzanine Level
Pittsburgh PA, 15222
mkennedy@attorneygeneral.gov
412 565 7680 phone
412 565 3028 fax

JOSH SHAPIRO
Attorney General
/s/ *Michael E. Kennedy*
MICHAEL E. KENNEDY
Deputy Attorney General
PA ID 52780

OFFICE OF ATTORNEY GENERAL
1251 Waterfront Place
Mezzanine Level
Pittsburgh, PA 15222

KELI M. NEARY
Acting Chief Deputy Attorney General
Chief, Litigation Section

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this **Notice of Address Change** was served on Plaintiff via ECF filing and by first class US mail to her address of record, c/o Balbindar Gill, 150 Chad Brown Street, Providence, RI, 02908 on June 13, 2018.

/s/ *Michael E. Kennedy*
MICHAEL E. KENNEDY
Deputy Attorney General
PA ID 52780

OFFICE OF ATTORNEY GENERAL
1251 Waterfront Place
Mezzanine Level
Pittsburgh, PA 15222

KELI M. NEARY
Acting Chief Deputy Attorney General
Chief, Litigation Section