IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NANCY E. LEWEN, )<br>          Plaintiff, )<br>)<br>v. )<br>)<br>PENNSYLVANIA SOLDIERS' AND )<br>SAILORS' HOME, et al., )<br>          Defendants. ) | C.A. No. 17-148 Erie<br><br>District Judge Susan Paradise Baxter |

## ORDER

AND NOW, this 25th day of March, 2019,

For the reasons set forth in this Court's Memorandum Opinion issued on this date, IT IS HEREBY ORDERED that Defendants' motion to dismiss [ECF No. 60] is DENIED as to Plaintiff's First Amendment freedom of speech and retaliation claims against Defendant Raymond, only, but is GRANTED as to all other claims against all other Defendants who joined in the motion.

IT IS FURTHER ORDERED that, pursuant to the authority granted by the PLRA, Plaintiff's claim against the unnamed Defendants identified as "unknown Board members" is DISMISSED as frivolous, *sua sponte*.

Based on the foregoing, all claims other than Plaintiff's First Amendment claims against Defendant Raymond are DISMISSED, and the Clerk is directed to terminate all Defendants other than Defendant Raymond from this case.

                                                                                             */s/ Susan Paradise Baxter*
                                                                         SUSAN PARADISE BAXTER
                                                                         United States District Judge