IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NANCY E. LEWEN, | ) |
|         Plaintiff, | ) |
| v. | ) |
| | ) |
| PENNSYLVANIA SOLDIERS' | ) |
| AND   SAILORS' HOME, et al., | ) C.A. No. 17-148 Erie |
|         Defendants. | ) |
| | )District Judge Susan Paradise Baxter |

**NOTICE OF WITHDRAWAL OF PLAINTIFF'S
MOTION TO ALTER OR AMEND JUDGMENT**

On April 2, 1019, Plaintiff Nancy E. Lewen, pro se, placed in the mail a MOTION TO ALTER OR AMEND JUDGMENT, signed April 1, 2019, wherein she respectfully moved this Court under Rule 59(e) of the Federal Rules of Civil Procedure to alter or amend its judgment entered on March 25, 2019. (Docket No. 67 and 68).   That pleading appears to have been lost in the mail.  Plaintiff plans to replace the lost pleading, but will update it with information from an Order entered by the Pennsylvania Commonwealth Court on April 4, 2019 regarding the Pennsylvania Unemployment Compensation Board of Review.

Plaintiff now files this Notice to inform the Court that she is withdrawing her previously mailed MOTION TO ALTER OR AMEND JUDGMENT, to avoid confusion should the first pleading ever show up in the mail.

Respectfully submitted this 8th day of April, 2019.

/s/ Nancy E. Lewen, Plaintiff, pro se
150 Chad Brown Street
Providence, RI 02908