# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NANCY E. LEWEN, | ) |
|        Plaintiff, | ) |
| v. | ) |
| | ) |
| PENNSYLVANIA SOLDIERS' | ) |
| AND   SAILORS' HOME, et al., | ) C.A. No. 17-148 Erie |
| | ) |
|        Defendants. | )District Judge Susan Paradise Baxter |

## JOINT MOTION TO APPEAR TELEPHONICALLY

We, Nancy E. Lewen, Plaintiff, pro se, and Michael E. Kennedy, Esq, Counsel for the Defendant, hereby jointly request permission from the Court to appear telephonically for the Case Management Conference on April 30, 2019 at 11:00 A.M.    The parties agreed in email communication on Tuesday, April 16, 2019 that both parties wish to attend by telephone due to their geographic locations and distance from Erie, Pennsylvania.  Plaintiff is currently residing 530 miles away in Providence, Rhode Island, having lost her home in Erie in March 2018.  Attorney Kennedy's office is located in Pittsburgh, Pennsylvania, 130 miles away.

Wherefore, the parties respectfully request that they be permitted to appear telephonically at the Case Management Conference on April 30, 2019 at 11:00 AM, and that the Court order Michael E. Kennedy Esq. to initiate the conference call.

Respectfully Submitted,

/s/  Nancy E. Lewen
150 Chad Brown Street
Providence, RI 02908

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2019 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Michael E. Kennedy, Esq.
Senior Deputy Attorney General
PA Office of the Attorney General
1251 Waterfront Place
Mezzanine Level
Pittsburgh, PA 15222


/s/ Nancy E. Lewen
150 Chad Brown Street
Providence, RI 02908