IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Nancy E. Lewen )
)
)
_____ Plaintiff )
vs. )   No.   1:17-cv-148
Pennsylvania Soldiers and Sailors Home, et al )
)
)
Defendants )

**HEARING ON**  Case Management Conference  April 20, 2019

Before U. S. District Judge  Susan Paradise Baxter

Nancy E. Lewen, pro se                           Michael E. Kennedy, Esq.

Appear for Plaintiff                             Appear for Defendant

Hearing Begun   11:00 AM                         Hearing Adjourned to

Hearing concluded C.A.V.   11:10 AM              Stenographer Janis Ferguson
                                                 CD:         Index:

**WITNESSES**

For Plaintiff                                    For Defendant

Discovery to close:  10/1/19                     Rule 26(a) disclosures by 7/1/19

~~Dispositive Motions with Brief due~~:          Additional parties added by 7-17-19

~~Responses to Motions due~~:                    Pleadings amended by 7-17-19

~~Plaintiff's Pretrial Statement due~~:  Telephonic status conference 10/3/19

~~Defendant's Pretrial Statement due~~:                           at 11:00 AM

~~Lead Counsel~~:

ADR Program chosen:   N/A

~~Compensation for neutral/mediator~~:                ~~%~~ Plaintiff     ~~% Defendant~~