# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Nancy E. Lewen | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 1:17-cv-148-SPB |
| | ) |
| Pennsylvania Soldiers' and Sailors' Home, et al. | ) |
| Defendants. | ) |

**HEARING ON** Pl.'s Mot. to Compel Prod. of Docs., ECF No. 80

Before U.S. District Judge Susan Paradise Baxter

| Nancy E. Lewen, pro se | Michael E. Kennedy, Esq. |
|---|---|
| Appear for Plaintiff | Appear for Defendants |

Hearing begun  7/16/2019 at 2:00 p.m.    ~~Hearing adjourned to~~

Hearing concluded  2:20 p.m.    Stenographer   Janis Ferguson

Clerk   Kathleen A. Scibetta

The Court held a telephonic motion hearing on Plaintiff's motion to compel the production of documents, ECF No. [80]. The Court granted the motion in part and denied it in part as set forth in more detail on the record. A telephonic status conference was previously scheduled for 10/3/19, at which time the Court will discuss the state of discovery and set deadlines for Rule 56 motions. In the meantime, if Defendant is interested in exploring a possible settlement, her attorney should contact the Court.