IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NANCY E. LEWEN, | ) |
|         Plaintiff, | ) |
| v. | ) |
| | ) |
| PENNSYLVANIA SOLDIERS' | ) |
| AND  SAILORS' HOME, et al., | ) C.A. No. 17-148 Erie |
| | ) |
|         Defendants. | ) District Judge Susan Paradise Baxter |

NOTICE OF FINAL ORDERS AND OPINIONS IN RELATED
PENNSYLVANIA COMMONWEALTH COURT APPELLATE CASES

Case #152 CD 2019, Lewen v. UCBR
Filed February 7, 2019
Dismissed as untimely on April 4, 2019

Case #153 CD 2019, Lewen v. BON/BPOA
Filed February 7, 2019
Dismissed as untimely on April 16, 2019

Case #151 CD 2019, Lewen v. DMVA/SCSC
Filed February 7, 2019
Dismissed as untimely on April 30, 2019

Case #1685 CD 2018, Lewen v. BON/BPOA
Filed December 26, 2019
Affirmed on July 26, 2019


Respectfully,


/s/  Nancy E. Lewen, Plaintiff, pro se
150 Chad Brown Street
Providence, RI 02908