# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NANCY E. LEWEN, | ) |
| Plaintiff, | ) Case No. 17-148 |
| vs. | ) |
| PENNSYLVANIA SOLDIERS' AND SAILORS' HOME (PSSH), ET AL., | ) *Electronically Filed* |
| Defendants. | ) |

## SUBSTITUTION OF APPEARANCE

Kindly substitute the appearance of Sr. Deputy Attorney General Scott A. Bradley on behalf of the Defendants, **Commandant Barbara Raymond,** in the above captioned case.

Respectfully Submitted,

JOSH SHAPIRO
Attorney General

By: */s/ Scott A. Bradley*
Scott A. Bradley
Sr. Deputy Attorney General
Attorney I.D. No. 44627

OFFICE OF ATTORNEY GENERAL
Civil Litigation
1251 Waterfront Place
Mezzanine Level
Pittsburgh, PA 15222

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing

*SUBSTITUTION OF APPEARANCE* was served upon the following counsel of record,

via CM/ECF System on September 12, 2019:

**Nancy E. Lewen**
**150 Chad Brown Street**
**Providence, RI 02908**

                                                   Respectfully Submitted,

                                                   JOSH SHAPIRO
                                                   Attorney General

By:   */s/ Scott A. Bradley*
        Scott A. Bradley
        Sr. Deputy Attorney General
        Attorney I.D. No. 44627

OFFICE OF ATTORNEY GENERAL
1251 Waterfront Place
Mezzanine Level
Pittsburgh, PA 15222

Date: September 12, 2019