IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NANCY E. LEWEN, | CIVIL ACTION |
| Plaintiff, | No.   1:17-cv-00148-SPB |
| v. | |
| PENNSYLVANIA SOLDIERS' AND SAILORS' HOME (PSSH), et al. | **ELECTRONICALLY FILED** |
| Defendants. | |

**MOTION FOR WITHDRAWAL OF APPEARANCE PURSUANT TO LC v R 83.2 (c)(4)**

AND NOW comes Defendants, Pennsylvania Soldiers' and Sailors' Home (PSSH), et al., and set forth the following in support of their Motion for Withdrawal of Appearance Pursuant to LC v R 83.2 (c)(4):

1. The undersigned has entered an appearance in this action on behalf of Defendants Pennsylvania Solders' and Sailors' Home (PSSH), et al.;

2. The undersigned has resigned his position with the Office of Attorney General to take other employment;

3. Yana L. Warshafsky, Deputy Attorney General, who has already entered her appearance in this matter, will continue to represent Defendants Pennsylvania Solders' and Sailors' Home (PSSH), et al.

**WHEREFORE**, the undersigned requests that the Court grant his Motion for Withdrawal.

Dated: September 16, 2019

Respectfully submitted,

YVONNE S. HILTON
 City Solicitor

s/Michael E. Kennedy
Michael E. Kennedy (Pa. ID No. 52780)
Associate City Solicitor

City of Pittsburgh Department of Law
414 Grant Street
313 City-County Building
Pittsburgh, PA 15219
(412) 255-2025
michael.kennedy@pittsburghpa.gov
*Counsel for Defendants Pennsylvania Soldiers'
and Sailors' Home (PSSH), et al.*