IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NANCY E. LEWEN | : |
| | : Civil Action No. 1:17-cv-148-SPB |
| Plaintiff, | : |
| | : |
| v. | : |
| | : Judge Susan Paradise Baxter |
| PENNSYLVANIA SOLDIERS' AND | : |
| SAILORS' HOME (PSSH), BARBARA | : |
| RAYMOND, PENNSYLVANIA | : |
| DEPARTMENT OF MILITARY AND | : |
| VETERANS AFFAIRS, BRIGADIER | : |
| GENERAL ANTHONY CARRELLI, | : |
| PENNSYLVANIA STATE CIVIL SERVICE | : |
| COMMISSION, CHAIRMAN BRYAN R. | : |
| LENTZ, COMMISSSIONER ODELFA | : |
| SMITH PRESTON AND COMMISSIONER | : |
| GREGORY M. LANE, | : |
| | : |
| Defendants. | : |

## MOTION FOR EXTENSION OF TIME

AND NOW, comes Defendant Raymond, and moves this Honorable Court for an extension of time to submit her Motion for Summary Judgment based on the following:

1. This case arises from Plaintiff's termination from her employment with Pennsylvania Soldiers and Sailors Home (PASSH), and her efforts to contest that termination through the civil service procedures available to her. Plaintiffs' Second Amended Complaint (SAC) (ECF 31) contains the operative factual assertions.

2. Following the Defendants' submission of a 12(b)(6) motion, and Plaintiff's responses thereto, the Court granted in part and denied in part the motion, holding that Plaintiff could proceed with a claim for retaliation and freedom of speech against Defendant Raymond.

3. The parties engaged in discovery and Plaintiff's deposition was conducted.

1

4. Presently, Defendants' motion for summary judgment is due on March 6, 2020.

5. Due to out of office depositions and court appearances, as well as upcoming personnel changes, undersigned counsel, regrettably, is unable to comply with this deadline.

6. As such, it is respectfully requested that the Court grant an extension of 45 days in which to file a dispositive motion on behalf of Defendant Raymond.

7. It is not believe that this request for extension will be prejudicial to the Plaintiff.

WHEREFORE, Defendant Raymond requests an extension of time to submit the dispositive Motion, supporting documents, and any appropriate responses and replies which may be necessary.

        Respectfully submitted,

        JOSH SHAPIRO
        Attorney General

By:  */s/ Yana L. Warshafsky*
      Yana L. Warshafsky
      Deputy Attorney General
      Attorney ID: 312915

Office of Attorney General         KAREN M. ROMANO
1251 Waterfront Place, Mezzanine Level    Chief Deputy Attorney General
Pittsburgh, PA 15222            Civil Litigation Section

Date:  March 5, 2020            *Counsel for Defendants*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the within **MOTION FOR EXTENSION OF TIME** was electronically filed with the Court and served upon the following by first class mail:

**Nancy E. Lewen**
**150 Chad Brown St**
**Providence, RI 02908**

/s/ Yana L. Warshafsky
Yana L. Warshafsky
Deputy Attorney General

Office of Attorney General
1251 Waterfront Place, Mezzanine Level
Pittsburgh, PA 15222

Date:  March 5, 2020