IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NANCY E. LEWEN | : |
| | : Civil Action No. 1:17-cv-148-SPB |
| Plaintiff, | : |
| | : |
| v. | : |
| | : Judge Susan Paradise Baxter |
| PENNSYLVANIA SOLDIERS' AND | : |
| SAILORS' HOME (PSSH), BARBARA | : |
| RAYMOND, PENNSYLVANIA | : |
| DEPARTMENT OF MILITARY AND | : |
| VETERANS AFFAIRS, BRIGADIER | : |
| GENERAL ANTHONY CARRELLI, | : |
| PENNSYLVANIA STATE CIVIL SERVICE | : |
| COMMISSION, CHAIRMAN BRYAN R. | : |
| LENTZ, COMMISSSIONER ODELFA | : |
| SMITH PRESTON AND COMMISSIONER | : |
| GREGORY M. LANE, | : |
| | : |
| Defendants. | : |

## **ORDER**

AND NOW, this _____day of _____2020, upon consideration of the Motion for Extension of Time filed by the Defendants, it is hereby ORDERED that said Motion is GRANTED.  Defendants' Motion for Summary Judgment is due on or before April 20, 2020.

_____