IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NANCY E. LEWEN | : | Civil Action No. 1:17-cv-148 SBP |
| Plaintiff, | : | Judge Susan Paradise Baxter |
| | : | |
| v. | : | |
| | : | |
| BARBARA RAYMOND | : | |
| Defendant. | : | |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

AND NOW, comes Defendant, through her counsel, Anna Zalewski, Deputy Attorney General, and Karen M. Romano, Chief Deputy Attorney General, Litigation Section, and respectfully submit Defendant's Motion for Summary Judgment on all claims asserted by Plaintiff in this matter.

1. Plaintiff initiated this *pro se* First Amendment action by filing a Complaint on June 8, 2017 [ECF No. 4]. Plaintiff subsequently filed an Amended Complaint [ECF. No. 25] and a Second Amended Complaint [ECF. No. 31]; the latter of which is the operative Complaint in this case.

2. Plaintiff was employed as a Licensed Practical Nurse at Pennsylvania Soliders' and Sailors' Home.

3. She was terminated on March 14, 2016, for violations of the Commonwealth of Pennsylvania and Department of Military and Veterans Affairs employee policies. Specifically, sexual harassment of a co-worker, and other intimidating, threatening, and inappropriate conduct towards her coworkers and chain of command.

4. Despite the undisputed evidence demonstrating Plaintiff's severe misconduct at work, she has sued Defendant asserting that her termination was actually for voicing concerns of elder abuse and neglect.

5. Plaintiff has produced no evidence corroborating any of her accusations.

6. Defendant now moves for summary judgment on all claims in this matter because there are no genuine issues of material fact asserted by Plaintiff.

7. Defendant has herewith filed a Brief and a Concise Statement of Undisputed Material Facts with accompanying exhibits, providing reasons in support of the foregoing assertions with greater particularity; the contents therein are incorporated by reference.

WHEREFORE, it is respectfully respected that summary judgment be granted in favor of Defendant.

Respectfully Submitted,

/s/Anna Zalewski
Deputy Attorney General
Mezzaine Level
1251 Waterfront Place
Pittsburgh, PA 1522
azalewski@attorneygeneral.gov

Dated: June 10, 2020                    *Counsel for Defendant*