| | |
|---|---|
| NANCY E. LEWEN | : |
| | : Civil Action No. 1:17-cv-148-SPB |
| Plaintiff, | : |
| | : |
| v. | : |
| | : Judge Susan Paradise Baxter |
| BARBARA RAYMOND, | : |
| | : |
| Defendant. | : |
| | : |

## ATTACHMENTS TO
## DEFENDANT'S STATEMENT OF UNDISPUTED FACTS

### List of Exhibits attached to
### Statement of Undisputed Facts

**Defendant- Exhibits**  **Description**

1   Unemployment Compensation Hearing, June 24, 2016

2   Executive Order 2002-4, Prohibition of Sexual Harassment in the Commonwealth

3   DMVA Prohibition of Sexual Harassment

4   DMVA Workplace Violence and Workplace Bullying Prevention Policy

5   Management Directive 205.33, Workplace Violence

6   Management Directive 205.34, Commonwealth of Pennsylvania Information Technology Acceptable Use Policy

7   DMVA Standards of Conduct and Work Rules

8   State Civil Service Commission Hearing, June 13, 2016

9   Facebook Messages between Nancy Lewen and Barry Blasic

10  Nancy Lewen email to Barry Blasic, dated March 1, 2016

11  Nancy Lewen email to Barry Blasic, March 2, 2016

12  Transcript from March 7, 2016 PDC Hearing (Print Out)

13  Transcript from March 10, 2016 PDC Hearing (print out)

14  Notice of Suspension Letter, March 2, 2016

15  Notice of Termination Letter, March 14, 2016

16  Commonwealth Employee Witness Statement, Nancy Lewen, February 22, 2016

17 Commonwealth Employee Witness Statement, Kathy Wilcox, February 25, 2016

18 DMVA Website

19 Nancy Lewen Deposition

20 Letter to EEOC (by Plaintiff) dated February 22, 2016

21 Letter to EEOC (by Plaintiff) dated May 23, 2016

22 Complaint and Letter to Pennsylvania Attorney General

23 Attorney General Investigative Report – Lewen

24 Attorney General Investigative Report – Raymond

25 Brian Skinner Emails, dated March 2, 2016

26 Emails dated April 20, 2016 re: AG elder abuse & DOH complaints, with messages

27 Email FW Residents Rights

28 Declaration Barbara Raymond

29 Affidavit of Susan Williamson

30 Blasic Witness Statement

31. Letter to Plaintiff, dated December 15, 2015

32. Letter to Plaintiff, dated February 24, 2016

 

            Respectfully submitted,

              /s/ Anna Zalewski
            Anna Zalewski, DAG
            Office of the Attorney General
            Mezzanine Level
            1251 Waterfront Place
            Pittsburgh, PA 15222
            azalewski@attorneygeneral.gov

            *Counsel for Defendant*

Date:  June 10, 2020