# DEFENDANT - SMF

# EXHIBIT 9

1   Nancy Lewen, Barry Blasic
2   Barry BlasicMonday, February 29, 2016 at 9:41am EST

3   Due to frequency and sheer volume of messaging I decided it's time to block you. I'm frustrated and
4   confused by your rapid escalation of intended affection. I was concerned that i had somehow given you
5   the wrong impression but I'm fairly certain I did not. Facebook is all about sharing, what you're doing,
6   where you are, who you're with, how you feel and of course what you're eating. I am not one to share
7   alot. You on the other hand are. That's fine. However I'm not very interested in viewing links people
8   post. Not interested in listening to their music. Not interested in hearing how great their lives are or
9   who they hate today. Not interested in what room of which house you and Matt had sex in. Not
10  interested in much of anything right now that doesn't pertain to my children and bettering their lives.
11  This ongoing one-sided relationship has become such a distraction to me and I can't allow it to
12  continue. This has certainly been an eye opening experience. I wish you the best. I will not shun you or
13  avoid you in any way and we can continue to interact on a friendly and professional level. Sorry I
14  allowed it to get to this before addressing it.

15  Nancy LewenMonday, February 29, 2016 at 7:56am EST

16  Nancy LewenMonday, February 29, 2016 at 7:53am EST

17  I had my daughter and son in law, Jen and Scott, take a look at my shed while they were in Erie last
18  evening. It doesn't really need replaced. it just needs the OSB floor replaced. The wood frame
19  foundation is treated wood and isn't rotten. I hadn't actually looked at it and thought the whole
20  foundation was rotten. They plan to come up some weekend when it's a bit warmer and fix it for
21  probably around $100, maybe a bit more. The cost of the OSB and whatever hardware is needed I'm
22  sure Fred will come running over to help as soon as he hears a power tool being fired up and my other
23  son in law next door will help too if he's needed. Sean doesn't get into that stuff quite as much as Fred.
24  I basically use the shed to store the lawnmower since I don't have a garage.

25  Nancy LewenSunday, February 28, 2016 at 6:55pm EST

26  If somebody asks me what I did today, the kids surprised me for my birthday. I joined AARP. I'm about
27  to make sure that I have all my paperwork together got running to the bank and the attorney tomorrow.
28  I've decided to keep Matt's phone number just in case.

29  Nancy LewenSunday, February 28, 2016 at 1:26pm EST

30  Sadly, as hard as we tried, Matt and I just couldn't hold a conversation about anything that didn't
31  involve sexual innuendoes. We really really did try to hold a normal conversation and just couldn't do
32  it. That was the reason I cried in his dining room that day and he comforted me. We both knew that
33  there has to be communication about something other than sex. I had to chuckle when I saw Matt's
34  updated plenty of fish profile. The whole thing is one big sexual innuendo. I don't plan to contact him,
35  but if accidentally do contact him I'm sure the sext messages will be funny as hell. []

1



1    Nancy LewenSunday, February 28, 2016 at 1:19pm EST

2    Nancy LewenSunday, February 28, 2016 at 1:18pm EST

3    Nancy LewenSunday, February 28, 2016 at 1:18pm EST

4    Nancy LewenSunday, February 28, 2016 at 1:17pm EST

5    Nancy LewenSunday, February 28, 2016 at 1:17pm EST

6    Nancy LewenSunday, February 28, 2016 at 1:16pm EST

7    Nancy LewenSunday, February 28, 2016 at 1:16pm EST

8    Nancy LewenSunday, February 28, 2016 at 1:15pm EST

9    Nancy LewenSunday, February 28, 2016 at 1:15pm EST

10   Nancy LewenSunday, February 28, 2016 at 1:14pm EST

11   Nancy LewenSunday, February 28, 2016 at 1:14pm EST

12   Nancy LewenSunday, February 28, 2016 at 1:13pm EST

13   Nancy LewenSunday, February 28, 2016 at 1:13pm EST

14   Nancy LewenSunday, February 28, 2016 at 1:12pm EST

15   Nancy LewenSunday, February 28, 2016 at 1:12pm EST

16   I've been taking myself to the toilet to remain continent today, and trying not to touch myself while I'm
17   in there. I still have Matt's number in my phone and was reading through pages and pages of text
18   messages from almost a year ago. Here's some excerpts from when Matt and I were going our separate
19   ways last year. It was a fun fling while it lasted. No regrets.

20   Nancy LewenSunday, February 28, 2016 at 1:07pm EST

21   Sometimes when I laugh really hard I pee my pants a little bit. Can't help it. Chris Wills does too. It's
22   normal for women our age.

23   Nancy LewenSunday, February 28, 2016 at 11:36am EST

24   Nancy LewenSunday, February 28, 2016 at 10:19am EST

25   His POF profile pic is from the IT conference that he went to in Las Vegas. I think it was called EMC
26   or something like that. I clearly remember that Matt stayed drunk and horny the entire time he was in
27   Las Vegas at the IT conference.

28   Nancy LewenSunday, February 28, 2016 at 10:17am EST

29   Last Spring I mean. I don't know if it was there last Fall or not.

1   Nancy LewenSunday, February 28, 2016 at 10:16am EST

2   Here's the bedroom where Matt and I made love for a long time. It seemed like hours, but probably
3   wasn't. Only difference was I notice that there's a sign above the bed now that says "Together or not at
4   all." That wasn't there last Fall.

5   Nancy LewenSunday, February 28, 2016 at 10:15am EST

6   Nancy LewenSunday, February 28, 2016 at 10:15am EST

7   Now that I think about it, the livingroom was also the last place that Matt and I had sex.

8   Nancy LewenSunday, February 28, 2016 at 10:14am EST

9    Here's the livingroom where Matt and I first had sex after going out to eat at Joe Roots. I brought my
10   nursing uniform with me and then went on my way to work. Not sure if you were still working night
11   shift then or not.

12   Nancy LewenSunday, February 28, 2016 at 10:13am EST

13   Nancy LewenSunday, February 28, 2016 at 10:13am EST

14   Here's the kitchen where I learned how to make dark and stormies.

15   Nancy LewenSunday, February 28, 2016 at 10:13am EST

16   Nancy LewenSunday, February 28, 2016 at 10:12am EST

17   We also ate pizza in the diningroom in broad daylight, after he got back from a conference in Las Vegas
18   and couldn't wait to see me after we texted non stop during the conference.

19   Nancy LewenSunday, February 28, 2016 at 10:11am EST

20   I'm so curious about Matt now, but I've decided not to contact him no matter what. I notice he put his
21   house up for sale last Fall. There's pictures on the internet. The first one is the diningroom where Matt
22   and I drank rum, listened to music, and where I cried and he comforted me.

23   Nancy LewenSunday, February 28, 2016 at 10:11am EST

24   Nancy LewenSunday, February 28, 2016 at 8:35am EST

25   My internet research didn't require anything more than just your city and your name that you provided.
26   It took about ten minutes, and could have taken less time if I hadn't gone out to the kitchen for a second
27   cup of coffee.

28   Nancy LewenSunday, February 28, 2016 at 8:33am EST

29   I don't know exactly how old your daughter is or when her birthday is, but based on this picture I know
30   that in May she will be 16 years old, and is probably still a cute blond.

31   Nancy LewenSunday, February 28, 2016 at 8:32am EST

3

1    Nancy LewenSunday, February 28, 2016 at 8:21am EST

2    When I had my online dating profiles, I did feel like a piece of meat on display at the butchers and did
3    have some perverts interested, but I did not post my name and email address or pictures of my kids or
4    grandkids.

5    Nancy LewenSunday, February 28, 2016 at 8:20am EST

6    If it's any consolation, It's real obvious from the street that I'm a single woman living alone, but Fred
7    makes it not look quite as obvious except for the fact that I always only have one car in the driveway. I
8    also have 29 registered sex offenders living within a one mile radius of my home, also mostly Tier 3
9    offenders for things such as rape and involuntary deviate sexual intercourse. So far, there's only been
10   one trespasser that we are aware of, and I don't know if he was a registered sex offender or not. Before
11   I had a chance to find out, my daughter confronted him with a shovel and told him to get the hell off
12   my property.

13   Nancy LewenSunday, February 28, 2016 at 8:15am EST

14   My advice to you as your friend Barry is this: "Don't be a Matt." I would hate to have to kick your ass
15   or notify your ex wife that you're online dating habits are endangering her and your children.

16   Nancy LewenSunday, February 28, 2016 at 8:14am EST

17   I'm not a sex offender, I'm a mother.

18   Nancy LewenSunday, February 28, 2016 at 8:13am EST

19   Without even being facebook friends with Barry Blasic, I know that he has a pretty cute looking son
20   named Gavin and a blond daughter named Ivy. I can't tell who is living in the marital home at ▮▮▮
21   ▮▮▮▮▮▮▮▮, whether it's Barry Blasic or his ex wife Jennifer Gervasi Blasic, who is a real cute
22   blond that might like a new boyfriend if I was a sex offender.

23   Nancy LewenSunday, February 28, 2016 at 8:10am EST

24   I passed out drunk last night and woke up refreshed this morning, but just wanted to mention to you
25   that there are 31 registered sex offfenders within a one mile radius of ▮▮▮▮▮▮▮▮▮▮▮▮▮.
26   Most are for rape and involuntary deviate sexual intercourse.

27   Nancy LewenSunday, February 28, 2016 at 8:09am EST

28   Nancy LewenSaturday, February 27, 2016 at 9:59pm EST

29   I admit that I'm partially half drunk right now because I'm so overtired that I can't sleep and I'm trying
30   to knock myself out so I can wake up refreshed tomorrow. But I'm quite serious when I say that I came
31   to the decision last June that I don't plan to have sex with any more men unless I plan to make love to
32   that person for the rest of my life. I've never had casual sex until last year, and didn't even realize at the
33   time that that's what it was. It really made me do alot of soul searching. When I was watching Bible

1  videos, (I know I'm weird,) I ran across this youtube video that's a wedding. They wrote their own
2  vows. What these two people say to each other is pretty much what I want for the rest of my life. I'm
3  not a fling type. Just wanted to mention that in case you ever want to go to the Cleveland Museum of
4  Art with me. https://www.youtube.com/watch?v=NAUJfnlBYvk

5  Nancy LewenSaturday, February 27, 2016 at 8:50pm EST

6  Actually, Matt didn't just drink a little bit too much. He drank waaaay too much, and truly reminded me
7  of my alcoholic exhubby2. That's his problem, not mine, but I do credit Matt for introducing me to the
8  dark and stormy drink. I had never had it, and it's yummy in moderation.
9  https://www.youtube.com/watch?v=gXJG0N6_n_A

10  Nancy LewenSaturday, February 27, 2016 at 8:37pm EST

11  Every time I hear this song I'll have a fond memory of Matt and the look I can imagine he had on his
12  face two months later when he got a copy in the mail of the letter I sent to his wife on behalf of his
13  daughters, who I never even met. lol https://www.youtube.com/watch?v=zvCBSSwgtg4

14  Nancy LewenSaturday, February 27, 2016 at 8:33pm EST

15  One thing I did do last year was sternly lecture Matt and almost kicked his ass for telling too much
16  about his teenage daughters to strange women on the internet. Before we even met in person, I knew
17  their names and ages. I could have been a creepy male pedophile in disguise. After we went our
18  separate ways, I waited a little while just to be certain that there wasn't any possibility of getting back
19  together. There wasn't, so then I took the step of writing a letter to his ex wife and mentioning it to her
20  that her ex husband was asking a strange woman, who might have even been a man, if she would be
21  willing to take his daughters bra shopping and stuff like that. I knew when I wrote the letter that it
22  would piss Matt off, but by the same token I do notice that he no longer mentions his kids genders and
23  ages on his online dating profile. I wish him all the luck in the world in finding a wife and stepmother,
24  but didn't have any desire to remain friends with Matt. Too weird.

25  Nancy LewenSaturday, February 27, 2016 at 8:23pm EST

26  Here's Matt. Matt touches his own penis in his bathroom. Like me, Matt likes to take a shower together
27  before having sex, sort of like a ritual. Biggest nerd I've ever met in my life, Matt drinks a wee bit too
28  much rum. He's a computer engineer. His wife is a teacher who cheated on him and left him after about
29  20 years of marriage. Our fling was what it was. Sometimes people come into our lives for part of the
30  journey. I don't regret it because it was when Matt hit on me that I dumped that Paul guy. Matt and I
31  had a few really good conversations during our brief fling. He grew up in South Africa, is highly
32  intelligent, and perhaps the most sarcastic smart ass I've ever met in my life. We texted non stop, these
33  really really really really funny sext messages. We didn't actually even see each other that much in
34  person. And then it was over, and I flew to Rhode Island for the weekend for a hug and some backyard
35  barbecue with my lawful husband. I didn't tell him all the details, just some. His advice was I should
36  ask Matt if he had any friends whose kids were all older than my grandchildren. That whirlwind

5

1  romance experience ended last May 18th, did give me a lot to think about, and I haven't dated ever

2  since. http://www.pof.com/viewprofile.aspx?profile_id=93402675

3  Nancy LewenSaturday, February 27, 2016 at 8:06pm EST

4  I could have hit the sack for the night about two hours ago, but I'm trying to stay awake until 9:00pm so

5  that I'll get a good night's sleep. I saw your new plenty of fish profile pic when I was killing time

6  waiting to go to bed. I got curious and looked to see if Matt was back on POF. He had hidden his

7  profile for a while, but I guess that potential wife/stepmother didn't work out. Matt's the nerd dad that I

8  had the fling with last year, a little too serious a little too fast, not actually the man and four kids that I

9  want to spend the rest of my life with. Thinking back on it, I can't help but chuckle when I think about

10  Matt the nerd dad. He's back on Plenty of Fish. https://wikigurus.com/Article/Show/4810/Do-men-

11  really-like-to-have-sex-with-fat-woman

12  Nancy LewenFriday, February 26, 2016 at 4:30pm EST

13  Nancy LewenFriday, February 26, 2016 at 3:07pm EST

14  https://en.m.wikipedia.org/wiki/Song_of_Songs

15  Nancy LewenFriday, February 26, 2016 at 2:42pm EST

16  I'm not Muslim, but I've studied a little bit about Islam. I left a Bible sitting on the Unit E desk behind

17  the computer. I think it was around page 720 where the Song of Solomon starts, which is a

18  sexual/sensual Biblical love poem very similar to the message of the Taj Mahal that was built by Shah

19  Jahan as the tomb for his favorite wife, Mumtaz Mahal. Yanni sums it up well in the beginning of this

20  video. "Love is All." https://www.youtube.com/watch?v=hBKwtvnfYZA

21  Nancy LewenFriday, February 26, 2016 at 2:28pm EST

22  Mr. G. sort of reminds me of this Cat Stevens song. ;( https://www.youtube.com/watch?

23  v=MRHN7nUg26M

24  Nancy LewenFriday, February 26, 2016 at 1:10pm EST

25  I don't have my calendar in front of me, but I think March 14th is the day that I plan to file the final

26  divorce forms and submit the divorce decree for the judges signature, which can be signed any time

27  after March 31. It will definitely be finalized prior to closing on my house later in the month, which is

28  good from a legal standpoint. He should be getting back first week in April, and plans to stay in

29  America for eight more years and doesn't plan on marrying any more women.

30  Nancy LewenFriday, February 26, 2016 at 1:01pm EST

31  The other good news is that I made it through February 24th the other day without any feelings of

32  sadness on my four year wedding anniversary. I also made it through Valentines Day earlier this month,

33  which was the 8 year anniversary of my first date with Pretam. We hit it off and loved each other as

1  friends almost instantly. To this day, we've never had any heated arguments and not one single episode
2  of violence. Any disagreements we ever had we were able to either resolve quickly or just agree to
3  disagree like adults.

4  Nancy LewenFriday, February 26, 2016 at 12:53pm EST

5  The good news is, Carol dropped by yesterday and I've got my signed agreement ready so I can do my
6  running around on Monday. I'm off Saturday and Sunday nights so I should be less brain fogged by
7  Monday.

8  Nancy LewenFriday, February 26, 2016 at 12:51pm EST

9  The good news is, I'm really proud of myself for conducting myself appropriately and maintaining
10 professionalism in the work place this morning when you relieved me. Not sure if you noticed that I put
11 the 2 egg salad sandwiches towards the front in the refrigerator. When I saw you, I wanted so badly to
12 hand you a cup of coffee, hug you good morning, kiss you on the neck, whisper "I love you" in your
13 ear, wipe the stain from your scrub pants and offer to strip you to your undies and rub lotion all over
14 every itchy spot on your entire body. I'm proud of me for not succumbing to the temptation. Came
15 home, Slept 3 hours this morning for a total of 9 hours sleep in the past 3 days. Gained back the 7
16 pounds I lost when I took my holiday days. 2 1/2 hrs until I need to be at the bus stop. I turn 50 years
17 old in one week. Woe is me, basically, to be such a hagged out overweight sleep deprived grandma.
18 Atleast there's no homework on Fridays, and atleast one of the parents usually knock off early on
19 Fridays so hopefully I can get a good pre work nap in.

20 Nancy LewenFriday, February 26, 2016 at 8:51am EST

21 Obviously, the better solution is to try to find good fits for the nurses. Some people might choose to
22 work on a unit, like Janet chooses to work on unit E, but that doesn't mean she's a good fit no matter
23 how much seniority she has.

24 Nancy LewenFriday, February 26, 2016 at 8:42am EST

25 Mr L drinks his meds fine for me from a medicine cup or in applesauce on a spoon. As long as you
26 prepared the medicine and were standing right there, I don't think that it would be inappropriate if a
27 CNA who he is familiar with actually spooned the medicine into his mouth. I'm not sure. I'll check into
28 it. Weighing the pros and cons, for somebody with his history it would be better to be care planned like
29 that than for him to go without his meds with an unfamiliar nurse.

30 Nancy LewenFriday, February 26, 2016 at 5:22am EST

31 You'll be relieving me on Unit E this morning Barry, which I really appreciate. The report does actually
32 involve the mention of a grown man touching his own penis in the bathroom. I will try to keep a
33 straight face when I give you report on this.

34 Nancy LewenWednesday, February 24, 2016 at 4:43pm EST

1  I feel better having vented about Dawn earlier. It's going to be interesting to sit back and watch how it
2  all plays out. One thing I do know. Mike is able to cook for the kids, but doesn't do dishes. Grrrr. The
3  nerve of the guy. Lol. 🙂

4  Nancy LewenWednesday, February 24, 2016 at 1:12pm EST

5  Sat Sri Akaal. I privately told Dawn several times last Fall that by the time Pretam discovered he had a
6  brain tumor the size of a grapefruit, he was in the emergency room crashing. He agreed to the surgery,
7  and it was mostly his best friend who agreed to the surgery. In hindsight, he's said numerous times that
8  he's glad to be alive and all, but would have been okay with being in Paradise. http://youtu.be/ITp-
9  7cal3II

10  Nancy LewenWednesday, February 24, 2016 at 1:05pm EST

11  Nancy LewenWednesday, February 24, 2016 at 1:00pm EST

12  Aside from the free Indian attorney legal advice about how to get power of attorney from a less than
13  competent person, the Indian attorney told me to tell Dawn "Sat Sri Akaal" which means something
14  like God is true and God is the only judge.

15  Nancy LewenWednesday, February 24, 2016 at 12:57pm EST

16  Here's the most recent bank statement. Meanwhile, she was talking about getting married in the ICU
17  last Fall so that his mother would no longer have control. I'm glad I got my name off that account
18  ASAP. And I'm glad that I researched the law and spoke to an Indian attorney friend of a friend who
19  also gave me about $500 worth of free legal advice for Dawn. His advice for me was that any money I
20  collected on Mike's behalf could actually be paid to a caregiver on his behalf, which is what I did. And
21  he told me to get my name off that account as soon as/if the guy regained consciousness, which I did.

22  Nancy LewenWednesday, February 24, 2016 at 12:10pm EST

23  Until recently, I did literally receive cat support money in Canadian funds and American funds too.
24  We've decided that if Thea ever seriously does need surgery or something that I can't financially handle,
25  I'll contact her daddy for the money. As a courtesy because she loves her brother, Luke Skywalker so
26  much, he said that if Luke ever needed surgery or anything I couldn't handle he'd help with that since
27  Luke doesn't have a daddy. That's love.

28  Nancy LewenWednesday, February 24, 2016 at 12:03pm EST

29  I should say "interesting" brain injury symptoms, not odd. He can do online banking, but can't sign a
30  paper and fold it and stick it in an envelope. If he had any desire to live in Erie, which he doesn't, I
31  would have stayed with him until death did we part, with or without erections. In that case, my house
32  would have probably been paid off in five years. Generally speaking, Indians and Southeast Asian
33  people aren't "mortgage" people or bank loan people in general.

34  Nancy LewenWednesday, February 24, 2016 at 11:58am EST

1   Just used an amortization calculator and figured out that by doing what I said earlier, I can pay my
2   house off in ten years. All by myself. It still doesn't look like I'll need to gift myself with any of
3   exhubby3's Canadian chequing account funds. Speaking of which, when Dawn and I met at Citizen's
4   Bank to put that donation bank account in her name, we couldn't put Mike's name on the account. The
5   statements still come to my house, and his name is still not on the account. I mention this, because
6   while I was at the downtown Citizens Bank branch, I took the opportunity to deposit my Canadian cat
7   support money. Her eyes almost popped out when I calmly pulled out $1000 Canadian. One thing I
8   must say. Exhubby3 and I never actually consummated our relationship. (If you know what I mean.)
9   He's never acted like a little boy though. He's always acted like a man with some odd brain injury
10  symptoms.

11  Nancy LewenWednesday, February 24, 2016 at 11:48am EST

12  I also can't sleep because I'm trying to decide if "hard on" is one word, (hardon,) two hyphenated
13  words, (hard-on,) or two un hyphenated words, (hard on.) I'm wondering this because as soon as I get
14  my shed, I'm not even going to dare try to handle that project myself even though the reviews on
15  Lowe's website say that women have put it together alone. I will put Fred in charge of my shed project,
16  and I have not doubt that Fred will get an instant hard-on. He gets into that stuff.

17  Nancy LewenWednesday, February 24, 2016 at 11:45am EST

18  Got about two hours sleep, and now I'm wide awake. Don't need to leave for the bus stop for 3 1/2
19  hours. My mind is racing, that's the problem, and it doesn't have anything to do with getting a better
20  deal on a mortgage. It partly has to do with because I was wondering when your divorce will be final so
21  we can go to the Cleveland Museum of Art. I mostly can't sleep though because of something that
22  happened at work. Amy was TWOC. I needed a urine specimen from a combative man with dementia
23  and history of malignant bladder cancer. I couldn't get a voided specimen, so I called Amy to tell her
24  we needed to get an order to straight cath him. She told me we had a standing order to straight cath for
25  C&S's, and I foolishly believed her. Got the urine, handled the combativeness without getting hurt.
26  When she asked if I had gotten the urine, I told her I had and mentioned that I had gone ahead and put
27  he order in Matrix. She told me to delete it. I did D/C it. Chris Pears and the policy on the computer
28  both confirmed that we did actually need an order. I mentioned that in the email I sent to Kathy this am.
29  I felt bad that I wasn't able to help pass trays in the Unit E dining room like I always do, but Chris
30  understood completely. I know that I am going to get sternly disciplined. I know that I will cry. I also
31  know that Ken McMahon will jump at the chance to defend me. :)

32  Nancy LewenWednesday, February 24, 2016 at 8:18am EST

33  I was on Unit E. Ray called off so I couldn't talk to him about my shed, but I did do some mortgage
34  shopping. Got pre-approved by Marquette for a 15 year conventional @3%, which will have some PMI
35  for a while since I'm only putting down 14%, but once I've paid another $5000 on the loan the PMI will
36  drop off. Plus, the PMI isn't as much as it was going to be with the FHA loan. My payment including

9

1   taxes & insurance will be less than $800/month for 15 years. Fixed. It's about $100/month less than
2   what I was offered from Lake Erie Mortgage. ◻◻ I plan to pay $800/ month, maybe even $1000/month
3   to pay it off sooner than 15 years. ◻◻◻◻◻

4   Nancy LewenTuesday, February 23, 2016 at 7:03pm EST

5   Laying down for my pre work nap. When I see Ray tonight I may get his opinion on this Rubbermaid
6   shed. The wooden foundation on my metal shed is rotting, so the shed is starting to come apart. I think
7   I need to address it this summer. http://m.lowes.com/pd/Rubbermaid-Roughneck-Gable-Storage-Shed-
8   Common-7-ft-x-7-ft-Actual-Interior-Dimensions-6-7-ft-x-6-9-ft/50125589

9   Nancy LewenTuesday, February 23, 2016 at 8:42am EST

10   Ray isn't any more familiar with Assisted Living Regulations than I was a few weeks ago. I now have
11   the 261 page book saved as a PDF on the desktop of my laptop. Is that weird? When Ray and I secretly
12   hook back up again this week, I plan to show him how staffing is not in compliance on Unit C. We've
13   agreed that these private little meetings are as "friends" not supervisor/worker, (if you know what I
14   mean.). ◻◻◻

15   Nancy LewenTuesday, February 23, 2016 at 7:51am EST

16   ◻

17   Barry BlasicTuesday, February 23, 2016 at 7:50am EST

18   Nancy LewenTuesday, February 23, 2016 at 7:30am EST

19   Nancy LewenTuesday, February 23, 2016 at 7:27am EST

20   My girl cat Thea is laying on my pillow purring in my ear like she does most mornings when I've had
21   the night off and we wake up together in the morning.

22   Nancy LewenTuesday, February 23, 2016 at 7:23am EST

23   Ray sort of jumped up like a man on a mission after our conversation. I told him he had a brilliant mind
24   and I have no doubt that he can tell Kevin what he needs to do to slay Nancy Flanigan.

25   Nancy LewenTuesday, February 23, 2016 at 7:19am EST

26   Ray agreed with me that going up the chain of command, Kevin is his immediate supervisor.
27   Furthermore, Kim Horvath's next step up is Barb Raymond. Nancy Flanigan has no authority to advise
28   Kim Horvath to take urinals away from men on Unit C. And no authority to give any input at all on that
29   unit.

30   Nancy LewenTuesday, February 23, 2016 at 7:07am EST

31   Here's some excerpts from my now defunct gender discrimination complaint against Ray. He was
32   shocked that Kim Horvath told Nick Swantek a few weeks ago that she is not aware that Penny is being

1  pulled from the unit to help on the skilled units. When I showed him the math of how we aren't in
2  compliance, it was a real eye opener for Ray.

3  Nancy LewenTuesday, February 23, 2016 at 6:56am EST

4  http://www.menshealth.com/sex-women/45-sex-positions-guys-should-know/cat

5  Nancy LewenTuesday, February 23, 2016 at 6:52am EST

6  http://www.menshealth.com/sex-women/what-your-sex-position-says-about-you

7  Nancy LewenMonday, February 22, 2016 at 2:51pm EST

8  I have a few minutes to kill before I have to be at the school bus stop. I was just wondering how you
9  feel? I feel like I honestly wouldn't mind feeling how you feel sometime. I didn't feel that way last
10 night with Ray when he was mind blown and defending himself against my allegations and I was
11 giggling in the middle of the night with no witnesses. I felt devious, no doubt, but really didn't feel like
12 feeling Ray to see how he felt. Please put some sort of public service announcement on your facebook
13 page ASAP so I can know how you feel today. Every time I throw away an egg salad sandwich in the
14 middle of the night I think of you, just so you know. My egg salad is actually better than PSSH egg
15 salad.

16 Nancy LewenMonday, February 22, 2016 at 7:56am EST

17 Ray was singing this song this morning and trying to think of who sang it. I couldn't remember either.
18 http://youtu.be/2uUbyTGOIxk

19 Nancy LewenMonday, February 22, 2016 at 7:54am EST

20 Ray couldn't believe that I actually typed up a four page gender discrimination and harassment
21 complaint against him and Kevin. We cuddled for almost an hour on Unit E. I forgave him. We're
22 friends again, and he's going to take my typing and edit it to make himself into the hero instead of the
23 bad guy. The plan is to ultimately help the other shifts. We're both off tonight. He's going to come up
24 with what I need to tell him in an email, which he will then take up the chain of command to Kevin. It's
25 worth a shot.

26 Nancy LewenSunday, February 21, 2016 at 11:34pm EST

27 Ray's here, not Carolyn. They switched. I got a further report from Dawn about Mike. It's just as I
28 suspected. He's like a little boy. I kind of thought that from the look on his face in her profile picture. I
29 don't see a wedding to Mike in Dawn's future unless the marriage can be consummated. Sucks to be
30 Dawn. I told her I sure hope it's temporary. I have a feeling that by the time you're really ready for a
31 relationship Dawn might not be with Mike anymore. Poor Mike, sitting at home wondering who Dawn
32 is cheating on him with. I would have chosen hospice. In hindsight, Dawn wonders if she made the
33 right decisions. Just thought you might want to know to be careful about what you say on facebook.

11

1   Nancy LewenSunday, February 21, 2016 at 9:48pm EST

2   I've got a five page typewritten gender discrimination complaint against Ray and Kevin. I still need to
3   work on it tonight on Unit E, then I'll turn it into my supervisor in the morning. I'm asking as a courtesy
4   that it be addressed through the chain of command in 7 days or I will assume that his and his behavior
5   is condoned and I will file a complaint with EEOC for gender discrimination and harassment.

6   Nancy LewenSunday, February 21, 2016 at 9:45am EST

7   I have no doubt that Ray will be able to defend himself against my harassment complaint.
8   https://www.youtube.com/watch?v=3lPZKf3y7l4

9   Nancy LewenSunday, February 21, 2016 at 9:33am EST

10  If I had a Ray Hamm voodoo doll right now I would be sticking pins in it as I type up my witness
11  statement harassment complaint about his unfair treatment of me.

12  Nancy LewenSunday, February 21, 2016 at 8:17am EST

13  https://www.youtube.com/watch?v=iL7ndxWgW5A

14  Nancy LewenSunday, February 21, 2016 at 8:05am EST

15  Nancy LewenSunday, February 21, 2016 at 8:05am EST

16  I was stalking you this morning for about ten seconds on my way out the door. OMG Barry that was
17  long enough you sexy thing you. Honest to God, from the first time I ever saw you sick, I have always
18  thought that you have the most sexiest sick voice I have ever heard in my entire life. If you were my
19  sweetheart, I would have immediately had that pressure cooker whipped out and some deliciously
20  healing homemade chicken noodle soup right in your mouth faster than your runny nose could have ran
21  away and hid from me. During the impressively speedy cooking time, I would have carried you to bed,
22  stripped you to your undies, slathered your entire body with Vicks Vapo Rub and smashed your face
23  into my matronly bosom to feel your head to test for fever. Resistance on your part would have been
24  futile. If you even opened up your mouth to protest, I would have thrown a cough drop in from my own
25  personal stash of Halls. You're not my sweetheart though. And besides, I'm working on Unit E this
26  weekend, have no social life at home, and have some typing work to do. Sucks to be you Barry. Hope
27  you feel better. Seriously. Stay hydrated.

28  Nancy LewenSaturday, February 20, 2016 at 9:38pm EST

29  Getting ready for work, I was just thinking about the conversation I had with Dawn this morning. Just
30  as a suggestion, when you talk to Dawn on Facebook you might want to make sure to include Mike in
31  your comments. His stress/anxiety level is through the roof and he is accusing her of cheating on him.
32  I'm not sure if she would mention that to you or not. She did mention it to me and Laurie this morning.
33  She thinks it's Chemo brain. I also can't help but wonder if he suffered hypoxic brain damage.
34  Whatever the case may be, you might just want to make sure to include Mike in any comments you

1    make to Dawn on Facebook. I personally don't think she is cheating on him, but I don't think she was
2    expecting for him to be a completely different person than the man she knew and loved before the
3    tragedy.

4    Nancy LewenSaturday, February 20, 2016 at 7:44am EST

5    Punched out on time, but left late because I was listening to Dawn vent about what. Changed man Mike
6    is. He sounds like a bit of a jerk now, quite honestly.

7    Nancy LewenSaturday, February 20, 2016 at 7:41am EST

8    Here's the policies on what I've done wrong in the past two days. []

9    Nancy LewenSaturday, February 20, 2016 at 7:40am EST

10    Sorry I couldn't make it to the dining room this morning. Last minute unplanned skin tear when my
11    med pass wasn't done yet. I did punch out on time. Also got a counseling from Ray and policy
12    education right in the middle of my med pass. Atleast you didn't have to worry about avoiding me in
13    the dining room if I had said hi. []

14    Nancy LewenSaturday, February 20, 2016 at 3:15am EST

15    Kristy called off. I'm charge nurse on Unit C with Penny as the Aide. Ray pretty much ripped me a new
16    one earlier for being out of compliance yesterday with my med pass. I've got this, but I can't email him
17    with my response tonight because I'm still drafting my response. ;)

18    Nancy LewenFriday, February 19, 2016 at 10:06pm EST

19    British humor. http://youtu.be/O_-h7ihvGa8

20    Nancy LewenFriday, February 19, 2016 at 10:05pm EST

21    I am so ready to go work Penny's job tonight. Or Chris's job. Not sure which. Not sure what Ray wants
22    me to do.

23    Nancy LewenFriday, February 19, 2016 at 4:21pm EST

24    In a lecture at the Pentagon last year, this Sikh woman beautifully explains the concept of Seva,
25    (selfless service.) It's worth watching the whole video. http://youtu.be/6E7BSZkw7sc

26    Nancy LewenFriday, February 19, 2016 at 2:15pm EST

27    I love Dawn just as much as I love any other coworker, but honest to God I chuckle sometimes to
28    myself.

29    Nancy LewenFriday, February 19, 2016 at 2:13pm EST

30    Read what I just said to Shaun Grippe under Dawn's post about charities. I think I would last about 30
31    seconds in a relationship with Shawn Grippe. Dawn and I don't see eye to eye whatsoever on politics

13

1   because she doesn't believe in people receiving handouts. I've never mentioned it to anybody, but I
2   personally gave her $250 last Fall when tragedy struck. I don't begrudge Mike receiving Medicaid right
3   now either, although I don't think our country can afford to invest that kind of money in every citizen.

4   Nancy LewenFriday, February 19, 2016 at 1:59pm EST

5   I'm scheduled to work on Unit C tonight with Carla Mitchell, no aide. Penny will be working as the
6   aide on Unit E with Kristy. Ray was acting odd this morning. I'm pretty sure I know what he wants for
7   me to do. It would be like an epic battle of the Nancys... I think. I'm not sure if that's what he wants. I'm
8   hoping he'll give me some more discrete clues.

9   Nancy LewenFriday, February 19, 2016 at 1:56pm EST

10   "Everyone jump upon the peace train Come on the peace train Get your bags together Go bring your
11   good friends too 'Cause it's getting nearer It soon will be with you" ~ Cat Stevens (Yusaf Islam)
12   https://www.youtube.com/watch?v=HExjPn547Z0

13   Nancy LewenFriday, February 19, 2016 at 1:53pm EST

14   Came home and slept 3 hours this morning. Hopefully I'll get a 2 hour nap this evening. I made Dawn
15   Zappas map at me this morning when I told Tom Fabrizio that I agree with alot of his political views.
16   "Partisan" noun par·ti·san \[]pär-t[]-z[]n, -s[]n, -[]zan, chiefly British []pär-t[]-[]zan\ 1. a firm adherent to a
17   party, faction, cause, or person; especially : one exhibiting blind, prejudiced, and unreasoning
18   allegiance (Merriam Webster) Had a short phone conversation with exhubby3 in Asia. I sometimes
19   wish that I could vacation out of the country for the entire year building up to the Presidential election.
20   I don't think there is any other first world country on the planet that is as partisan as the United States.
21   It's embarrassing how our country fights over politics. It hinders back to the age old "divide and
22   conquer" battle tactic. United we stand; divided we fall.

23   Nancy LewenThursday, February 18, 2016 at 10:18pm EST

24   Sitting here ready for work with five minutes to kill. Wondering when ▪▪▪▪▪▪▪will be back from her
25   total abdominal hysterectomy. What·a difference from when I had my laproscopic partial hysterectomy,
26   I was back to work after 9 days, and could have probably returned sooner. I put down a new kitchen
27   floor while I was off. Spent one night in the hospital. Hubby forgot to pick me up the next morning
28   because he had stayed up all night playing video games and was passed out drunk. I had to call my
29   daughter at college in Edinboro to drive down to Grove City to take me home. He quit his job without
30   notice (again) the next week. I had planned to take off two weeks, but went ahead and went back to
31   work. Poor Pam had hoped to also have a partial laproscopic hysterectomy. It's best to keep the ovaries
32   for the hormones. I haven't missed my uterus. My supportive male nurse coworker at the time, Tom,
33   was battling lung cancer at the same time that I had the year long period that he later referred to as "the
34   neverending period." He died. We never had sex, just support for each other. His wife was useless. That
35   said, it's time to go to work my 8 hours now. Back to the nightshift routine.

14

1   Nancy LewenThursday, February 18, 2016 at 12:34pm EST

2   Here's my exhubby2 with his 3rd wife a few months ago. According to my daughter, he learned his
3   lesson when I left him, has stayed employed and isn't the video addict or alcoholic bum that he had
4   become. I'm real happy for her. I always did see the potential. ;)

5   Nancy LewenThursday, February 18, 2016 at 12:31pm EST

6   Nancy LewenThursday, February 18, 2016 at 12:30pm EST

7   I worked many many many 12 and 16 hour shifts during the last few years of that marriage. This was
8   usually what I was met by when I got home from work.

9   Nancy LewenThursday, February 18, 2016 at 12:29pm EST

10  Nancy LewenThursday, February 18, 2016 at 12:29pm EST

11  Ex hubby2 cleaned up real well and truly was my sweetheart. ;(

12  Nancy LewenThursday, February 18, 2016 at 12:28pm EST

13  Nancy LewenThursday, February 18, 2016 at 12:28pm EST

14  The real estate attorney votes Republican, but has political views that are eerily similar to mine. He
15  complimented me on the original rent to own contract and will have the purchase agreement ready for
16  me tomorrow. He'll email it. Then I went to the court house for stage two of the divorce paperwork
17  filing. She pulled up the case, and sure enough, Exhubby3 acknowledged being served. He apparently
18  isn't contesting the divorce or the name change or anything else. It's eerily drama free. I was thinking
19  about my exhubby2 today and the irony of me legally changing my surname back to Lewen in a little
20  over a month from now. It's been about a month since I've cried about any of this.

21  Nancy LewenThursday, February 18, 2016 at 8:27am EST

22  Now I'll go back to sticking my finger about once a month. I was just curious.

23  Nancy LewenThursday, February 18, 2016 at 8:26am EST

24  Nancy LewenThursday, February 18, 2016 at 8:26am EST

25  Nancy LewenThursday, February 18, 2016 at 8:26am EST

26  I don't need to leave for an hour for my appt, so I took the time to analyze the results of my "ten day
27  sleep at night fasting blood sugar experiment." I had to use up holiday days anyway, so I figured I'd
28  conduct research. I've concluded that if I worked dayshift, slept at night, and ate at normal meal times, I
29  could actually be a well controlled prediabetic person. Range = 90-108 Mean = 91.5 Median = 99
30  Mode = 100

31  Nancy LewenWednesday, February 17, 2016 at 12:39pm EST

1  I so missed my hubby#3 today. I called the attorney that I was referred to out on West Grandview, who
2  absolutely treated me like a stupid vulnerable single female and insisted that there was going to be
3  arguments between the sellers and me. His precise words were, "trust me. Things WILL come to blows
4  on something. It ALWAYS does." I've known Dave and Carol (sellers) for ten years as my daughter's
5  friendly neighbors, and have had a good working relationship with them for the past two years in our
6  rent to own contract. Long story short, if you're ever in the market for a good ethical real estate attorney
7  and title agency, go to Dennis Sterrett at Sunrise Closing Services on West 6th St. He said it is odd/even
8  parking, but parking is free. He's "grandfatherly" and seemed to think that Dave and Carol and I can do
9  this thing without any fights. I have an appt with him tomorrow at 10:00am, and plan to kill two birds
10  with one stone by dropping off a form at the courthouse in the next step of my divorce process.
11  http://www.sunriseclosings.com/about.htm

12  Nancy LewenWednesday, February 17, 2016 at 9:06am EST

13  Nancy LewenWednesday, February 17, 2016 at 6:11am EST

14  If you were my sweetheart...after I woke up and ran to go pee this morning, I would have checked my
15  blood sugar, which would have been 104. Then I would have fed the cats like a zombie while the coffee
16  was dripping. Then I would have gone back to bed for a few minutes and snuggled under the covers
17  with two cups of vanilla hazelnut coffee instead of just one cup of vanilla hazelnut coffee. Then I
18  would have told you that I hope you have a good day and aren't too brain dead on day #3 of 13 hr
19  shifts. And I would have mentioned that if this real estate attorney on West Grandview Blvd doesn't
20  have time for my business this morning, I may try calling the one down on State Street instead. I'd
21  rather use the one on West Grandview Blvd for the sake of easier to park in their parking lot than on
22  downtown State Street. I have a feeling other people in Erie think like me when choosing which real
23  estate attorney to use. This law office with the parking lot seems busy, or atleast yesterday they were.

24  Nancy LewenTuesday, February 16, 2016 at 7:01pm EST

25  Me and my brother around 2005 or 2006. Drinking shots of milk, obviously.

26  Nancy LewenTuesday, February 16, 2016 at 7:01pm EST

27  Nancy LewenTuesday, February 16, 2016 at 4:13pm EST

28  So my financing is officially approved. Went to Walmart for some groceries and activity in my life.
29  Now I'm babysitting and playing video games while simultaneously cooking and playing phone tag
30  trying to set up an appt with a real estate attorney. It looks like I'll be finalizing my divorce and my
31  house purchase right about the same time in April. I don't think I'll need to gift myself from exhubby3's
32  Canadian bank account at all. I've got it all under control...as long as I can make it out of my driveway
33  to make it to the various very important places I'll need to go. Thank God I have no social life. 0

34  Nancy LewenTuesday, February 16, 2016 at 10:23am EST

35  Spoke too soon. There's Fred the ever dependable helpful neighbor. I officially do not need a husband.

16

1   Nancy LewenTuesday, February 16, 2016 at 10:13am EST

2   Talked on the phone & Internet with the lady mortgage broker yesterday. Now as an career professional
3   strong independent woman ultra uber-feminist, I'm getting ready for my 11:00am mortgage appt to
4   drop off the stack of paperwork and truly get the ball rolling. Soon, this front door and this driveway
5   will be mine all mine, with my name and nobody else's written all over it. First I had to go shovel six
6   inches of snow. Son in law snow blowed his own this morning, but didn't realize I was going anywhere.
7   I told my daughter yesterday and she forgot to tell him. She just walked right out, got into the mini van
8   and rolled right on down the road this morning. Doesn't even have a clue what interest rate they pay on
9   their mortgage and has never written out a check to a utility company in her entire adult life. She
10  doesn't think I need a husband in my life. Priceless.

11  Nancy LewenSunday, February 14, 2016 at 12:10pm EST

12  Spoke too soon. Do actually have Valentines Day plans, just not sure what time yet.

13  Nancy LewenSunday, February 14, 2016 at 9:58am EST

14  Happy Valentine's Day to you all! On this special day, remember that the most important relationship
15  you have is with yourself & God! As usual, my cats and I woke up to our lonely, boring, quiet house
16  this morning. The good and most exciting news in my life is that I've lost six pounds in the past week,
17  and my blood sugar was within normal limits this morning, (normal, not just well controlled
18  prediabetic.) The bad news is...the silence around here is deafening. I was waiting for my credit card
19  statement to be posted on Friday. I plan to spend some time today printing out the last few things that I
20  need to print out to apply for my mortgage this week. Still haven't decided between a fixed rate or
21  ARM. As a total boredom buster, I'll be babysitting all day tomorrow, which is what I also did on
22  Thursday and Friday. I might run to the store for Elmers glue to make homemade "flubber," which is
23  sort of like store bought slime except homemade flubber is way stretchier and way cheaper than store
24  bought slime. Oh yeah, I wanted to humbly mention that I would feel really honored if you would
25  please decide to give me the opportunity to love you all in the near future. I would be especially
26  grateful if I woke up next year on Valentine's Day and you were my sweetheart, and I would consider it
27  an immeasurably priceless blessing if I got a Valentine's Day text message from a coworker friend next
28  year other than just Penny King.

29  Nancy LewenSunday, February 14, 2016 at 9:55am EST

30  Nancy LewenFriday, February 12, 2016 at 2:34pm EST

31  Today I discovered that if you "like" eharmony.com on facebook you get friend requests from strange
32  eligible men on Facebook without having to pay the eharmony fee! Wonderful. ▯

33  Nancy LewenFriday, February 12, 2016 at 8:33am EST

34  Here's the size of my little bedroom on the first floor. It's actually bigger than the space in a shared
35  college dorm room.

1  Nancy LewenFriday, February 12, 2016 at 8:26am EST

2  There's actually room in my basement that I could have a laundry area, another bathroom, a game room
3  and another small bedroom the size of my first floor bedroom.

4  Nancy LewenFriday, February 12, 2016 at 8:16am EST

5  Nancy LewenFriday, February 12, 2016 at 8:14am EST

6  Nancy LewenFriday, February 12, 2016 at 8:12am EST

7  Nancy LewenFriday, February 12, 2016 at 8:10am EST

8  If I took in a mature responsible college student boarder, one of the responsibilities in addition to yard
9  work might be to empty the cat litter boxes in exchange for free rent. I'm an eccentric cat lady, have
10  two cats already, and may even get another one. I lived in East Anglia UK in the 1980's and had Irish
11  neighbors, what can I say. http://youtu.be/y_zhZeRNfSg

12  Nancy LewenFriday, February 12, 2016 at 8:02am EST

13  http://youtu.be/SYIV4qXsXf0

14  Nancy LewenFriday, February 12, 2016 at 7:50am EST

15  I had asked last Fall if your son would be interested in earning some spending money by doing
16  yardwork for me. I admit that I had ulterior motives at the time, and was hoping for some backyard
17  barbecue and hand holding with you. Maybe even a hug in the kitchen. I'm pretty sure my neighbor
18  Fred wouldn't have a problem with it if I paid him for what he already does for me for free. At some
19  point, I'm seriously considering taking in a mature responsible college kid as a boarder to help with the
20  loneliness and to kill two birds with one stone. Free rent in exchange for yard work and lifting heavy
21  things around the house for me, and that type of thing. It's amazing how heavy things are as a 50 year
22  old woman compared to how not as heavy they used to be. If I do end up taking in a boarder, the key
23  words being "mature" and "responsible." Ray joked with me about that and said I need to put in a
24  swimming pool so I can hire a pool boy. I'm too cheap for that. lol

25  Nancy LewenFriday, February 12, 2016 at 7:09am EST

26  Let me know if you're still interested in going to the Cleveland Museum of Art. If not, believe it or not
27  I'm tossing around the idea of asking Jeff Bradley if he'd like to go as friends. My daughter doesn't
28  think it would be a good idea and may end up hurting him more than helping him. I've I've driven you
29  away with my expectations, I'm not going to apologize. I know that over the past few years I've became
30  really un-Americanized and overly moral. I do expect a man to buy the whole cow. At my age and
31  stage in life, I just don't have any more free milk to give away. It's "all or nothing," which in today's
32  western society I have a feeling may result in me being a very lonely and very bored old woman one
33  day. lol

1   Nancy LewenFriday, February 12, 2016 at 7:05am EST

2   I really would have liked to have gone to see the Deadpool movie with you last night. I assume you
3   went with your kids. I hope that you maybe even took some normal and fun woman along, for a casual
4   night out with no expectations attached. I was in bed by 7pm again last night, lonely and bored as
5   usual...not depressed. I was cold actually, and too cheap to turn up the thermostat.

6   Nancy LewenWednesday, February 10, 2016 at 10:07am EST

7   When trying to pick up strange men on the online dating sites, the thing that I've had a problem with is
8   I don't mind going out to a restaurant...every once in a while. I was so bored last night that I was in bed
9   by 7:30pm. Not depressed, just bored and lonely. If you're still interested, I'm looking forward to going
10  to the Cleveland Museum of Art. Soon.

11  Nancy LewenWednesday, February 10, 2016 at 9:58am EST

12  My pancreas does actually work. Just saying.

13  Nancy LewenWednesday, February 10, 2016 at 9:56am EST

14  I'm a good cook. Always have been. Just saying.

15  Nancy LewenTuesday, February 9, 2016 at 8:04am EST

16  This is exhubby's kampung (village) in Malaysia. http://youtu.be/dPlq-kq8B2w

17  Nancy LewenTuesday, February 9, 2016 at 7:58am EST

18  Nancy LewenTuesday, February 9, 2016 at 7:52am EST

19  I'm chuckling this morning and I have to mention that that Paul guy would be sooo suspicious today.
20  Question: What kind of a soon to be ex husband, on the day before an extended trip oversees, sends his
21  soon to be ex wife pictures of his bank account numbers in a text message and makes sure she knows
22  that her name is still on 2 out of 3 of his bank accounts "just in case?" For no reason, exhubby
23  deposited $3000 into my bank account last week to help with closing costs on my house and yesterday
24  he called and told me that if I run into an unexpected bind he trusts me to access his bank account and
25  only borrow as much as I need, without trying to track him down to ask or tell him. Biggest hardship I
26  might encounter if I do need to borrow money is I would have to make a run for the border to go in
27  person to the Bank of Montreal. My income taxes are done. I plan to apply for my mortgage next week.
28  I'm basically ready, but I'm debating back and forth on who to apply to and whether to get a 15 year
29  fixed rate or an ARM. I hate making decisions like this. There's pros and cons of both. I've had several
30  mortgages in my life, but never an ARM. I'm thinking of going that route. I may feel differently
31  tomorrow and decide to apply for a fixed rate mortgage. The day after that I may go back to the ARM
32  plan. I truly hate making these kind of decisions.

33  Nancy LewenThursday, February 4, 2016 at 7:53am EST

1   My elder abuse report did get delivered this am. So now I'm fighting the primordial urge to feel like I'm
2   about to get in huge trouble for "telling." I plan to spend the day snacking on trail mix and yogurt while
3   working on getting my financial info together for my mortgage and starting to do some house cleaning.
4   I need to get things tidied up for an inspection in the next few weeks. I figure I should put my Xmas
5   decorations away and that type of thing. Not sure when the OAG will come in to investigate. I work the
6   next four nights through the weekend, then off for four nights next week, work next Friday, off next
7   weekend. That should be enough time to clean house.

8   Nancy LewenTuesday, February 2, 2016 at 11:48pm EST

9   Here's my blood sugar at 10:30pm, after feeding my feelings all day long. Today I did not pig out on
10  one single cookie, cake, donut, chocolate candy and not even one spoonful of ice cream. Still feeling a
11  bit stressed, but I know that I did the right thing and I did it as quickly as I could do it upon getting the
12  discrete order from Ray. I plan to wake up tomorrow morning and go to the gym, but before I bounce
13  around in the pool I plan to take advantage of the free 30 minute personal trainer and learn how to use
14  the treadmill or something. I think that I will always have a bit of a dysfunctional stress response in
15  certain situations as a domestic violence survivor. Then I think about Shelly, the beautiful girl I went to
16  high school with whose husband shot her in the head and killed her in her 20's. I might be fat, but
17  atleast I'll be fat and happy when I turn 50 years old on Mar 4th. ▯

18  Nancy LewenTuesday, February 2, 2016 at 12:36pm EST

19  In the past 4 1/2 hrs, I've eaten steak and eggs with potatoes. Almost a whole box of Welch's fruit
20  snacks. 1/2 a bag of Tostitoes with salsa. And an apple with peanut butter. Food is the one comforting
21  love of my life that has always been there for me through thick and thin during times of high anxiety.
22  Especially since I quit smoking and gave up sex for good in 2007 after smoking and having sex for
23  almost 30 years. I'm laughing at Dawn's post about foreign doctors. I'm so tempted right now to call my
24  soon to be ex foreign hubby for some non emotional support. And I would have loved it if he would
25  have cooked me some Malaysian food this morning so I could have just paced back and forth and not
26  had to cook for myself.

27  Nancy LewenTuesday, February 2, 2016 at 12:23pm EST

28  I may actually explode. In the past 4 1/2 hrs, I've had one shot of Jack Daniels to take the edge off.

29  Nancy LewenTuesday, February 2, 2016 at 12:22pm EST

30  Here's the USPS.com tracking number, so somebody will have it just in case I explode.
31  9505521515916032000133

32  Nancy LewenTuesday, February 2, 2016 at 8:58am EST

33  I have the next two nights off, and four nights off next week. Now that I've gotten this over with, I plan
34  to finish income taxes and maybe even apply for my mortgage next week.

1   Nancy LewenTuesday, February 2, 2016 at 8:54am EST

2   The Pennsylvania law is located at 15 PA Code § 15.151-15.157. Shit happens. As an administrator,
3   you're always better to report things like that immediately than to conceal.
4   http://www.pacode.com/secure/data/006/chapter15/s15.151.html

5   Nancy LewenTuesday, February 2, 2016 at 8:46am EST

6   Fortunately I've got just enough JD to take the edge off, and even more fortunate is that nobody seemed
7   to notice last night at work how stressed out I am right now.

8   Nancy LewenTuesday, February 2, 2016 at 8:40am EST

9   Today is one of those days when I know I would do better if I had a boyfriend or a husband or some
10  sort of significant other. I did what I had to do, but I'm stressed now.

11  Nancy LewenTuesday, February 2, 2016 at 8:37am EST

12  I filled out a Pennsylvania elder abuse complaint form and mailed it to Harrisburg along with a two
13  page typewritten factual letter. I didn't do it anonymously. Even as I type this, my complaint is in
14  Harrisburg on its way to the Attorney General. I strongly suspect that Barb Raymond never did the
15  mandatory reporting for the involuntary deviate sexual intercourse that was committed against Jesse
16  Lockett over a year ago. There's a 12 year statute of limitations.

17  Nancy LewenSaturday, January 30, 2016 at 9:58am EST

18  Here's Chris Botti and Sting together in concert. http://youtu.be/DpYYJgvgDmo

19  Nancy LewenSaturday, January 30, 2016 at 9:56am EST

20  http://youtu.be/OXFiugVo7JU

21  Nancy LewenSaturday, January 30, 2016 at 9:56am EST

22  Nancy LewenSaturday, January 30, 2016 at 9:55am EST

23  I emailed Ray last night and put in for the position of full time charge nurse/hostess of the cuddle room
24  when it officially opens. Slupski gets to be in charge of the lighting. I recommended Barry White music
25  to both him and Ray. I was just laying here with my cats in my own cuddle room thinking that Chris
26  Botti music might be more appropriate. http://youtu.be/-CREYEKv7T4

27  Nancy LewenFriday, January 29, 2016 at 8:21am EST

28  Sorry I just walked on by without saying hi this morning. It was partially because I have a sinus and
29  sleep deprivation headache from hell, partially because I put my back out pulling ▮▮▮▮▮ out of the
30  chair, partially because I was trying to act all professional, and partly because I was afraid that if I
31  stopped to say hi, as soon as I laid my ▮ on you I might've accidentally stuck my ▮ in your ▮and then I
32  would've really felt like ▮. I got exactly 3 hours of sleep yesterday and a one hour nap last evening

21

1  before work. ▯. Still, read the essay type response to Kevin work email I wrote entitled "resident
2  rights." FYI-████████only scored an 11 on the BIMS screening tool. He may not be a consenting
3  adult. He's more likely a victim of sexual abuse.

4  Nancy LewenThursday, January 28, 2016 at 2:26pm EST

5  That said, I read the email from Tom B. about the DOH coming in yesterday and not finding anything
6  wrong yesterday. I also just got the phone call from the DOH inspector explaining how they didn't find
7  anything wrong yesterday. I didn't think that they would find anything wrong yesterday. ▯▯. It's going to
8  be fun just to sit back now and watch how this unfolds.

9  Nancy LewenThursday, January 28, 2016 at 2:13pm EST

10 One important thing I forgot to mention with online dating. If you happen to see a girl who catches
11 your eye, strike up a chat with her and if she seems pleasant enough with a decent job and has been
12 married a few times, start "sexting" and see how it goes. There is no iPhone symbol of a fully erect
13 penis, so use these symbols to represent an erection to indicate that a picture of somebody's menopausal
14 grandmother makes you horny: ▯▯▯▯. Or you can try sending the tongue to a total stranger. That might
15 work. ▯. This symbol represents ejaculation: ▯.

16 Nancy LewenThursday, January 28, 2016 at 2:04pm EST

17 Here's another free online dating site called ourtime.com. It's for the age 50+ crowd, meaning that the
18 people on it should be pretty mature.

19 Nancy LewenWednesday, January 27, 2016 at 10:07pm EST

20 I may try eharmony.com in a few months after I buy my house and after my divorce is finalized. Good
21 luck with online dating. Seriously.

22 Nancy LewenWednesday, January 27, 2016 at 10:03pm EST

23 You seriously might want to try Zoosk. As for me, I'm deactivating. 56 messages from strange men in
24 one day is more activity than this old girl can handle.

25 Nancy LewenWednesday, January 27, 2016 at 6:02pm EST

26 I personally think that I would look really good relieving Barry (or Dawn) at 7:45pm, but I researched
27 the law the other night. My nursing license is not actually needed at 7:45pm since there's plenty of
28 aides. However, if they're going to try to meet the assisted living staffing number requirements by using
29 aides, those aides should be trained to pass the medications with that many residents needing assistance
30 with they're medications. The medication administration course info is available on the DHS website.
31 Trained aides could pass the meds perfectly fine, except for the insulin injections or any other
32 injections other than epinephrine injections. That's the law. If they don't want to train aides in
33 medication administration, then yes, I should be relieving Barry at 7:45pm. Again, I don't think that
34 Kim Horvath is doing her job very well when it comes to care planning, and basically has no f*cking

1   idea what's involved in a 9pm med pass since she's not a nurse.

2   Nancy LewenWednesday, January 27, 2016 at 4:24pm EST

3   I'm sitting here with my phone literally in my hand, with my life on hold, babysitting my grandson and
4   grand dog while waiting to see if I'm needed to relieve Barry at 7:45pm. I made the offer days ago
5   when I still thought I'd be relieving Dawn. Just saying.

6   Nancy LewenWednesday, January 27, 2016 at 5:51am EST

7   Fyi- Zoosk is another free online dating site.

8   Nancy LewenWednesday, January 27, 2016 at 5:50am EST

9   I think you've shared my private messages with VIPs Barry. If so, please pass it on that from a
10  menopausal female nurse perspective, I suspect that the toilet paper in this place is the cheapest
11  roughest toilet paper on the market and I'd appreciate an upgrade ASAP.

12  Nancy LewenTuesday, January 26, 2016 at 1:01pm EST

13  Nancy LewenTuesday, January 26, 2016 at 12:53pm EST

14  Ok. Regarding my need to properly nurse men, I was being sarcastic this morning. I did receive the
15  phone call that I have been expecting today. (I was told in a letter last week to expect a phone call. I
16  told Slupski about the letter.) Long story short, is it wrong for an inspector to call a nurse "dear" prior
17  to hanging up the phone? Just wondering. And would it be wrong of me to call you "babe" when
18  looking at the schedule for the rest of the week? Just wondering. They plan to come in on dayshift
19  hours this week and they don't expect to find an unlawful staffing shortage. I did name names of where
20  the quality of care problem lies, initials BR and NF. That's inside info from one grandma type to
21  another. Destroy this text. Or don't destroy it so that you can one day pull it out to prove that you saw
22  the news here first, before it was even news. 🔲

23  Nancy LewenTuesday, January 26, 2016 at 6:10am EST

24  http://youtu.be/NuXMCLLCyAE

25  Nancy LewenTuesday, January 26, 2016 at 6:10am EST

26  I don't know when your divorce will be final. Mine will be final the first week of April. I'm mentioning
27  this because I have such a need to nurse a good man and shower a good man with devotion, loving
28  kindness and genuine caring. I honestly would like the opportunity to nurse you the way that you
29  deserve to be nursed. Asap. If it didn't work out, we could just agree to part on friendly terms and could
30  even avoid each other at work. My defendant thinks I'm too young and too loving to be alone for the
31  rest of my life. I know that the other party in your divorce is losing right now, possibly more than she
32  even realizes. That said, I hope you have a good day at work today. It's the end of January. If you'd still
33  like to go to the art museum, start to figure out a good day. I assume that it's best to wait until after your

1   divorce is set in stone FINAL.

2   Nancy LewenTuesday, January 26, 2016 at 5:36am EST

3   And if his doctor really gave him that advice, Ken is a stupid nurse for following that advice.

4   Nancy LewenTuesday, January 26, 2016 at 5:35am EST

5   That's the problem with picking up strangers for dating. Dating strangers equals restaurants, bars,
6   meeting at Starbucks, etc. Or inviting a stranger to my house for a home cooked meal and hoping
7   they're not a psycho axe murderer. Dating strangers sucks. Just saying.

8   Nancy LewenTuesday, January 26, 2016 at 5:31am EST

9   Nancy LewenTuesday, January 26, 2016 at 5:31am EST

10  I was just thinking about ████████ logic vs me logic. ███ was recently diagnosed with full blown
11  diabetes. His blood sugar one night at work was in the 500's. The doctor put him on glucophage and
12  glipizide. We were talking the other night, I told him I was really glad that he got the diagnosis because
13  atleast he knows that he's diabetic....which is better than going around as an undiagnosed diabetic. My
14  dad didn't know he was diabetic until he had his first heart attack at age 55. Ken laughed at me, and
15  claims that his doctor told him he needs to eat more sugar! He's not eating enough carbs apparently and
16  needs to eat more carbs. I just stood there and laughed with him, not at him. I don't know who his
17  doctor is and whether or not he gets a kickback from the makers of glucophage and glipizide. I'm
18  mentioning this as a person who is controlling pre diabetes without medicine at present, but I know as I
19  approach my 50th birthday I'm going to need to kick it up a notch with the diet and exercise. Less
20  restaurant food. Less alcohol. Get off night shift one day.

21  Nancy LewenMonday, January 25, 2016 at 7:01pm EST

22  I'm not sure if it's normal for a divorce defendant to call the plaintiff "sweetheart." Hubby3 received the
23  papers today and called for instructions on what to do. All I need is the signed receipt from the post
24  office to show that he was served, but I enclosed a pre addressed stamped envelope with a form inside,
25  so that he could acknowledge to court that he received the papers. I thought I made it simple, and
26  almost didn't even enclose the form. I wish now that I hadn't. I swear to God it took 30 minutes on the
27  phone trying to explain how to sign and date a form and stick it in an envelope. It was frustrating for
28  both of us. It's the parietal region of his brain that's damaged. From a clinical perspective it's sort of
29  interesting to see how a person can sit there and still converse fluently in five languages, but can't
30  figure out how to sign a from and stick it in an envelope. I honestly would have taken care of this man
31  and loved him like a wife until the day he dies, but he doesn't want to live in Erie with me because
32  there is no Sikh gurdwara (temple/church.) In some ways it's nice to be loved by the defendant instead
33  of hated like I have been in the past. It's bittersweet though. I think that's what's been good about
34  having a two year separation as a buffer when terminating a good friendship. I don't regret the past 8
35  years, but I'm ready to close the door and not look back. In some ways it's more like being widowed

24

1   than being divorced. Absolutely no hatred or bitter feelings.

2   Nancy LewenSunday, January 24, 2016 at 6:20pm EST

3   ·My faux friend.

4   Nancy LewenSunday, January 24, 2016 at 6:19pm EST

5   Just got off the phone wih Ken. I feigned friendship chemistry. Cha ching. I don't really need to extra
6   income to qualify for my mortgage, but I figure it won't hurt. (My car is paid for, my credit card usage
7   isn't out of control, and my only other bill is my student loan.) Life has a way of coming together.
8   Especially for my friend Ken Langford this evening. lol https://www.youtube.com/watch?
9   v=PtK_86KSm60

10  Nancy LewenSunday, January 24, 2016 at 6:04pm EST

11  I was just thinking about you because I'm about to call my good friend Ken Langford to see if he needs
12  me to come in even earlier than I said I would. Dawn called off today and I was supposed to relieve her
13  at 745pm. Ken thinks we're best buddies these days. I'm actually just trying to pick up as much OT as I
14  can while it's available since I've received all three of my W-2s from last year and can apply for my
15  mortgage any time now as soon as I get my income taxes done. In reality I feel absolutely no
16  "chemistry" whatsoever with Ken Langford. I'm not even talking romantic chemistry, I'm just talking
17  friendship chemistry. Ray and I have friendship chemistry. It's necessary.

18  Nancy LewenFriday, January 22, 2016 at 4:07pm EST

19  http://youtu.be/ADuSnt6PFn8

20  Nancy LewenFriday, January 22, 2016 at 3:54pm EST

21  Nancy LewenFriday, January 22, 2016 at 3:49pm EST

22  Nancy LewenFriday, January 22, 2016 at 3:08pm EST

23  I've got the warm and cozy grandma look down pat.

24  Nancy LewenFriday, January 22, 2016 at 2:57pm EST

25  Your face was here in my dream.

26  Nancy LewenFriday, January 22, 2016 at 2:57pm EST

27  Nancy LewenFriday, January 22, 2016 at 2:57pm EST

28  My alarm clock went off at 2:30 and woke me from an interesting dream. I need to get dressed to go to
29  the school bus stop, but wanted to mention that in my dream I was stroking your head like a little boy
30  with your head on my chest. It felt good in my dream to nurture you. Then the alarm went off. Just
31  thought I'd mention it. Trust me when I say that my bed is so cozy right now. I don't really feel like
32  jumping up and going to the bus stop. 🙂

1  Nancy LewenThursday, January 21, 2016 at 3:07pm EST

2  I'm curious and dying to know if she was ordered to pay child support and if she was furious about the

3  custody decision.

4  Nancy LewenThursday, January 21, 2016 at 11:56am EST

5  Hope your visit to the courthouse today is/was as pleasant as mine. I told the girls in the prothonotary

6  office how fun it actually was to elope to get married at Niagara Falls. Paid an extra $8 to officially

7  change my name back to Lewen. Mailed the papers afterward. No drama whatsoever.

8  Nancy LewenThursday, January 21, 2016 at 11:53am EST

9  Nancy LewenWednesday, January 20, 2016 at 4:32pm EST

10  Scratch Fallingwater off my list. I'm too cheap to pay $25 a ticket to see a house that I can tour on

11  YouTube. If I need the peaceful feeling of a little waterfall In the woods I'll go fishing. That's me. I

12  pride myself on not only being frugal, but also being a cheap date. http://www.fallingwater.org/82

13  Nancy LewenWednesday, January 20, 2016 at 9:51am EST

14  Admission is $8 per vehicle. https://www.ohiohistory.org/visit/museum-and-site-locator/serpent-mound

15  Nancy LewenWednesday, January 20, 2016 at 9:12am EST

16  I took two Anthropology courses when I was working on my bachelor's degree. I learned about this

17  place in Ohio, and noticed the sign when I was on a road trip to Texas once. If you change your mind

18  about online dating, I'd like to go to this serpant mound place for a third date. It's interesting,

19  educational, and I'm not sure but I think it may be free admission, which is my kind of date.

20  https://www.youtube.com/watch?v=ffl28wZfdog

21  Nancy LewenWednesday, January 20, 2016 at 2:27am EST

22  she's hyperactive and likes to do everything, which is cool with me. I've got this divorce under control.

23  Hubby3 dropped off $400 when he visited over the holidays. Looks like it's going to cost me $211 plus

24  postage.

25  Nancy LewenWednesday, January 20, 2016 at 2:25am EST

26  Working on Unit C, me as mentor, Melissa Vactor as orientee. She

27  http://www.pacourts.us/assets/files/setting-4287/file-4558.pdf?cb=650d0e

28  Nancy LewenTuesday, January 19, 2016 at 5:52pm EST

29  Sorry. I relapsed and crossed the line again. I couldn't help myself when I saw picture 5.

30  Nancy LewenTuesday, January 19, 2016 at 5:50pm EST

31  Nancy LewenTuesday, January 19, 2016 at 5:50pm EST

1  Nancy LewenTuesday, January 19, 2016 at 5:32pm EST

2  As a suggestion from a friend, I would highly recommend using picture 5 as your profile pic.
3  Hypothetically speaking, that intelligent serious dad look would make you look so rape-able to a nerd
4  chick.

5  Nancy LewenTuesday, January 19, 2016 at 3:48pm EST

6  Do not have sex with this woman, according to two newly divorced men I chatted with, neither of
7  whom knew each other.

8  Nancy LewenTuesday, January 19, 2016 at 3:47pm EST

9  Nancy LewenTuesday, January 19, 2016 at 3:45pm EST

10 In all seriousness, there is a woman named Robin who works as a domestic violence counselor and
11 preys on newly divorced father types who are getting out of long marriages. From what two different
12 men told me, she gets into taking advantage of the vulnerability and "breaking" in the newly divorced
13 men in Erie like a Dominatrix. I guarantee she'll hit on you. Have sex with her and you'll be having sex
14 with most of Erie and western New York. Well educated. Masters degree. Sort of blond with big
15 boobs/big booty. I'm not joking. Be careful.

16 Nancy LewenTuesday, January 19, 2016 at 2:35pm EST

17 I haven't been on the online dating site, but was curious to see whatever happened to the guy who went
18 to Arizona for the holidays. I don't think he ever came back to Erie. Anyway, I saw your profile, which
19 did stab me just a little bit in the heart on a personal level. I did actually almost shed a tear. Good luck
20 with that online dating stuff. Like I said last week, can't blame a girl for trying, and I still love you
21 regardless. I am actually glad to see that you're out there trying to pick up women for nothing serious
22 and not looking for a new mama. I'm sure that you'll be able to get laid with no strings attached, and
23 will most likely find a nice girlfriend or booty call or whatever. As for me, I hereby cancel the first date
24 to the Cleveland Museum of Art, and the proposed second date to Fallingwater. This Spring I plan to
25 concentrate on finalizing my house purchase and finalizing my divorce. In spite of my poor track
26 record I still believe in marriage and in a few months I plan to resume looking for a husband's name to
27 steal and grow old with because it's such a hassle to change surnames. Next time I change surnames is
28 the last time. That said, I plan to cry for about 10 minutes over you and then I need to go to the bus stop
29 to pick up my grandson. I've been hurt worse by bigger assholes, and in the end I'm not the least bit
30 embarrassed. I'm glad to be your facebook friend and will be happy to see you occasionally in passing
31 at work, particularly if I've just gotten screamed at by a supervisor without just cause and that type of
32 thing. Take care. I'll quit throwing myself at you now and will step back over the line that I insisted on
33 trying to cross even when you said that you weren't interested in a relationship.

34 Nancy LewenTuesday, January 19, 2016 at 1:27pm EST

35 If you'd be interested in a second date, I'd like to go to Fallingwater. I don't know if you've ever been

1   there, but it's a famous Frank Lloyd Wright house that's south of Pittsburgh and definitely a summer
2   time day trip, or ideally a Fall trip to enjoy the leaves changing colors. The house is all cantilevers built
3   over a waterfall and really peaceful and interesting. Angelina Jolie actually took Brad Pitt there as a
4   gift. I haven't been there since I was a kid. I would probably try to hold hands.
5   https://www.youtube.com/watch?v=pSbjVgpXDoA

6   Nancy LewenMonday, January 18, 2016 at 3:30pm EST

7   I may just go ahead and write Nancy E Gill aka Nancy E Lewen, the way that I did two years ago on
8   the separation agreement.

9   Nancy LewenMonday, January 18, 2016 at 3:24pm EST

10   Shovelled myself out once and made it to Walmart for some essentials. I'll probably need to shovel
11   again this evening before I go to work unless my son in law or neighbor does it for me. I was just
12   sitting here reflecting on how much easier it is to get married than it is to get divorced. I'm filing for a
13   3301(d) divorce based on two years separation. I can file any time now, but it can't be finalized until
14   after March 31st. I don't work Wednesday night, so I figured I'd fill out the forms and run to the
15   courthouse to file them on Thursday, then go straight to the post office to serve them prior to Pretam
16   leaving for Malaysia. That's the only signature I need from him, is to show that he was served. When it
17   is finalized, I can just text him, email him or message him on Facebook to let him know. I was going to
18   fill the forms out right now. Sounds good in theory, but technical problems prevail. I can't figure out
19   how to print from my laptop to my printer, so I have to email anything that I want to print to myself,
20   then open it up on my cellphone and print from my cellphone to the printer. I was all ready to print
21   when I discovered that the printer is out of yellow and magenta ink. I have plenty of black ink and two
22   spare black cartridges, but no new magenta and yellow cartridges. I don't actually want to print out in
23   color, but the printer won't let me print out in black since I'm out of magenta and yellow cartridges. I
24   can't figure out how to print out in black here at home, so I'm sort of stuck. I don't know where I work
25   tonight and tomorrow night, but whatever unit it is I have a feeling that I'll be printing out divorce
26   forms at work. (That is if I make it to work and don't put my back out shovelling snow.) I needed my
27   soon to be ex's social security number to put on the one form. Sure enough, within minutes he texted it
28   to me. No drama whatsoever. That's what I love about that man. He's been like a rock for me since
29   2008. 100% genuine friend until the end. I've only discovered one possible glitch. The last time I was
30   divorcing the love of my life, Mark Lewen, he fought with me about my surname, demanding that I
31   give back the surname I had used for many years. I agreed so that he'd sign the papers. I had researched
32   the law and knew that you don't have to start using a surname ordered in family court proceedings if
33   you don't want to. I continued to use it, purely out of spite since he didn't have any problem giving me
34   the name when we got married. So now in this divorce I'm not sure if I should use the surname "GIll"
35   that was given to me on the marriage certificate or if I should use the surname "Lewen" that I've
36   continued to use out of spite and is the name on my driver's license, nursing license, passport bank
37   accounts and everything else. I may need to leave that part blank until I actually arrive at the

1  courthouse on Thursday and then I'll ask the clerk. http://www.pacourts.us/learn/representing-
2  yourself/divorce-proceedings

3  Nancy LewenSaturday, January 16, 2016 at 9:32pm EST

4  https://www.youtube.com/watch?v=rUam2NeGZ_0

5  Nancy LewenSaturday, January 16, 2016 at 9:32pm EST

6  Nancy LewenSaturday, January 16, 2016 at 4:43pm EST

7  Which I didn't empty even though I'm required to by law.

8  Nancy LewenSaturday, January 16, 2016 at 4:43pm EST

9  I refused to apply Jeff Bradley's TENS unit last night without an order and complimented him on his
10 urinal. []

11 Nancy LewenSaturday, January 16, 2016 at 4:42pm EST

12 Lol

13 Barry BlasicSaturday, January 16, 2016 at 4:39pm EST

14 One of my trademarks, is the overuse, of commas, in order to achieve a high quality, run on sentence,
15 there is no greater tool, than the comma.

16 Nancy LewenSaturday, January 16, 2016 at 1:03pm EST

17 How are you feeling? By the way, I heard about the violent behavioral incident on unit E the other
18 night. I was over on C and read your note detailing the incident. I know those two guys well and can
19 only say that I couldn't help but notice a couple grammar errors. You put commas where you should
20 have had periods, which resulted in one big run on sentence. Hope you feel better. Get some rest and
21 drink plenty of fluids.

22 Nancy LewenSaturday, January 16, 2016 at 5:32am EST

23 Get well soon.

24 Nancy LewenThursday, January 14, 2016 at 10:12pm EST

25 Kerry had a quickie yesterday also. She took Ken to defend her. I'm sure your PDC will go well too, as
26 long as you remember to just sit there and stroke the cat. xoxox

27 Nancy LewenWednesday, January 13, 2016 at 5:10pm EST

28 Practicing wrestling moves. Lol

29 Nancy LewenWednesday, January 13, 2016 at 12:13pm EST

30 It's my neighbor Fred Pence outside using my son in law Sean Beers' snowblower. Works for me.

1   Nancy LewenWednesday, January 13, 2016 at 12:11pm EST

2   https://www.youtube.com/watch?v=cV0tCphFMr8

3   Nancy LewenWednesday, January 13, 2016 at 12:05pm EST

4   I'm mentioning this because this type of extra projects stress me out. I'd love to spoon right now and
5   would really love to have that "protected" feeling with some traditional missionary style lovemaking.
6   Oh well. Sucks to be me to live like a nun. Atleast my neighbor Fred or somebody is outside
7   snowblowing.

8   Nancy LewenWednesday, January 13, 2016 at 12:00pm EST

9   There are two separate things that I need to do soon, probably in the next week or so which will be
10  good timing since I haven't gotten my W-2's from home health yet to do my income taxes and apply for
11  my mortgage. FIrst I'll need to do a little bit of research and then I'll get the jobs done.

12  Nancy LewenWednesday, January 13, 2016 at 11:57am EST

13  I also read a group email last night at work from Tom Buchleitner. Most people probably didn't even
14  see the hidden messages. I did. That's because I'm a witch I guess.

15  Nancy LewenWednesday, January 13, 2016 at 11:55am EST

16  Meant to say "they're" not "their."

17  Nancy LewenWednesday, January 13, 2016 at 11:55am EST

18  Chris Wills was serving breakfast in the dining room this morning with these big flowered rubber
19  farmer style boots. In England they call them "Wellies," not sure what their called in Erie, PA.

20  Nancy LewenWednesday, January 13, 2016 at 11:53am EST

21  I meant to say Ray, not Rat. lol

22  Nancy LewenWednesday, January 13, 2016 at 7:25am EST

23  Donna had her PDC with Scott and Rat. It was a quickie.

24  Nancy LewenWednesday, January 13, 2016 at 1:42am EST

25  Just got Layed. He tried to tell me I didn't punch out and if I don't punch out I need to tell somebody. I
26  know I punched out. If I hadn't punched out I would've told Scott.

27  Nancy LewenTuesday, January 12, 2016 at 6:56pm EST

28  Of all the different sex positions, I know without a shadow of a doubt that I love this sex position the
29  most of all, from the very bottom of my heart.

30  Nancy LewenTuesday, January 12, 2016 at 6:54pm EST

1  Nancy LewenTuesday, January 12, 2016 at 12:59pm EST

2  When the time comes for scheduling the trip to the Cleveland museum of art, if it makes it easier to
3  schedule I wouldn't care if your kids came along. The only thing I can't promise is that I might try to
4  grab their hand while crossing the road. I still sometimes do that with my adult daughters. If they
5  wouldn't be grossed out at the thought of going on dad's first date to the museum, I wouldn't be grossed
6  out either, but I may knock them out of the way and throw myself in front of a speeding car or
7  something dramatic like that. I've acted like a mom since I was 16.

8  Nancy LewenTuesday, January 12, 2016 at 9:11am EST

9  I should've clarified last night that I "know" that I'm supposed to help you and love you and your kids.
10  Part of being an empath is "knowing" things. I just don't know the steps in between point A and point
11  B. Meanwhile, I was awake most of the night even though I was off work. I'm tossing around the idea
12  of putting in for Jodie Dickey's position when she is no longer able to work. Not sure when that will be,
13  but I "see" it like on a piece of paper in front of my brain. I'm not sure what your soon to be ex wife
14  may think that she sees, but I see your kids with you.

15  Nancy LewenTuesday, January 12, 2016 at 3:50am EST

16  Nancy LewenTuesday, January 12, 2016 at 3:47am EST

17  Here's the bus stop for the elementary school, on the corner of west 11th and Marshall.

18  Nancy LewenTuesday, January 12, 2016 at 3:43am EST

19  There's also plenty of unfinished basement, which is currently a mess because I'm a slob at heart. I try
20  to keep the Livingroom dining room and kitchen straightened up. And the bathroom, which is actually
21  in need of a makeover but the plumbing works.

22  Nancy LewenTuesday, January 12, 2016 at 3:40am EST

23  Finished part of the basement. I haven't put my Christmas decorations away yet and probably won't
24  until the summer.

25  Nancy LewenTuesday, January 12, 2016 at 3:39am EST

26  Livingroom dining room kitchen.

27  Nancy LewenTuesday, January 12, 2016 at 3:38am EST

28  Here's the sunroom. It isn't well insulated so I don't use it in the winter.

29  Nancy LewenTuesday, January 12, 2016 at 3:37am EST

30  Here's my bed and my dresser in my bedroom by the bathroom.

31  Nancy LewenTuesday, January 12, 2016 at 3:16am EST

31

1  "It is" not "circus". Damn spell check

2  Nancy LewenTuesday, January 12, 2016 at 3:10am EST

3  Here's my granddaughter Kyla. I'll never forget the time when she was 7 months old. I had her bigger
4  sister by the hand in the snow when my daughter threw Kyla out the door to me and screamed "helped
5  me mom, call the police" just as the door slammed shut. I jumped about 15 feet in the air, but did make
6  the catch that day. A few months later I was able to drive them all to a women's shelter in the middle of
7  the night. When he couldn't find her and the kids, that particular abuser then thought he'd start
8  following me and try to run me off the road on my way to work. What he didn't realize was that I
9  learned how to drive a stick shift on European roads as a teenager. Not long afterward, my daughter
10 moved in with her current husband and lived happily ever after. That particular abuser fell over dead
11 one day from a drug overdose. However I can help you and your kids is really no sweat off my back,
12 but I don't know right now exactly what circus that you all need.

13 Nancy LewenTuesday, January 12, 2016 at 2:31am EST

14 I'm starting to fall asleep again. Without knowing exactly what your needs are and what the plan is I
15 can't really say much more except that I love you as a friend with pure unadulterated love and I know
16 what it's like to go through divorce. However I can help you just let me know. I would never ever hurt
17 you or your kids and I don't have much to give except love. What I do have in willing to share. If any
18 teen is a "slob" they can rest assured that my daughter Jen was also and still is.

19 Nancy LewenTuesday, January 12, 2016 at 2:24am EST

20 If you were my boyfriend, you could visit me and spend the night or just stop by for a few hours of
21 lovin'. First It would take for me to have a serious conversation with my daughter. My only rule is that
22 you kids couldn't come with you on a "visit" unless we knew ahead of time that there wasn't going to
23 be any sex involved. It would be too weird for your teenagers to tag along on dad's booty call. Ew.

24 Nancy LewenTuesday, January 12, 2016 at 2:17am EST

25 If you don't need to move in as refugees asap, I want you to know that I love you and when I was sleep
26 deprived and giddy the other night in my reddish lipstick It really turned me on that you're still so
27 faithful to your marriage vows. However, I strongly suspect that if I served you some alcohol with a
28 date rape drug in it you could most likely cheat on your wife even though you've been faithful for
29 approximately 20 years or so.

30 Nancy LewenTuesday, January 12, 2016 at 2:10am EST

31 If your need doesn't involve moving in asap, then I want you to know that I spent a lot of years living in
32 the highly intelligent and educated Indian community. If we started dating you would need to know up
33 front that it would be dating with the intention of hopefully marrying fairly quickly if we determined
34 that we were compatible.

1  Nancy LewenTuesday, January 12, 2016 at 2:05am EST

2  I'm a legally separated woman with a legally separated brain injured husband who lives 500 miles away
3  and encouraged me to get out there and date. He's not an issue. My daughter is overprotective of me
4  and doesn't want me to jump into any relationships but you mentioned that your daughter is "at risk." If
5  there are any services available to help with that, Kim would know. You may have seen her on tv when
6  she was a health educator at the health dept for ten years. Now she's the VP of Outreach
7  Communication at Early Connections.

8  Nancy LewenTuesday, January 12, 2016 at 1:58am EST

9  My rent to own contract doesn't include provisions for five people, but Dave and carol are cool
10  landlords since I pay all the utilities and taxes etc. soon my income tax info will be in order and I can
11  apply for my mortgage.

12  Nancy LewenTuesday, January 12, 2016 at 1:55am EST

13  I know you read my earlier message, but didn't respond so I'll just make a stab in the dark. If you need
14  to move in asap as refugees, you can do what you want with the three bedrooms I showed you and I
15  could care less what you do as long as you don't expect any help from me moving furniture up and
16  down stairs.

17  Nancy LewenTuesday, January 12, 2016 at 1:50am EST

18  I also have a living room, dining room, kitchen and sunroom on the back. Nothing fancy, but it's home.
19  The high school is McDowell. I don't have a garage.

20  Nancy LewenTuesday, January 12, 2016 at 1:47am EST

21  I sleep in a twin size bed in a small bedroom on the first floor. I did have the queen size bed in here
22  until recently. I like to sleep on the first floor because its closest to the bathroom.

23  Nancy LewenTuesday, January 12, 2016 at 1:42am EST

24  Here's the queen size bed in the basement. Nothing fancy, but it has potential.

25  Nancy LewenTuesday, January 12, 2016 at 1:39am EST

26  The other bedroom upstairs is smaller. It used to be a boys room and the red carpet needs stretched or
27  ripped up and thrown out.

28  Nancy LewenTuesday, January 12, 2016 at 1:37am EST

29  Crashed earlier and woke up now to go pee. I'll elaborate. Here's the full size bed in the guest bedroom
30  upstairs. It's the bigger bedroom of the two. It's where my tiny TV is.

31  Nancy LewenMonday, January 11, 2016 at 9:00pm EST

32  You obviously have a need Barry. FYI- A family of six used to live in my house. There's four

1   bedrooms. You are all certainly welcome, but I don't know what the plan is. Please enlighten me one of
2   these days, ok? Tonight might not be a good night to enlighten me because I didn't get much sleep
3   today. I'm also drinking rum and slightly giddy. So just let me know one of these days what your exact
4   needs are and I'll help you however I can. PS- all joking aside, I love you. Pure unadulterated love from
5   a dark rum drinking sleep deprived giddy woman. lol https://www.youtube.com/watch?v=GqhIxrI5Lyk

6   Nancy LewenMonday, January 11, 2016 at 5:09am EST

7   If you thoroughly understand what it is that you need to do at your PDC meeting, post this on facebook.
8   http://youtu.be/QSWBX72rDe4

9   Nancy LewenSunday, January 10, 2016 at 10:45pm EST

10  Here's my glamour shot picture from 1999, with not only with eyeliner and red lips, but also red hair
11  and feathers! (Glamour Shots isn't even in business any more.)

12  Nancy LewenSunday, January 10, 2016 at 10:38pm EST

13  http://empathcommunity.eliselebeau.com/forum/topics/those-eyes-though Another trait of empaths is
14  the ability to see the quality of a person's soul. Ray has a good soul. He's probably never admit it if you
15  asked, but we've had some interesting conversations in the middle of the night about spiriuality and
16  metaphysics. I have a very hard time looking Ken in the eye.

17  Nancy LewenSunday, January 10, 2016 at 10:16pm EST

18  Just got off the phone with Ken. I honestly don't mind doing favors.

19  Nancy LewenSunday, January 10, 2016 at 6:26pm EST

20  I know Slupski watches football when he works units D and E at night. I don't. I often pray at night like
21  a nun.

22  Nancy LewenSunday, January 10, 2016 at 6:23pm EST

23  One of the traits of being an empath is an irresistible attraction to God.

24  Nancy LewenSunday, January 10, 2016 at 6:21pm EST

25  Here's my reading material for the night. It's a book about the structure of the soul, written by St Teresa
26  of Avila who was a mystic and a nun. Witnesses said that often when she meditated her body actually
27  levitated. She's the one in the statue with the angel.

28  Barry BlasicSunday, January 10, 2016 at 6:20pm EST

29  You should, it might help melt the ice!

30  Nancy LewenSunday, January 10, 2016 at 6:17pm EST

31  If I can get the inch of ice off my windshield in time I'll see you in a little bit. I don't have my reddish

1   lipstick on today.

2   Barry BlasicSunday, January 10, 2016 at 6:13pm EST

3   Probably but I'm not sure.

4   Nancy LewenSunday, January 10, 2016 at 3:48pm EST

5   Am I relieving you on unit E or am I relieving somebody/somewhere else?

6   Nancy LewenSaturday, January 9, 2016 at 6:44pm EST

7   Oh. Well I'm over here in the breakroom with the closest I've got to red lipstick. It's dark pink actually,
8   but I managed to pick up tomorrow evening as well from Ken on the way past his office. He said I'm
9   awesome, which I already knew.

10   Barry BlasicSaturday, January 9, 2016 at 6:28pm EST

11   Actually 7:45 is when my shift ends.

12   Nancy LewenSaturday, January 9, 2016 at 3:33pm EST

13   Len said you need relieved at 7:00 Larry, but Len didn't elaborate what type of relief you need so I can
14   only assume you need to go home. https://www.youtube.com/watch?v=cXu7N86K4zE

15   Nancy LewenSaturday, January 9, 2016 at 8:10am EST

16   Penny wanted to know how I did, so I told her. I'm mentioning this just in case you think that you're the
17   only victim of abuse.

18   Nancy LewenSaturday, January 9, 2016 at 7:26am EST

19   I'm in the ASSisted living parking lot with my engine running if you'd like to talk. Or better yet, go
20   serve the coffee. Ⅱ. http://youtu.be/XcxKIJTb3Hg

21   Nancy LewenSaturday, January 9, 2016 at 5:17am EST

22   Nancy LewenSaturday, January 9, 2016 at 5:17am EST

23   Fyi- I always come to work wearing a bra with extra heavy duty reinforced straps.

24   Nancy LewenSaturday, January 9, 2016 at 5:15am EST

25   I did Penny's job on C tonight. Next time you see me I will most likely be doing something in the
26   dining room that I think may not be lawful. I'm not sure. Nick agreed with me when I mentioned it.

27   Nancy LewenSaturday, January 9, 2016 at 5:13am EST

28   Nancy LewenSaturday, January 9, 2016 at 5:13am EST

29   You're on A w/ Jessica. Two nurses on B. Two on C. 4 aides on A, 4 on B. 3&3 aides on 11-7 shift. 2&2
30   11-7 nurses. You should have a good day.

1  Nancy LewenFriday, January 8, 2016 at 3:01pm EST

2  I may be known as "grandma" to some people, but I can sort of see where a really intelligent man
3  might consider me a mentally exhausting big booty.

4  Nancy LewenFriday, January 8, 2016 at 3:01pm EST

5  Nancy LewenFriday, January 8, 2016 at 2:44pm EST

6  https://www.youtube.com/watch?v=VnDB31O7-fg

7  Nancy LewenFriday, January 8, 2016 at 2:43pm EST

8  Something I forgot to mention about "energy work" is that Pretam's elderly sisters in Malaysia are all
9. the equivilant of what they call "good witches" in England and Ireland.

10  Nancy LewenFriday, January 8, 2016 at 2:39pm EST

11  Here's an old Welsh style heavy metal type song about Mary's house in the hollow of the white hazel
12  and the church of the red cave, which is because a woman's heart is behind the hollow between the
13  boobs. I didn't mention that to that Paul guy. That said, I need to go put a bra on now and get dressed to
14  go pick up my grandson from the bus stop. https://www.youtube.com/watch?v=19a0GAOg6d4

15  Nancy LewenFriday, January 8, 2016 at 2:37pm EST

16  I'm mentioning that because I know that your wife is a yoga instructor and therefore probably dabbles
17  with "energy work" without having any idea what she's dabbling with. I was looking at her facebook
18  page, and can't help but wonder if she knows my son in law. He's the executive director of the
19  downtown YMCA and has alot of facebook friends from work but she isn't one of them.

20  Nancy LewenFriday, January 8, 2016 at 2:34pm EST

21  There's a Welsh town called "Llanfairpwllgwyngyll" that has an even longer name also. It's near where
22  they think Avalon was and is hidden symbolism re "Mary's house, the church of the red cave" which
23· has to do with making love to a woman's heart as the way to know God. I can't explain it very well, but
24  the Sikh faith also has a passage in their Guru Granth Sahib holy book that says that a man can't really
25  know God except through a woman. https://en.wikipedia.org/wiki/Llanfairpwllgwyngyll

26  Nancy LewenFriday, January 8, 2016 at 2:18pm EST

27  I mention this because I'm sitting here in my livingroom with no bra on, as usual.

28  Nancy LewenFriday, January 8, 2016 at 2:16pm EST

29  My neighbors were from Northern Ireland and actually knew some of the hunger strikers. Bobby Sands
30  poems are inspiring. https://www.youtube.com/watch?v=hHWy-MyMAtw

31  Nancy LewenFriday, January 8, 2016 at 2:12pm EST

1   Nancy LewenFriday, January 8, 2016 at 3:01pm EST

2   I may be known as "grandma" to some people, but I can sort of see where a really intelligent man
3   might consider me a mentally exhausting big booty.

4   Nancy LewenFriday, January 8, 2016 at 3:01pm EST

5   Nancy LewenFriday, January 8, 2016 at 2:44pm EST

6   https://www.youtube.com/watch?v=VnDB31O7-fg

7   Nancy LewenFriday, January 8, 2016 at 2:43pm EST

8   Something I forgot to mention about "energy work" is that Pretam's elderly sisters in Malaysia are all
9   the equivilant of what they call "good witches" in England and Ireland.

10   Nancy LewenFriday, January 8, 2016 at 2:39pm EST

11   Here's an old Welsh style heavy metal type song about Mary's house in the hollow of the white hazel
12   and the church of the red cave, which is because a woman's heart is behind the hollow between the
13   boobs. I didn't mention that to that Paul guy. That said, I need to go put a bra on now and get dressed to
14   go pick up my grandson from the bus stop. https://www.youtube.com/watch?v=19a0GAOg6d4

15   Nancy LewenFriday, January 8, 2016 at 2:37pm EST

16   I'm mentioning that because I know that your wife is a yoga instructor and therefore probably dabbles
17   with "energy work" without having any idea what she's dabbling with. I was looking at her facebook
18   page, and can't help but wonder if she knows my son in law. He's the executive director of the
19   downtown YMCA and has alot of facebook friends from work but she isn't one of them.

20   Nancy LewenFriday, January 8, 2016 at 2:34pm EST

21   There's a Welsh town called "Llanfairpwllgwyngyll" that has an even longer name also. It's near where
22   they think Avalon was and is hidden symbolism re "Mary's house, the church of the red cave" which
23   has to do with making love to a woman's heart as the way to know God. I can't explain it very well, but
24   the Sikh faith also has a passage in their Guru Granth Sahib holy book that says that a man can't really
25   know God except through a woman. https://en.wikipedia.org/wiki/Llanfairpwllgwyngyll

26   Nancy LewenFriday, January 8, 2016 at 2:18pm EST

27   I mention this because I'm sitting here in my livingroom with no bra on, as usual.

28   Nancy LewenFriday, January 8, 2016 at 2:16pm EST

29   My neighbors were from Northern Ireland and actually knew some of the hunger strikers. Bobby Sands
30   poems are inspiring. https://www.youtube.com/watch?v=hHWy-MyMAtw

31   Nancy LewenFriday, January 8, 2016 at 2:12pm EST

36

1   Many of the old churches and chapels in England had pagan symbolism carved into the walls. I had
2   Irish neighbors who took me under their wing and showed me interesting things that I didn't learn
3   growing up in Pittsburgh.

4   Nancy LewenFriday, January 8, 2016 at 2:09pm EST

5   https://www.youtube.com/watch?v=yzCxtykCQoc

6   Nancy LewenFriday, January 8, 2016 at 2:09pm EST

7   Trinity Church in Boston has a stained glass window of Jesus and Mary Magdalene that clearly looks
8   like a husband and wife.

9   Nancy LewenFriday, January 8, 2016 at 2:06pm EST

10  youtube is a cheap travel method. https://www.youtube.com/watch?v=RO3yFPXBjuc

11  Nancy LewenFriday, January 8, 2016 at 2:06pm EST

12  That said, one day I would like to go to Scotland, and even just back to England to revisit where I lived
13  in the 80's. In the meantime I watch really cool and interesting youtube videos.

14  Nancy LewenFriday, January 8, 2016 at 2:04pm EST

15  Deb called off. Rhonda called off. Jen Evans was the TWOC. Ray was begging Chris or I to stay over.
16  Neither one of us could.

17  Nancy LewenFriday, January 8, 2016 at 2:03pm EST

18  Dawn was on B by herself and not happy. Jodey looked half dead. Kerry stayed over to help her with
19. the med pass. It was unreal.

20  Nancy LewenFriday, January 8, 2016 at 2:02pm EST

21  I was the only nursing staff member in the diningroom this morning. Literally. The only one. Day shift
22  was so ridiculously short staffed. (But not by legal definition.)

23  Nancy LewenThursday, January 7, 2016 at 9:21pm EST

24  Laying here bra less in my granny gown with my two cats. Waking up from my prework nap. Wishing I
25  could find just one good hurting man in Erie to take care of and lovingly press my big booty up against
26  and maybe if I was really lucky I could wipe away some poor broken hearted man's tears by smashing
27  his face into my big boobs. Oh well. I don't hang out in the Erie bar crowd, so I guess I'll just have to
28  go to work and contribute to pharmaceutical company profit by passing out antidepressants to old men
29  while getting paid for it and contributing to my pension. It does pay the bills. ☐☐☐

30  Nancy LewenThursday, January 7, 2016 at 2:47pm EST

31  My husband isn't a "lady's man." He's also a bit brain injured and a bit too living and generous. Is it

37

1   wrong of me to have secretly contacted His elderly sister in Malaysia and ask her to dispatch one his
2   nieces to America to get to know him better and figure out what type of woman he'd like to be
3   "arranged" to meet. I don't think it's wrong. I think it's awesome of me. His family also thinks I'm
4   awesome. Here they are recently at the original Cheers bar in Boston. She posted pics on Facebook
5   with hidden messages that went right over the poor guys brain injured head. Lol

6   Nancy LewenThursday, January 7, 2016 at 2:40pm EST

7   http://youtu.be/CW48pBgsDLE

8   Nancy LewenThursday, January 7, 2016 at 2:37pm EST

9   I went out once or twice a week with this person for two months and never realized what mattered most
10   to him. I'm just glad I didn't accidentally get the urge to rape him.

11   Nancy LewenThursday, January 7, 2016 at 2:34pm EST

12   Regardless of what the Bible says about Mary Magdalene being a prostitute and Jesus being a lifelong
13   bachelor, historical artifacts and evidence suggest that Jesus Christ was married to a pagan type
14   priestess healer and that he took the blame to allow his pregnant wife to escape to France, at night by
15   boat. I tried to have a conversation last year with that Paul guy. He responded by saying he knew that I
16   didn't want a relationship but wondered if I'd go along with being just a "friend with benefits." I ended
17   it the next day. I'm mentioning it because he did further elaborate this morning.

18   Nancy LewenThursday, January 7, 2016 at 11:07am EST

19   I'm mentioning all this just to clarify that my ex didn't recently drop off money in exchange for sex.
20   That was something that Paul guy didn't believe, unless of course my ex husband was "homosexual."
21   [insert major sarcasm]. The college professor from Lebanon believed me, and quickly decided that
22   driving two hours was probably too far to drive for some woman who didn't need to have sex in a
23   relationship. The engineer with the five year old son also believed me when I sort of accidentally raped
24   him one night last summer.

25   Nancy LewenThursday, January 7, 2016 at 10:49am EST

26   I've been crying a lot lately at work and at home, in the car, probably in the swimming pool at the gym.
27   I try not to cry in front of my grandsons. I've cried more at the end of this marriage than either of the
28   other ones. What's ironic about it is that this relationship and marriage was never even consummated
29   because that's one of the deficits that the brain tumor caused.

30   Nancy LewenThursday, January 7, 2016 at 10:41am EST

31   So then I text messaged my 3rd husband and ended it with a pair of big red lips just for the heck of it.
32   The man grew up in a village in the jungle, literally, and is obviously a Wolf Rd type

33   Nancy LewenThursday, January 7, 2016 at 10:07am EST

1   Shoeless too.

2   Nancy LewenThursday, January 7, 2016 at 10:06am EST

3   I do actually go around the house bra less quite often.

4   Nancy LewenThursday, January 7, 2016 at 10:03am EST

5   As your secret dating coach Barry, I would highly recommend skipping the free site and paying the fee
6   for eharmony.com where they pre screen people for compatibility. We dated for two months last year. I
7   ended it because we obviously didn't have anything in common. Paul obviously thinks he knows "me."

8   Nancy LewenThursday, January 7, 2016 at 9:24am EST

9   Nancy LewenThursday, January 7, 2016 at 9:20am EST

10  I don't really need to know where Wolf Rd is. I deactivated my online dating account and decided to go
11  get braless in my swimsuit in the pool at FitnessU. There's usually alot of old men in the hot tub around
12  this time of day. https://www.youtube.com/watch?v=oiNaadVOQEM

13  Nancy LewenThursday, January 7, 2016 at 9:13am EST

14  Do you know where Wolf Rd is in Erie? I'm asking because this morning a guy that I dated last Spring
15  texted me out of the blue to see if I wanted to go out to dinner because he saw that I was back on the
16  online dating site. When I said no he told me I should put on red lipstick, no bra, and stand on the
17  corner on Wolf Rd where he said I could find the type of guy I'm looking for. Since I'm not from Erie I
18  didn't get what he was talking about and he wouldn't tell me. The comment seemed sort of sarcastic and
19  after that the conversation turned a bit nasty which is a shame since we had parted on friendly terms
20  last Spring, I thought. I told him I could only assume he was talking about some road in Erie where
21  male nurses live or something. I saw on the map that it isn't too far from where I live in Millcreek. Do
22  you have any idea what type of guys live on Wolf Rd? Is it maybe some gated community where rich
23  people live? The reason I didn't want a relationship with that guy was because it soon became clear that
24  he was hostile aggressive towards women and even a bit sissified in my opinion. He also accused me of
25  being secretly married to a probably homosexual. It was a weird conversation, but not necessarily
26  creepy. it's a shame that some people just can't part as friends after going out for approximately. two
27  months and never actually having a "relationship." I don't even own red lipstick, but Walmart probably
28  sells it.

29  Nancy LewenWednesday, January 6, 2016 at 1:30pm EST

30  2006. Resorting to cheap eyeliner as the only way I could possibly pass the SPSS graduate level
31  research methods course I was taking at Edinboro. The professor was defenseless against eyeliner.

32  Nancy LewenWednesday, January 6, 2016 at 1:26pm EST

33  2007. Cheap eyeliner bought at the Walmart in Phoenix Arizona while vacationing with my #2 husband

1   who I considered to be the love of my life even though I left him six months later.

2   Nancy LewenWednesday, January 6, 2016 at 1:23pm EST

3   2011. Cheap eyeliner from the Canadian Walmart is not quite as cheap as from the U.S. Walmart since
4   the Canadian economy is so much stronger.

5   Nancy LewenWednesday, January 6, 2016 at 9:22am EST

6   Just that fast, Addy sent her love. ▯

7   Nancy LewenWednesday, January 6, 2016 at 9:21am EST

8   Nancy LewenWednesday, January 6, 2016 at 8:46am EST

9   Nancy LewenWednesday, January 6, 2016 at 8:43am EST

10  Ken literally spent one hour huddling with me on unit D, planning my defense. This goes with what I
11  said publicly on my facebook page about inner beauty being more important than outer beauty. I'm
12  mentioning this because Ken did not huddle for one minute with Addy. She texts me once a month on
13  the first of the month with an uplifting message, and she did mention that you were really kind to her
14  when you had to walk her out, so I'm going to take the liberty of texting her right now and saying that
15  Barry said hi. ▯▯

16  Nancy LewenWednesday, January 6, 2016 at 8:28am EST

17  This is actually the cheapest eyeliner that Walmart sells, but what actually impressed Deb the most was
18  my knowledge of long term care citation scope and severity grading. Her face actually lit up and
19  glowed. It was funny

20  Nancy LewenTuesday, January 5, 2016 at 9:29pm EST

21  I'll be getting "Layed" tomorrow morning at 0650 in the supervisors office. Ray apologized ahead of
22  time and said off the record he thinks it's all so stupid.

23  Nancy LewenTuesday, January 5, 2016 at 9:29pm EST

24  Nancy LewenTuesday, January 5, 2016 at 9:07am EST

25  I didn't want to say this publicly at work this morning as your nurse coworker, but as your secret off
26  duty nurse friend and dating coach I need to tell you Barry that you have really pretty eyes, especially
27  when you're being all serious in the middle of a medical crisis. I've always secretly thought that, I just
28  never privately mentioned it before. Having discreetly gotten that off my chest, I can now fall face
29  down into my bed. What a morning...I truly hope you and Peggy have a better rest of the day. ▯

30  Nancy LewenSunday, January 3, 2016 at 5:41pm EST

31  I'm glad you decided to go on a date Barry. ▯. I promise not to play games or hurt you. I promise not to
32  be over demanding. Only thing I can't promise is that I might automatically try to grab your hand out of

40

1   habit. 0

2   Nancy LewenSunday, January 3, 2016 at 5:38pm EST

3   Ok. I know it's going to be a scheduling feat, but I do have holiday hours and vacation hours available.

4   Barry BlasicSunday, January 3, 2016 at 5:36pm EST

5   Ok I'll have to look and figure something out. Remind me so I don't forget

6   Nancy LewenSunday, January 3, 2016 at 5:32pm EST

7   There's another one coming up too.

8   Nancy LewenSunday, January 3, 2016 at 5:32pm EST

9   Nancy LewenSunday, January 3, 2016 at 5:21pm EST

10  That's the dates. My schedule is set in stone. I know yours changes. When the time comes just pick a
11  good day or I could even use a leftover holiday day or something. I babysit my grandson after school,
12  but that's voluntary and I can get out of it. I know you have your custody schedule to work around and
13  your kids come first.

14  Nancy LewenSunday, January 3, 2016 at 5:15pm EST

15  Nancy LewenSunday, January 3, 2016 at 4:45pm EST

16  I'm having a can of broccoli cheese soup.

17  Nancy LewenSunday, January 3, 2016 at 4:43pm EST

18  That's the staple food next door at my daughter's house.

19  Nancy LewenSunday, January 3, 2016 at 4:41pm EST

20  Homemade chicken tenders?

21  Nancy LewenSunday, January 3, 2016 at 4:40pm EST

22  I have a regular size TV upstairs in my one bedroom with a built in DVD player and one of those
23  amplified antennas that works fine for the amount of TV that I watch.

24  Barry BlasicSunday, January 3, 2016 at 4:38pm EST

25  I have the large screen TV but no plans for any cable plus the games over the bills won. Now I'm
26  picking up my son to make homemade chicken tenders for dinner

27  Nancy LewenSunday, January 3, 2016 at 4:37pm EST

28  I actually have a spot reserved for a large screen tv.

29  Nancy LewenSunday, January 3, 2016 at 4:37pm EST

1   Nancy LewenSunday, January 3, 2016 at 4:34pm EST

2   So there's some football game on right now that you'd probably rather be paying attention to than
3   texting with me and trying to come up with something to do. I don't have a large screen tv and I don't
4   even have cable TV or I'd say you could come over and watch the football game at my house while I'm
5   putting my Christmas decorations away. Boring, I know. Cheap, yeah.

6   Nancy LewenSunday, January 3, 2016 at 4:28pm EST

7   Me neither.

8   Barry BlasicSunday, January 3, 2016 at 4:26pm EST

9   Not really an issue for me anyway.

10  Nancy LewenSunday, January 3, 2016 at 4:25pm EST

11  Would it surprise you to find out that I haven't "gone to church" in years?

12  Barry BlasicSunday, January 3, 2016 at 4:24pm EST

13  Not church. Since I don't go regularly as it is.....don't want to mess up my God/me relationship.

14  Nancy LewenSunday, January 3, 2016 at 4:19pm EST

15  We could go to church. Just saying. []

16  Nancy LewenSunday, January 3, 2016 at 4:17pm EST

17  Go to a restaurant, pull the fire alarm and run away? I don't know.

18  Nancy LewenSunday, January 3, 2016 at 4:15pm EST

19  Walk around the mall.

20  Nancy LewenSunday, January 3, 2016 at 4:14pm EST

21  I don't know. A movie or something.

22  Barry BlasicSunday, January 3, 2016 at 4:14pm EST

23  What did you have in mind?

24  Nancy LewenSunday, January 3, 2016 at 4:13pm EST

25  Wanna do something before then?

26  Nancy LewenSunday, January 3, 2016 at 4:13pm EST

27  Well the Egyptian exhibit begins after that I'm pretty sure.

28  Barry BlasicSunday, January 3, 2016 at 4:12pm EST

42

1   Won't know for sure until January 21st after the hearing.

2   Nancy LewenSunday, January 3, 2016 at 4:10pm EST

3   Your, not you're.

4   Nancy LewenSunday, January 3, 2016 at 4:10pm EST

5   Fantastic! What is you're custody schedule these days? Last time I talked it was up in the air.

6   Barry BlasicSunday, January 3, 2016 at 4:08pm EST

7   I would enjoy that.

8   Nancy LewenSunday, January 3, 2016 at 4:07pm EST

9   So you will go with me to the Cleveland museum of art?

10   Nancy LewenSunday, January 3, 2016 at 4:04pm EST

11   Something like that. He's a nice guy though and does deliver furniture cheaply

12   Barry BlasicSunday, January 3, 2016 at 4:03pm EST

13   Top half joking, bottom half, not so much!

14   Nancy LewenSunday, January 3, 2016 at 4:03pm EST

15   That's a lot of the comments that guys make on the online dating site. That's sort of why it feels like
16   being a piece of meat on display at the butcher shop.

17   Nancy LewenSunday, January 3, 2016 at 4:02pm EST

18   No it's Frank the mover. He's delivered things for me that I've bought at Claudine's consignment store.
19   Big black guy. Real nice, and knows I live alone. He mentioned one day that he'd be glad to "service"
20   me if I ever needed the service. He was half joking, but half not joking.

21   Nancy LewenSunday, January 3, 2016 at 3:59pm EST

22   I used to go there with my grandpap when I was a little girl, and the Carnegie library also. He quit
23   school in the 2nd grade to go to work in the coal mines and was functionally illiterate but enjoyed the
24   museum.

25   Barry BlasicSunday, January 3, 2016 at 3:58pm EST

26   Tell me about Fred the mover.

27   Barry BlasicSunday, January 3, 2016 at 3:57pm EST

28   Been to the PGH/Caregie museum before. Really nice that was in 1992.

29   Nancy LewenSunday, January 3, 2016 at 3:56pm EST

1  I think it's a good way to spend the day too. I just don't get the motivation to go by myself. Last art
2  museum I went to was in Toronto.

3  Nancy LewenSunday, January 3, 2016 at 3:54pm EST

4  Last time I was at the Pgh museums was when I was a kid. I went to the smithsonian a few years ago.

5  Nancy LewenSunday, January 3, 2016 at 3:53pm EST

6  I've never been there.

7  Barry BlasicSunday, January 3, 2016 at 3:52pm EST

8  As far as the Cleveland Museum of Art, that sounds like a good way to spend a day. Haven't been there
9  since, well 1981.

10  Barry BlasicSunday, January 3, 2016 at 3:50pm EST

11  Moving a mattress from W9th to 29th & Peach

12  Nancy LewenSunday, January 3, 2016 at 8:23am EST

13  I know you are artistically inclined Barry. The Cleveland Museum of Art has an Egyptian Art exhibit
14  coming soon and they also have Baroque style religious art. My question is, are you evolved enough to
15  ever want to go do something like this, purely as friends, with a middle aged super nerdy gray haired
16  and wrinkled fat chick? It would obviously be about a 10 hour day trip, in the Spring. I'd prefer that
17  you drove because I'm like that, but I may ask that we take my car since I don't get enough road trips
18  these days to blow out the carbon. I find the hidden messages in Baroque and Reformation era art very
19  interesting. Artists from that very dangerous era in European history were pure genius to so cleverly
20  hide the truth in plain sight. https://www.youtube.com/watch?v=RKcJvjP9zgY

21  Nancy LewenFriday, January 1, 2016 at 9:09am EST

22  Sikhs and Hindus, like Pagans, recognize and worship the God and Goddess that is inside each of us.
23  It's a totally different concept from Christianity. Probably a bit much for a text message. Definitely
24  more than one of the guys I dated last year could handle having grown up Catholic in Erie, PA. The
25  college professor who grew up in Lebanon understood the concept. The guy who grew up in South
26  Africa understood the concept. He was the one who had a five year old son and three teenage daughters
27  who he thought I'd make a good stepmother for! HA! https://www.youtube.com/watch?
28  v=RzPKVFYwcVs

29  Nancy LewenFriday, January 1, 2016 at 8:56am EST

30  To expound about paganism, believe it or not, when it comes to male/female roles etc. there's alot of
31  similarities in paganism and Sikhism. Duality and male female energy. Equality of strong intelligent
32  women coupled with strong intelligent supportive men. A male Sikh friend in Canada said there's a
33  saying in Punjabi that translates into something like smart men know how to "ride the dragon" of

44

1   feminine energy. https://www.youtube.com/watch?v=0vAybmBEtyE

2   Nancy LewenFriday, January 1, 2016 at 8:17am EST

3   I should probably clarify that my lawful husband doesn't actually "refuse to divorce me unless
4   something better comes along." That's just what normal guys on online dating sites think. Fact of the
5   matter is, the ball's in my court and he's there for me as long as I need him. And if he happens to die
6   any time soon he's more than happy for me to be his lawful beneficiary since he'll be dead and won't
7   care anyway.

8   Nancy LewenFriday, January 1, 2016 at 8:11am EST

9   "Expound" "emasculation" and "semantics" all in one paragraph. I have no doubt that you will have
10  success on the online dating site. Vocabulary skills like that are what really turn on middle aged nerd
11  chicks. Just saying.

12  Barry BlasicThursday, December 31, 2015 at 10:27pm EST

13  Not sure if I'm a Pagan/Goddess worshipper type or not maybe you should expound on that for me to
14  decide. As far as 'chewed up my manhood' I have always felt it was more of an emasculation process
15  which may just be semantics but, yeah.

16  Barry BlasicThursday, December 31, 2015 at 10:23pm EST

17  BTW I already love this song.

18  Nancy LewenThursday, December 31, 2015 at 9:46pm EST

19  https://www.youtube.com/watch?v=Byeg1LMu5mM

20  Nancy LewenThursday, December 31, 2015 at 9:45pm EST

21  That saying comes to mind, "best way to get over a woman is to get under another woman." lol.
22  Seriously. I have no doubt that your wife took your manhood, chewed it up and spit it out. Believe me I
23  know, it's hard to break from the familiar and start dating again. I have no doubt that you're a bit of a
24  pagan/goddess worshipper type. Finding your goddess will cure everything much better than a pill or
25  counselling or church or whatever. Go forth in 2016, seek the goddess and that's when you will find
26  your lost manhood. Seriously.

27  Barry BlasicThursday, December 31, 2015 at 8:53pm EST

28  I'm quite sure that I probably don't need a pill for depression but was trying to get the doctor to
29  prescribe me some anti-anxiety medication but didn't qualify for an "anxiety attack" diagnosis. I don't
30  think that I'm hung up on my ex at all I'm actually pretty happy to have finally arrived at a place where
31  the two of us FINALLY get to move on. My life has been so stagnant these past few years and I was
32  sick of playing childish games. There was no show of support and almost constant criticism of most
33  everything I did. I mostly got sick of being told that I am "just an LPN" as if what I achieved meant

1   nothing in her eyes. I know that I will be fine in the long run and have no regrets about my situation.
2   Have a happy New year and I will talk with you soon. I may still try to take you up on that offer to go
3   out sometime. I need a new perspective once in awhile!

4   Nancy LewenThursday, December 31, 2015 at 8:35pm EST

5   All that said, I truly do wish you happiness in 2016, and I mean it when I suggest that you probably
6   don't need a pill as much as you just need to move on in the female dept.

7   Nancy LewenThursday, December 31, 2015 at 8:32pm EST

8   Here's my lawful third husband, who stopped by for a few days to give me some money. These are the
9   broadest shoulders I've ever known in my life, attached to the best friend and perhaps the wisest and
10  most loving man I've ever had the pleasure of knowing. He's now sure at what point he will be moving
11  back home to Malaysia. It all depends on how fast his non operable brain tumor grows. The last time, it
12  grew slowly prior to having it removed when it was still operable. I'm mentioning this because I
13  understand the feeling of sadness even though I'm not going through a third divorce at the moment. My
14  lawful husband won't divorce me unless I find something better.

15  Nancy LewenThursday, December 31, 2015 at 8:26pm EST

16  Nancy LewenThursday, December 31, 2015 at 8:26pm EST

17  Here's a guy from Arizona who now lives in Erie and is interested after he comes back from visiting his
18  relatives in Arizona for the holidays.

19  Nancy LewenThursday, December 31, 2015 at 8:25pm EST

20  Nancy LewenThursday, December 31, 2015 at 8:25pm EST

21  Hey Barry. I have some time to kill before getting ready for work. I was just thinking about what you
22  said the other day about taking anti depressants. As a friend, I personally don't think you're "depressed"
23  so much as "sad" from "going through a divorce." You wouldn't be human if you didn't experience
24  sadness when going through a divorce. Just saying. Happy New Year by the way and if you're looking
25  for an ego boosting pick me up, I'd highly recommend online dating, even if you don't land up going
26  out with anybody, it is sort of fun just to flirt sometimes.. Here's my profile from the free site. No sense
27  in paying. There are some scumbags, but there are some mostly normal people. The three guys who I've
28  dated so far from online dating were mostly normal. That said, if you're ever just feeling lonely and sad
29  and feel like getting out of the house and doing something, look at the schedule and give me a call, ok?
30  The worst thing I might do to you is accidentally try to hold your hand. Honest.
31  http://www.pof.com/viewprofile.aspx?profile_id=109190284

32  Nancy LewenSunday, December 27, 2015 at 7:32pm EST

33  I'm mentioning this because I heard that ▓▓▓▓ had a mysterious femur fracture, so it won't surprise me
34  if the health dept visits again soon. If they do happen to come in on a day when you're there, you need

46

1 to "sing" about insufficient staffing and poor quality of care. If quality of care doesn't seem to be
2 affected, the only requirement is that they have one RN in the building. It is ridiculous, and has been
3 ridiculous for many years. The PA Attorney General's office actually recently sued Golden Living
4 Centers for insufficient staffing. As long as these places can get away with it they do, and nurses are
5 usually so scared of the state investigators and/or retaliation from administration that they "fake" that
6 everything is ok if they get interviewed.

7 Nancy LewenSunday, December 27, 2015 at 7:22pm EST

8 Here's the F tags and legal citations for the very vague Federal nursing home staffing requirements.
9 There are no specific numbers. "Inadequate staffing" is proven by a demonstrated breakdown in quality
10 of care. F-309 42 CFR 483.25, Quality of Care F-353 42 CFR 483.30(a) Sufficient Staff

11 Nancy LewenSaturday, December 26, 2015 at 8:47pm EST

12 Laws need changed.

13 Barry BlasicSaturday, December 26, 2015 at 8:45pm EST

14 Firstly I commend you on your meticulous research. As I feel we all know that whatever criteria used
15 to determine staffing levels is not based in reality.

16 Nancy LewenSaturday, December 26, 2015 at 6:04pm EST

17 I don't want to say this publicly, but I did have an interesting conversation with a private attorney a few
18 weeks ago. Technically, you're wrong about "inadequate staffing" because they do provide 4.0 nursing
19 hours per patient per day, when it is actually only required of them by law to provide 2.7 nursing hrs
20 per patient per day. However, there is actually a provision under Pennsylvana law where they can be
21 forced by the Health Dept. to provide more than minimum staffing if circumstances warrant. § 211.12.
22 Nursing services. (l)The Department may require an increase in the number of nursing personnel from
23 the minimum requirements if specific situations in the facility—including, but not limited to, the
24 physical or mental condition of residents, quality of nursing care administered, the location of
25 residents, the location of the nursing station and location of the facility—indicate the departures as
26 necessary for the welfare, health and safety of the residents.

27 Nancy LewenMonday, December 7, 2015 at 9:02pm EST

28 I got up in arms over the one and only PDC that I got recently when they tried to say "neglect of duty."
29 I agree if they want you gone you're gone. I don't agree that "PDC" is the solution to the citations we
30 got from the state. I suggest a little "TLC." That's what I told Ray. Show a little love...or in least, show
31 a little RESPECT.

32 Barry BlasicMonday, December 7, 2015 at 8:38pm EST

33 I fail to understand why everyone gets so up in arms over a PDC. After all the P stands for 'Pre'
34 disciplinary the cumulative effect is the only real issue. If they want you gone you're gone.

47

1  Nancy LewenMonday, December 7, 2015 at 8:16pm EST

2  Call me warped, but I actually think it's kind of funny that the health dept was actually in the building
3  last week on an anonymous complaint from an obviously disgruntled employee, when somebody in the
4  building went ahead and called the health dept and made another anonymous complaint about Mr H
5  and his Unna boots. Their response will be "PDC" since pdc is the only three letters in PSSH
6  administrators vocabulary.

7  Nancy LewenMonday, December 7, 2015 at 8:08pm EST

8  Barry BlasicMonday, December 7, 2015 at 8:05pm EST

9  A formidable opponent.

10  Nancy LewenMonday, December 7, 2015 at 8:01pm EST

11  My army.

12  Nancy LewenMonday, December 7, 2015 at 8:01pm EST

13  Nancy LewenMonday, December 7, 2015 at 7:50pm EST

14  Ha! Ray actually said something similar. I think he knows I could kick his ass. lol

15  Barry BlasicMonday, December 7, 2015 at 7:47pm EST

16  I can see the headline now. "Prudent Nurse Fights Violence with Violence." Back to decorating.▯

17  Nancy LewenMonday, December 7, 2015 at 7:37pm EST

18  I don't plan on leaving. I also like Ray for the most part. My first marriage was a long time ago. The
19  point I was trying to make to him is you just might not know a person's history or what can of worms
20  you may be opening when you start screaming at somebody unprovoked and calling them belittling
21  names. I told him flat out that if he ever ever ever dares to scream at me and call me names just for
22  being a prudent nurse I will kick his ass. I am capable of fighting violence with violence if I choose to,
23  but as a civilized person I chose not to with Deb. I've heard stories about her temper, but never saw it,
24  and always figured the people must have done something to provoke her. Ray agreed that she has a
25  problem, but I think when it comes down to it he just doesn't want to deal with doing anything to try to
26  put her in her place. Oh well. Back to Christmas decorating.

27  Barry BlasicMonday, December 7, 2015 at 6:45pm EST

28  Love it or hate it. Right now it's what pays the bills. As far as telling Ray he has no balls, good for you.
29  I always liked him (generally speaking) he is a decent person. Not a huge fan of his leadership style so
30  much but he has his moments where he is genuine and shows his true self. PTSD? Sorry to hear that
31  you had to go through something like that. Life is full of adversity and I'm a firm believer in " What
32  doesn't kill you makes you stronger" You should know after as much time in this business that you are
33  better than whatever bullshit someone tries to feed you. If you were to leave it would be their loss. Not

1   that it would matter a hill of beans to them, that place will chew you up and spit you out without a
2   second thought. Glad to hear that you have found a way through this minor trial, emerging on the other
3   side with your sanity and pride intact. Often that is all we can cling to. TTYL8R!

4   Nancy LewenMonday, December 7, 2015 at 2:53pm EST

5   I had a nice heart to heart talk with "Lay" last night and gave him some food for thought. At one time I
6   actually had a diagnosis of PTSD from being married to a bully a few decades ago. I don't associate
7   with violent bullies anymore, so it's not really a problem these days unless somebody in the workplace
8   suddenly flips out, screams at me and calls me "stupid." So I mentioned to Lay last night that my brain
9   sort of shut down the other morning. I told him that I don't plan to file a workplace violence complaint,
10  but next time he just stands there with no balls and watches a bully scream at a person with PTSD, that
11  person may go out to their vehicle and return with a gun and shoot him as well as her. He cringed when
12  I said he had no balls, and hadn't thought about it like that. I have the same fear for generic "male staff"
13  like you and John who get the job of walking out terminated employees for no reason than because
14  you're men. To me that's gender discrimination. Anyway, I thanked Lay for never screaming at me even
15  if he has no balls. He laughed and sincerely thanked me for the food for thought. He didn't realize that I
16  have a history of PTSD and said he never would have known that I cried if I hadn't mentioned it last
17  night. He admitted that he was glad that I cried and didn't go get a weapon from my car and shoot the
18  place up or something. And I'm sure glad that when you walked Addy out she didn't get violent with
19  you. To me that doesn't seem like part of your job description. I don't know what employee called the
20  health dept, but it does seem that shit is rolling down hill right now. They got 14 more deficiencies on
21  top of the G rating from their annual survey. Sobering. ll. I brought the research in last night to show to
22  Ray to substantiate what I was trying to communicate to Deb the other day. I didn't need it. After she
23  calmed down she had written the order I asked for. Long term care. Gotta love it.

24  Nancy LewenSaturday, December 5, 2015 at 9:26am EST

25  FYI- It's 9am on a Saturday morning. I'm just out of the shower in my comfy granny gown, half
26  drunk...and seriously glad that I got "Lebbed" this morning instead of "Layed" last night. Deb and I are
27  new best friends. We hugged and talked about the different ways that hormones affect strong women
28  our age. She apologized sincerely, and said that we got 14 more deficiencies so administrators are
29  coming down hard on her to crack down on nurses. I'm not too drunk yet to just suddenly remember to
30  mention to Barry that "Squaring the Circle" is a metaphor for "doing the impossible." It's some sort of
31  geometry problem that mathematicians have worked on since ancient times. Thanks again for being
32  normal. I was really frazzled this morning. I hate crying at work, but what I really hate is the feeling of
33  trying to hold it in and NOT cry at work. that said, I hope you have a very good day and don't get
34  Lebbed or Lenned. I'm sure you'd much rather also get Layed in the great scheme of things. lol
35  https://en.wikipedia.org/wiki/Squaring_the_circle

36  Nancy LewenThursday, November 12, 2015 at 1:07pm EST

1  Barry BlasicThursday, November 12, 2015 at 12:47pm EST

2  Thanks

3  Nancy LewenThursday, November 12, 2015 at 12:23pm EST

4  Mon-fri 8-430

5  Nancy LewenThursday, November 12, 2015 at 12:23pm EST

6  Nancy LewenThursday, November 12, 2015 at 12:20pm EST

7  Hey barry. I just got an email saying that the VA is hiring for what looks to be a full time M-F dayshift
8  LPN position. Wasn't sure if you might be interested.

9  Nancy LewenThursday, November 12, 2015 at 12:19pm EST

10  Nancy LewenMonday, October 26, 2015 at 8:00pm EDT

11  Maybe I'll get Carolyn to help me. We work the same weekends and once the snow starts flying she's
12  going to stay at my house during bad weather so she won't have to drive back and forth to Franklin. It
13  should be really interesting to slumber party with Carolyn. Lol

14  Barry BlasicMonday, October 26, 2015 at 7:55pm EDT

15  Nancy LewenMonday, October 26, 2015 at 7:55pm EDT

16  Aha. Tape. Didn't think of tape. Or a rubber band maybe. I'll figure it out. I've tackled more
17  complicated gluing projects than this, but I didn't feel like buying a soldering iron and figuring out how
18  to use it.

19  Barry BlasicMonday, October 26, 2015 at 7:49pm EDT

20  Try some tape wrapped around it. Sorta like an 'X'. That may work. Masking tape maybe. Nothing too
21  sticky.

22  Nancy LewenMonday, October 26, 2015 at 7:44pm EDT

23  Yeah, I'll look for it and try it. Need to figure out some way to secure it in place. Maybe even between
24  two heavy books on either end to smash it together. I'll figure something out. Thanks. I figured there
25  must be some sort of glue. I won't tell my grandson about JB weld. He'd have a field day with that
26  stuff. ▯

27  Barry BlasicMonday, October 26, 2015 at 7:23pm EDT

28  JB weld is probably your best bet I would think. Secure the frame in place then mix and apply the JB.
29  You can use a toothpick or some like object to mix & apply. Let dry overnight.

30  Nancy LewenMonday, October 26, 2015 at 6:43pm EDT

31  I'm going to try getting some of that stuff and trying it first before seeing if you can solder it. I thought

50

1  they might make some sort of glue for metal but I didn't know what it was called.

2  Nancy LewenMonday, October 26, 2015 at 6:23pm EDT

3  Hey Barry, here's my suncatcher. Did you say that stuff was JB Weld? I found it online. Do you think it
4  will fix it? Not sure what kind of metal. Pewter maybe?

5  Nancy LewenMonday, October 26, 2015 at 6:21pm EDT

6  Nancy LewenTuesday, October 6, 2015 at 8:23am EDT

7  I mention this, because I'm getting too old for this shit, and will probably be in the market next year for
8  negotiating with a teenage boy to pressure wash and paint my foundation.

9  Nancy LewenTuesday, October 6, 2015 at 8:12am EDT

10  First, I need to spend today widening my crack and patching it. As I approach my 50th birthday, I'm
11  really thankful for that violent asshole adulterating first husband who made me strong in my 20's. I'm
12  equally grateful for that love of my life hubby #2 who totally failed me in my 30's. Words cannot
13  express the appreciation I feel for that lawful husband #3 that I mentioned, who like the true friend he
14  is and always has been, talked me through what I need to do before winter.

15  Nancy LewenTuesday, October 6, 2015 at 8:06am EDT

16  Nancy LewenTuesday, October 6, 2015 at 8:05am EDT

17  Nancy LewenTuesday, October 6, 2015 at 8:05am EDT

18  Nancy LewenTuesday, October 6, 2015 at 8:05am EDT

19  Nancy LewenTuesday, October 6, 2015 at 8:05am EDT

20  I'm actually glad that I don't have any hot dates this weekend, since I need to pressure wash and paint
21  my front porch before winter. As a prior military wife, I can do this. 🙂

22  Nancy LewenSunday, October 4, 2015 at 9:33pm EDT

23  Just laying here in the dark, talking to my cats and thinking about getting up and getting ready for
24  work. I was thinking about it, and truth be told you're right. As much as my daughter/guardian doesn't
25  think it's a good idea for me to ever be in another relationship for the rest of my life, I'm looking for a
26  relationship because I'm a relationship type of girl. Long story. She's trying to come around to the idea
27  of me dating, but is convinced that all available men my age are probably pedophiles or worse. I always
28  have thought you're really nice and good looking and all that, but you're probably the sensible one to be
29  hesitant to go out for dinner and a movie with me. I'm a romantic retard and would try to cuddle in the
30  movie theater, no doubt. I was just texting with Slupski and have no doubt that with Slupski I have no
31  desire to be anything more than friendly coworkers. I'm thinking I might ask Amy Grayson if she'd like
32  to meet sometime at the Mexican restaurant and I'll just wait for the Martian movie to come out on
33  DVD, which is what I usually do. Movie theaters are so expensive. Anyway, just wanted to confirm

1   that you're wise to be hesitant because I am relationship minded, would be looking for a "date date,"

2   and Kris Raun was probably correct when she said it's way too soon for you to start dating. Can't blame

3   a girl for trying lol. Good night.

4   Nancy LewenSaturday, October 3, 2015 at 7:13pm EDT

5   Barry BlasicSaturday, October 3, 2015 at 7:11pm EDT

6   We'll definitely consider it!

7   Nancy LewenSaturday, October 3, 2015 at 6:40pm EDT

8   Quaker Steak and Lube is up there by the movie theater too. I wouldn't mind some wings and trying the

9   Jack's Honey Lemonade where you get to keep the bar jar. It's so much better than drinking alone

10  Barry. lol http://thelube.com/category/menu/bar/

11  Nancy LewenSaturday, October 3, 2015 at 8:54am EDT

12  At this point, I think the only person talking a "relationship" between you and I is Jeff Bradley. lol. I'm

13  just talking dinner and movie. All work and no play makes Jack a dull boy, Barry. You have to start

14  somewhere in your new normal. I just happen to be in "regroup" mode and haven't gone out in a few

15  months, by choice. Quit over analysing, and just look at the master schedule and figure out what day

16  and time is good. My suggestion is splitting the fajita combo platter at Torero's Mexican restaurant,

17  having a frozen margarita myself, some sort of beverage of choice for you, and then we go watch the

18  Martian movie. I'm flexible on both where to eat and what movie to see. Usually when I go out on a

19  "date date" I prefer to get picked up and dropped off and have doors held open for me and that type of

20  thing, but if it would make you feel more comfortable we can just call it a "non date" and I can meet

21  you at the restaurant. Heck, I'll even pick up the tab. I don't have any ulterior motives. It's worth it if for

22  no other reason than just to put a smile on the face of a friend in the midst of a sucky situation adapting

23  to a new normal. Going out on a "non date" would be refreshing, to be quite honest. Figure out the

24  when and where and let me know at your convenience.

25  Barry BlasicSaturday, October 3, 2015 at 5:22am EDT

26  Please don't mistake my hesitation to hang out as anything other than what it is, hesitation. This is an

27  entirely new situation for me and I'm uncertain how to act. I'm completely involved in my own issues

28  as you know and don't feel comfortable with the thought of any type of potential relationship at this

29  time. That being said I would like to accept your invitation for some friendly conversation and perhaps

30  a movie. I would be foolish to shy away from new friends and new situations since that's all the future

31  holds for any of us. Now I need to get ready for work.

32  Nancy LewenFriday, October 2, 2015 at 9:42pm EDT

33  It's later. No text from my friend Barry, so I figure if I really want to go sit in a theater with a bunch of

34  strangers watching a movie about life on an alien planet, I better get on that online dating site and look

1   for some man between the ages of 45-55, atleast 5'10", who appears to be intelligent enough to carry a
2   conversation and is not butt ugly...is able to accommodate the schedule of a nightshift worker, but is not
3   a psycho ax murderer. I did manage to pick up a few potentials last winter and spring. Some don't show
4   up looking and acting in person like they appear and represent themselves on the online dating site.
5   Some do. As for holding hands, true story, I went on a first and last date with a real nice Political
6   Science professor who turned out to be way shorter than he stated, way balder, way older, way weirder.
7   As we were walking along at Presque Isle enjoying the scenery, I accidentally reached out to hold this
8   short bald highly intelligent stranger's hand out of habit or whatever....then I realized what I did and
9   sort of recoiled. Made for a real awkward moment later on when saying goodbye at my house when I
10   really meant to say "goodbye" and he thought what I really meant to say was "hello." lol No hard
11   feelings if you don't want to go to a movie as friends. As an introvert, I prefer to do things at home
12   anyway, but was just trying my usual online dating pick up line. Need to get ready for work now.

13   Nancy LewenFriday, October 2, 2015 at 9:05am EDT

14   Ok Barry, I saw a movie I'd like to go see. It's "The Martian," with Matt Damon. It's playing right now
15   at Tinseltown. If you'd like to risk the chance that I might try to hold your hand in the movie theater,
16   look at the master schedule and figure out a good time when we're both off. For me that would be
17   Monday, or next weekend, or the following Wednesday. I'm going to bed now and you're working. Text
18   me later if you feel like planning something. ▮▮▮▮▮▮▮

19   Nancy LewenMonday, September 14, 2015 at 11:48am EDT

20   Fyi- I'm pretty sure I can handle the Fall yard clean up, but I'd like to have something lined up for the
21   Spring. With negotiating visitation, etc, I know right now might not be a good time for your son to
22   commit to any other obligations, regardless of how good the pay is. ▯

23   Nancy LewenMonday, September 14, 2015 at 10:44am EDT

24   Not to "name drop," but my son in law that lives next door is the director of the downtown ymca and
25   also coaches my grandson's sports, so busy he has a hard time keeping up with his own yard. Likewise,
26   my daughter is the Vice President of Outreach Communication at Early Connections, so I help with her
27   housework in addition to my own, which i don't mind except my yard looks like crap. ▯

28   Nancy LewenMonday, September 14, 2015 at 10:38am EDT

29   I have a brand new gas lawn mower. electric hedge trimmer, weed whacker, leaf blower. Rake, shovel
30   etc. I just need the manpower. It's too much for me to work full time and keep up with yard work and
31   housework.

32   Nancy LewenMonday, September 14, 2015 at 10:34am EDT

33   I didn't want to publicly post my address, which is ▮▮▮▮▮▮▮▮ blue house at the corner of ▮▮▮ and
34   ▮▮▮▮▮▮ I honestly don't have any idea what to pay a kid to do yard work, but I do trust you to be fair
35   in negotiating a deal.

1   Nancy LewenMonday, September 14, 2015 at 10:31am EDT

2   Nancy LewenMonday, September 14, 2015 at 10:31am EDT

3   Nancy LewenMonday, September 14, 2015 at 10:31am EDT

4   Hey Barry I was just checking out my rear. I do have a few problem areas that are way overgrown.

5   Nancy LewenMonday, September 14, 2015 at 10:30am EDT

6   Nancy LewenTuesday, August 4, 2015 at 6:58pm EDT

7   Hey Barry- I was just cruising Facebook looking for coworkers to be friends with when I stumbled
8   upon your anything-but-insane wife/boyfriend rant. I don't know what's going on, but it's pretty obvious
9   that you're marriage is NOT what's going on. Just wanted to say that no matter how dramatic your
10   situation is, I can probably say "been there, done that." Take care of you. This day too shall pass and
11   one day you'll be that much better person because of it. ~Nancy

12