**Plaintiff's Exhibit 5**
**To Accompany Motion In Limine to Include**
**Remaining Part of Writings**


**Plaintiff's Supplement**
**To Defendant's Exhibit 9**

**THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **NANCY E. LEWEN,** | : | |
| | : | **Civil Action No. 1:17-cv-148-SPB** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | **Magistrate Judge** |
| **BARBARA RAYMOND,** | : | **Susan Paradise Baxter** |
| | : | |
| **Defendant.** | : | |
| | : | |
| | : | |
| | : | |

## PLAINTIFF'S SUPPLEMENT TO DEFENDANT'S EXHIBIT 9

This supplement to the Facebook messages is written in first person by the Plaintiff as a writer, not as a pro se litigant attempting to speak like an attorney.

### Background

On December 5, 2015, my PTSD was triggered in the workplace by the dayshift supervisor, Deborah Cubero, in front of my night shift supervisor, Raymond Hamm. Barry Blasic comforted me in the workplace immediately after the incident. Deb soon sought me out, apologized and explained that it was because of stress in the workplace that she screamed at me for no reason when she had actually meant to scream at Ray. This workplace violence was never reported by Ray to PSSH Administration, or by him to the Director of Nursing, Kathy Wilcox. On that day in the Facebook messages, December 5, 2015, I told Barry about the metaphor of "squaring the circle." ie. "doing the impossible." Squaring the circle is also symbolic for "transformation."

I then referred to the supervisors in the story as "Lay," "Leb" and "Len," rather than Ray, Deb and Ken, and to Barry as "Larry." This was in reference, in part, to the "layers" of an allegory. But was also in reference to "Lucius" who was the protagonist in the ancient Roman novel about transformation, "Metamorphoses," otherwise known as "The Golden Ass." [1]

The name Lucius derives from Latin word Lux meaning "light" or "to shine." In the story, Lucius is transformed into an ass. The way that he is transformed back to a man was by favor of the Goddess Isis. On December 31, 2015, I did allude to this epic story by telling Barry that I had no doubt that he was "a bit of a pagan goddess worshipper."[2] I did not believe that my supervisor, Ray, was truly an "ass." The statement that I made to Barry in the Facebook messages story that I had told Ray I would "kick his ass" was NOT a threat of physical violence against Ray. It was intended metaphorically regarding helping Ray to transform from being a victim of workplace violence in the form of verbal abuse. Deb had explained that Ray was her actual intended target, implying that her screaming at Ray was not an unusual occurrence and that Ray was the victim of workplace violence on other occasions. Deb is actually a very nice woman. I had hoped to somehow do the impossible and <u>transform</u> the stressful workplace culture so that Deb would no longer be so stressed out and no longer scream at Ray or me or any other nurses. I had already been trying to help Barry to transform from being a man in pain into a confident man ready to move forward from his ex wife's adultery and get involved in actively pursuing a good new wife.

To refresh the Court and the Defendant, the pertinent literary genre definitions are:

---

[1] Author Apuleius; also called Lucius Apuleius Madaurensis; c. 124 – c. 170 AD)ˡ was a Latin-language prose writer, Platonist philosopher and rhetorician. He was a Numidian who lived under the Roman Empire and was from Madauros (now M'Daourouch, Algeria).

[2] It is important to note that Barry also has an above average IQ, like I do, and that years ago, Barry studied art at the Art Institute of Pittsburgh. He is a very talented artist and was actually interested in going with me to the Cleveland Museum of Art.

**Satire-**

1:    a literary work holding up human vices and follies to ridicule or scorn

2**:**    trenchant wit, irony, or sarcasm used to expose and discredit vice or folly

> *Satire* came into English at the beginning of the 16th century, and the meaning of the word has not strayed very far from its original sense. The initial uses were primarily applied to poems, and the term now has a broader applicability. *Satire* has a semantic and etymological overlap with both *farce* and *lampoon*. *Farce* ("a light dramatic composition marked by broadly satirical comedy and improbable plot") came into English as a synonym for *forcemeat*, meaning "finely chopped and highly seasoned meat or fish that is either served alone or used as a stuffing." *Lampoon* ("a harsh satire usually directed against an individual") is thought to come from the French *lampons!*, meaning "let us guzzle!" And *satire* is believed to trace back to the Latin *satur*, meaning "well-fed." (Merriam-Webster online dictionary, retrieved June 14, 2020.)

**Parody-**

1:    a literary or musical work in which the style of an author or work is closely imitated for comic effect or in ridicule. Example:  wrote a hilarious *parody* of a popular song

2:    a feeble or ridiculous imitation.  Example:  a cheesy *parody* of a classic western

> First Known Use of *parody as a* noun was in 1607; as a verb in 1733.  From Latin *parodia*, from Greek *parōidia*, from *para-* + *aidein* "to sing" - more at ODE.   *id.* (Merriam-Webster online dictionary, retrieved June 14, 2020.)

**Allegory-**

> A story, poem, or picture that can be interpreted to reveal a hidden meaning, typically a moral or a political one.  Example: "Pilgrim's Progress is an allegory of the spiritual journey."

> Origin: late Middle English: from Old French *allegorie*, via Latin from Greek *allēgoria*, from *allos* 'other' + *-agoria* 'speaking'.
> (Oxford dictionary online, retrieved June 14, 2020)

**Metaphor-**

> A figure of speech in which a word or phrase is applied to an object or action to which it is not literally applicable.  Example: "her poetry depends on suggestion and metaphor."
> (Oxford dictionary online, retrieved June 14, 2020)

The Plaintiff's writings contained references to the very serious concerns for regulatory compliance, possible elder abuse and other issues that she filed official complaints about.  <u>That was the *para- + aidein* "to sing" part from the definition of parody, as in "singing" to state inspectors and investigators</u>.

Much of the typewritten part of the Facebook messages was mostly just random silliness and day to day irrelevant information, which was supplemented with pictures, youtube videos and websites, woven into a storyline with various underlying "themes."  <u>That  was the "stuffing" part from the etymology of the word satire</u>.

An allegory is a "layered" story with a surface story and underlying stories or themes.  It is a literary work that conveys a hidden meaning-- moral, spiritual, or political, through the use of symbolic characters and events. There are two types of allegories:

- **Historical allegories:** Writing in this category allegorizes historical figures and events. Writers of this kind of allegory may be using symbols to mask the true subject of their writing (for instance, to avoid censorship or punishment), or to effectively distill a complex history into a more simplified and vivid story that will engage readers on an emotional and aesthetic level.  An example of this type of allegory is George Orwell's *Animal Farm*, which corresponds closely to the events of the Russian revolution.

- **Conceptual allegories:** This kind of allegory uses characters and events to symbolize abstract things rather than actual events or people. For example, it's common for writers of conceptual allegories to use characters that embody particular moral qualities, such as purity or love. Most religious and social allegories fall under this category, since they usually don't have to do with a specific person or historical event, but rather some virtue or vice more generally.

It is possible, and not uncommon, for a writer of an allegory to draw elements from both of these two types of allegory.  (Mahler, Adam. "Allegory." LitCharts 5 May 2017.

https://www.litcharts.com/literary-devices-and-terms/allegory  Retrieved June 14, 2020.)

The story "The Tortoise and The Hare" is a well-known allegory. The moral of the story is that the slow and steady approach symbolized by the tortoise wins in the end rather than the hasty and overconfident approach symbolized by the Hare. Another example of an allegory, as it relates to the Facebook messages in this case, is the book in the Old Testament of the Bible called "Song of Solomon," or "Song of Songs," which is one of the main underlying themes in the Facebook messages storyline.

There are three types of satire:

**1. Horatian Satire-** If the aim is only to make people laugh. Named after the Roman satirist Horace---who started writing satirical poetry in 35BC. His aim was largely to entertain with wry humour, wit and light-hearted mockery, avoiding negativity by refusing to place blame on others for any perceived misgivings. As such then, the objective of Horatian satire is to be clever and knowing, whilst evoking humour by exposing the peculiarities of human behaviour.

**2. Juvenalian Satire-** Anger is the energy behind Juvenalian satire. The mission of Juvenalian satire is often to attack individuals, governments and organisations to expose hypocrisy and moral transgressions. Originating with Roman satirist Juvenal in the late 1st century BC, *Gulliver's Travels* by Jonathan Swift is a noted example of this, largely in the way it tackles the absurdity and hypocrisy of politics and religion.

**3. Menippean Satire** Instead of focusing on societal norms, Menippean satire tends to satirise an individual character flaw and/or a particular personality trait, such as a mental attitude. For example, Lewis Carroll's *Alice in Wonderland* is a Menippean satire in the sense that it is Alice's curiosity which ultimately causes her plight. This type of satire takes its name from the Greek philosopher Menippus from the 3rd century BCE, and is much less aggressive than Juvenalian satire.

The Plaintiff used both types of allegories in her writings-- historical and conceptual. It was Juvenalian Satire that the Plaintiff used, fueled 100% by ANGER and a passionate concern for the welfare of other human beings. Anger, or RAGE, is not an uncommon emotion for a person to experience when their post traumatic stress disorder has been triggered and during other times of mental health crisis.

At that point, on December 5, 2015, after my PTSD was triggered and in the aftermath of the allegations of "neglect" against most of the nurses, I developed more themes in the storyline. It would take a considerable amount of time for me to pick apart and explain each sentence that I wrote and the motivating underlying story or "themes" behind the writing.

Unfortunately, the printed out administrative legal proceeding exhibit version without the videos and pictures reads like a science manual rather than as an allegory.

Here are most of the themes:

**Themes of "Marital Love," and Song of Solomon**

Quite honestly, I was not romantically or sexually attracted to Barry at any time, but was just trying to help a coworker with love, counseling and humorous entertainment...until he found the good new woman and loving stepmother that he and his children needed in their lives.

*"I was a wall, and my breasts were like towers;*
   *Then I became in his eyes as one who finds peace."*
              (Song of Solomon 8:10. Bible. New American Standard Version.)

The very last youtube video I sent to Barry, on February 27, 2016, contained very beautiful wedding vows.     https://www.youtube.com/watch?v=NAUJfnlBYvk&t=252s





At that point, I knew based on a conversation with coworker Rhonda Wilkinson that Barry had been sharing the Facebook messages with Rhonda and that Rhonda thought that her younger daughter, Heidi Karash, was a perfect match for Barry because he was attracted to younger women. I humorously referenced this in a Facebook message on January 27, 2016 at 5:50 am, which I knew Barry would be sharing with Rhonda. I suspected Rhonda would encourage Barry to share the whistleblower information with Barbara Raymond to save his job.

> *"I think you've shared my private messages with VIPs Barry. If so, please pass it on that from a menopausal female perspective, I suspect that the toilet paper in this place is the cheapest roughest toilet paper on the market and I'd appreciate an upgrade ASAP."*

The identity of the coworker who shared the Facebook messages with the Defendant has never been revealed. I have always suspected it was Rhonda Wilkinson, but I have no proof.

The Song of Songs is one of the most misread books of the Bible. For many, the Song of Songs is a mysterious allegorical story of a bride and groom, the love of God (groom) for Israel (bride,) or the love of Christ (groom,) for the church (bride.) For others, the Song of Songs is thought to be an extended metaphor for various sexual activities. Song of Songs is a poem that comes to us from an entirely different world. In the song, sex and romance are viewed as good, holy, and right. Today, many people think of sex and romance in over-sexualized, obscene and pornographic terms. In our world, sex is often loveless, for sale, cheap and unholy. In the Facebook messages that contained the photos and the youtube videos, I described love and sex in metaphorical and beautiful ways to Barry to erase the feelings of pain that he felt from his ex wife's adultery. I hoped to help him move forward and not hold that pain against *all* women.

In Song of Songs, sex is viewed as a return to paradise, to the garden of Eden and innocence.  (Song 4:16). It is a reverse of the curse.   It leads us to a deeper understanding of sacred love, not merely describing how to have sex.

Sexual desire, nevertheless, plays an important role in the book.  But it is part of a narrative of a holy love, a love that is stronger than death (Song 8:6).  It is the love that the groom has only for his bride, and the bride's love for her groom. This love desires each other fully and purely. And it waits until the right time to awaken its love (<u>Song 8:6</u>).  The Bible celebrates sexuality as a holy and pure thing. The language of <u>Song of Songs 7:3</u> teaches a bride and groom how to enjoy each other's bodies, or might actually be referencing God's relationship with human beings. It's a matter of interpretation.

**<u>Religions Theme</u>**

In the Facebook messages, I sent Barry a total of 40 youtube videos, the majority of which touched on  religious, spiritual, moral or philosophical subjects in one way or the other either in the title, or the lyrics or the photographs.  None were pornographic or obscene or hateful or harassing.

**<u>Theme of the "UK Men's Health" Drawings (To Avoid Queen's Copyright Infringement)</u>**

Regarding the "<u>UK Men's Health</u>" sexual position drawings, the drawings themselves were relevant.  The website and the captions of the draing were what carried the storyline along. Barry contributed some evidence for the Unemployment Compensation hearing, and I asked him to read aloud what I had said with the drawing.  The drawings were parody and allegorical, but

also metaphorical referencing the Song of Solomon in the King James Version Bible that I told Barry in the Facebook messages I had left on Unit E on February 26, 2016 for him to read.

In the United Kingdom, copyright rights to the King James Bible or (KJV), are "Crown copyright." Only a small number of publishers have entitlement to reproduce the KJV.  Cambridge University Press is responsible for administering the Crown's rights in the KJV in England, Wales and Northern Ireland. Cambridge first published an edition of the Authorized Version in 1629 and has been publishing it ever since. The Latin term 'cum privilegio' is printed on the title pages of Cambridge editions of the KJV and the 1662 Book of Common Prayer (BCP), to denote the charter authority or privilege under which they are published.

The UK Men's Health drawings were humorously intended as a Song of Solomon/King James Bible copyright joke.  In the storyline, because of the Queen's copyright to the Song of Solomon in the KJV version of the Bible on Unit E, I had to humorously substitute sexual position drawings obtained from a website called "UK Men's Health" in order to avoid copyright infringement.   "Men's health" was itself a part of the joke, referencing that amongst Biblical scholars, the KJV translation and most other western translations of the Bible is considered to be patriarchally biased compared to the original writings.  For example, Mary Magdalene is portrayed as a prostitute instead of as the wife of Jesus.  The female Apostle Junia became a man, Junius.  Even the Song of Solomon is patriarchally biased.  According to the biblical account, Solomon had 700 wives and 300 concubines, yet he's giving marital advice!  The wives were described as foreign princesses, including Pharaoh's daughter and women of Moab, Ammon, Edom, Sidon and of the Hittites.

**Theme of "Matt"**

"Matt" in the Facebook messages was symbolically representing Barry, and also myself, and also Saint Matthew from the Bible, who was <u>a government employee, and the Patron Saint of Civil Servants</u>.  Matt happened to coincidentally also be the name of a real man whom I had briefly dated, who like Barry, had been married for many years when he suddenly found himself suddenly single and thrust into the misadventure of navigating and stumbling his way through the middle age adult dating scene following his wife's adultery.

Much of the storyline was carried by photos and youtube videos, which the printed exhibit does not show.  There was a "dark and stormy" youtube video in reference to the "Divine Comedy" written by Dante Aligheiri, and also referencing the "Peanuts" comic strip, which I will explain later under another theme.   The sin of Lust, in Latin luxuria, is listed among the Seven Deadly Sins, which were used by Dante to craft his versions of Hell and Purgatory in The Divine Comedy. Lust is an obsessive desire for sex, as well as sexual misconduct. The corresponding Heavenly Virtue, the opposite to Lust, was Chastity (Castitas).  In the Divine Comedy, the Deadly Sin of Lust is considered the least offensive of the seven deadly sins. According to Dante, Lust was a form of Divine Love for others perverted into an obsession with the flesh.

**Theme of Me Wanting to Love Barry….or lust after him, have sex with him etc.**

"Barry," was actually representing the male residents at the Pennsylvania Soldiers and Sailors Home, who were men that as a prudent nurse I had "a desire to properly nurse men."

**Theme of Inappropriate Technology Usage**

I sent one email on March 2, 2016 from my work email account to Barry's work email account with one postal tracking number in it.   The email was satire and a parody of the Facebook message that I had previously sent to Barry exactly one month earlier, on February 2, 2016, which contained the postal tracking number of the complaint that I had filed with the OAG.

**Theme of Blasic's Child Custody and the "Horrible" Letter**

The "horrible" letter that I wrote to the ex wife was in reference to the possibility that Barry's daughter might become the victim of a "sexual predator." (A teenage boy.)  I had alluded that in the way that he, as a newly single middle aged man, had bungled in setting up his online dating profile.  In the email that Barry and his girlfriend sent to me, the girlfriend understood.  In real life, while he was bragging on Facebook about winning custody, it had simply not occurred to Barry as a man that he would be leaving his young teen daughter home alone for many hours while he was working. He was only focused on winning full custody from his adulteress ex wife. As a woman, I knew that Barry needed to find a good new wife to handle this situation….and fast! Apparently, I was not the only coworker who felt the same way.  After all, coworker Rhonda quickly set Barry up on a blind date with her daughter, whereas on October 4, 2015 in the Facebook messages coworker Kris Raun thought it was way too early for Barry to start dating.

**Theme of My Bralessness in My Home and Me as a Grandma with a Big Booty**

 "Bra" and "bralessness" rhymes with "law" and "lawlessness."  I was referring to several things with this.  On the surface, it was regarding that time when I broke up with a man named Paul who I had dated for a couple months and not actually had a relationship with.  He was insanely jealous of my ex husband, who is older and more financially secure than Paul was.  Paul

wanted a relationship and told me I should go stand down on Wolf Rd. with red lipstick and no bra on and I would be able to pick up the type of man I was looking for, which in his mind was older and wealthy. I was also referencing the fact that there was no possible way to be in compliance with the applicable regulations with the medication pass with only one nurse. And I was referring to the "lawlessness" of possibly not being in compliance with the staffing requirements on Unit C because they were not deducting for lunches and breaks and were pulling the certified nursing assistant from Unit C to help with rounds on the skilled nursing unit, which is funded from a different source than the Personal Care Unit. The big booty was referencing a "Big Booty Cleaning Service" Youtube video that I sent to Barry, which was later referenced by his anonymous girlfriend in the email on June 13, 2016.

The braless references also go with the "Matt" storyline to the extent that in real life Matt was trying to pick up a stepmother to take his daughters bra shopping, which is something he asked me to do before he even met me or even knew that I was actually a woman. That was what I wrote in the letter to Matt's wife. I suggested to him that he should take them bra shopping himself and ask the saleswoman in the lingerie department to assist them while he went to the food court for a cup of coffee. When I was working on Unit C, the Personal Care Home, which I considered to be the "holy grail" of regulatory compliance violations, I mentioned to Barry that I was wearing "an extra heavy duty bra," and even sent him a photograph of my extra heavy duty bra strap. And I sent him a photograph of my feet in slippers. In other statements usually <u>when I was in my own home,</u> I referred to myself as a "granny," a "grandma," etc. and mentioned that I was not wearing a bra, and I mentioned my "big booty."

## Theme of My Alcohol Consumption in My Own Home

These references were in part to provide some "stuffing" for when I thought I would be referred for a fitness for duty examination by the Defendant. Was it possible that I had a drinking problem? Would obtaining a urine sample from me be a good first step in the corrective and progressive disciplinary process? On Unit C, the Personal Care Home, it was not unusual for the ambulatory residents to be caught with alcohol in their possession, which would then be confiscated by PSSH security. These residents are ambulatory and permitted to go out into the community. Some even had cars. Alcohol consumption was not permitted. Therefore, the residents were forced to walk out into the community to go to bars or liquor stores in a dangerous neighborhood on the lower east side of Erie. They would sneak alcohol into the facility in very creative ways such as by lowering Christmas lights down from a window to use as a rope to pull the alcohol up to the second floor window! I have worked at other facilities where alcohol WAS permitted with physician's approval. Barry had never worked as a nurse at any other facility. We had a short conversation one night about how much safer it would be for the residents if the DMVA would just allow alcohol consumption as an activity that some of these residents would readily attend.

## Theme of Sexual Harassment Drama Within Dept. of Military and Veterans Affairs.

On January 14, 2016, the acting Adjutant General of Pennsylvania, Joseph James, the most senior officer in the DMVA chain of command, made the news when he took leave of absence, with rumor being that it was because of allegations of sexual harassment.[3] That event contributed

---

[3] Letter Accuses Pa. general of sexual harassment.
York Daily Record Newspaper, Published Feb. 1, 2016.
https://www.ydr.com/story/news/politics/2016/02/01/letter-accuses-pa-general-sexual-harassment/79629144/edit

to the workplace climate and culture during the relevant time period. Many employees, not just me, were joking about sexual harassment in the DMVA leadership ranks and discretely speaking in the workplace with "sexual innuendos."

**Theme of Ongoing Sexual Activity Drama Amongst the PSSH Residents**

Another factor that contributed to the "sexually charged" workplace climate and culture was the increased sexual activity of some of the nursing home patients, many of whom were cognitively impaired and possibly not capable of providing legal consent. (This was the subject of Defendants Exhibit 27, the email entitled "Residents Rights," sent to all nursing staff from Kevin McLaughlin, Assistant Director of Nursing, (ADON) that I replied to, wherein I expressed her concerns and questions up the chain of command and never received a response to prior to being terminated.)

There was NO policy regarding this activity, or if there was it was not available to nursing staff on the "O" drive. Nurses were charting and passing in shift report such silly things as a male resident touching his own penis while using the restroom! It is relevant to note that the following year, a different DMVA nursing home was in the news in March 2017 for disciplining employees for talking amongst themselves about concerns over resident/resident sexual assaults. [4]

---

Retrieved February 17, 2019. Although this news story is not part of the official record in this case, it should be acknowledged by this Court as "incontrovertible documentary evidence and incontestable physical facts." The existence and accuracy cannot be disputed. This pro se litigant has found no corresponding Pennsylvania rule to Federal Rule of Evidence 201(b), which allows the court to take judicial notice of facts from "sources whose accuracy cannot reasonably be questioned."

[4] Documents reveal sexual assaults at Hollidaysburg Veterans Home; union says 39 suspended. WJAC News. Published March 9, 2017. https://wjactv.com/news/local/documents-reveal-sexual-assaults-at-hollidaysburg-veterans-home-union-says-39-suspended Retrieved February 17, 2019 Although this news story is not part of the official record in this case, it should be acknowledged by this Court as "incontrovertible documentary evidence and incontestable physical facts." The existence and accuracy cannot be disputed pursuant to Federal Rule of Evidence 201(b), which allows the court to take judicial notice of facts from "sources whose accuracy cannot reasonably be questioned."

**Theme of Rumors About Workplace Sexual Activity Between Two Employees**

Other workplace sexual drama involved rumors of the Defendant's sister, a certified nursing assistant (CNA) named Denise Blauser,  and another CNA,  Charles Evans, supposedly having sex on the job in the Unit D exit stairwell.   Many  PSSH employees were speaking amongst themselves and questioning what sexual positions the Defendant's sister and her lover could have possibly used to  have sex in the Unit D stairwell. The sexual positions that I sent to Barry were in reference to that ongoing workplace drama in addition to being metaphors for the Bible book Song of Solomon.   (The drawings themselves were irrelevant; the captions were what carried the storyline and referenced other themes.)  I worked with those two CNAs just a few times when I had come in early on the evening shift.  They both seemed to perform very good patient care and seemed to work well together as a team.  Other than rumors, I have no actual knowledge of Blauser/Evans having sex on the job.    But as it relates to this case, great scheduling lengths were taken to ensure that the two CNAs, Blauser and Evans,  would not be having sex in the workplace.

One of the Facebook posts, on February 27, 2016 in the "Matt" storyline is a "Dark and Stormy" youtube video.  In addition to the Dante's Divine Comedy theme, this was humorously referencing "Charlie Brown," (Charles Evans,) and the "Peanuts" comic strip.  Charlie Brown's dog, "Snoopy," had an imaginary persona as the "World Famous Author."  He often began his novels with the phrase "It was a dark and stormy night..."   In his book *How to Read Literature Like a Professor,* author Thomas Foster stated that cartoonist Charles Schulz made Snoopy use this phrase because "it was a cliché, and had been one for a very long time".  (Foster, Thomas C. (2003). *How to Read Literature Like a Professor*. Harper-Collins. p. 74.)    That book was actually amongst the many donated books on the bookshelves in the dementia unit at the time, as were

several KJV Bibles. Another book actually written by Charles M. Schultz is entitled, "*Snoopy and It was a Dark and Stormy Night.*" I was referencing those books in the storyline. In Schultz' book, Snoopy sends his book away to a publisher and it gets accepted. It is reproduced as a "book within a book," similar to an allegory, similar to the Facebook messages. The youtube video features Cocktail Expert Tom Macy, who physically resembles Barry, and Matt, demonstrating how to make a Dark & Stormy cocktail, similar to how Snoopy often made dark and stormy novel attempts as his alter ego, "The World Famous Author."

A book within a book, a play inside a play, a picture in a picture, these are examples of *mise en abyme,* a literary term the French writer André Gide borrowed from heraldry. Pronounced "meez en a-beem," it literally means "placed in the abyss," or, more simply, "placed in the middle," and it was used to describe a shield in the middle of a shield, as in a coat of arms. "Placed in the abyss" was in keeping with the Divine Comedy theme. On some date, I don't remember what date, I think I sent Barry pictures including the Abyss of Hell, the Royal Coat of Arms stamped inside the KJV Bible, and a copy of a woodcut from around the year 1500, showing the coat of arms of Maximilian I as King of the Romans, (Holy Roman Empire).





Inferno. (Abyss of Hell). Illustration to the Divine Comedy by Dante Alighieri

Royal Coat of Arms stamped inside KJV Bible. . cum privilegio regie maieflatis



Copy of a woodcut of the coat of arms of Maximilian I as King of the Holy Roman Empire

The Queen's copyright theme was also tied into this dark and stormy Charles Evans/Charlie Brown theme. In Latin, "cum privilegio" means "with privilege." In crude terms, "cum" is the ejaculatory liquid that comes out of the penis during sexual activity. Amongst the employees in the workplace, a joking "theme" was that if it was anybody else other than the Commandant's sister having sex on the job at PSSH, they would be terminated immediately. But in this case, if the rumor was true, it was a "privileged activity" that did not result in termination for Blauser and Evans, atleast not during that relevant time period. Public record seems to indicate that neither Blauser nor Evans currently work at PSSH. They might have eventually gotten terminated. I have no idea. What is relevant to this case is the elaborate means that were undertaken to adjust the work schedule to accommodate that dramatic workplace situation to ensure the two employees did not see each other in the workplace.

Facebook shows that at some point prior to December 2018, Denise Blauser and Charles Evans went public and legitimized their relationship and presumably no longer need to have sex on the job in a stairwell, (if that PSSH workplace rumor was true.) Their first public Facebook photo is in front of a Staircase. This might be humorously alluding to those workplace stairwell sex rumors, or might be completely unrelated to this case. There is no way of knowing without questioning Denise Blauser and Charles Evans.



(Blauser, left, and Evans, right. Looking happy) in front of a stairway in their first public Facebook photo together as a couple. Dec. 2018.)

(Defendant, left, and her sister, Blauser, middle.  Feb. 2014)

**<u>Letter to Ray Hamm; Theme of Drama Involving Civil Service Appeal filed in 2011.</u>**

In the four page creative writing style letter written by myself and given to my coworker friend/supervisor, Ray, I jokingly alleged workplace gender discrimination with him as my immediate supervisor.   Ray does have a history of being accused of sex discrimination in a civil service appeal filed in 2011 by a former male nurse, Frederick Karash. (SCSC Appeal # 26915) Fred Karash is the son of coworker Rhonda Wilkinson and the brother of Barry's girlfriend, Heidi Karash.

The letter was intended as a "cheesy parody" of that SCSC appeal, similar to the "cheesy parody of a classic Western" that Webster's Dictionary uses as an example.   I wrote the letter to Ray under the guise of a complaint of sex discrimination against him who I worked under the majority of the nights that I worked even though he technically was not my immediate supervisor. Carolyn Williams was my actual official immediate supervisor.  That was the allegorical "surface" story.  In the letter, I discreetly also informed my friend Ray of an underlying story...that I had

heard rumor that possible fraud was being committed by members of administration regarding the reporting of staffing levels for reimbursement purposes, which they planned to pin on him if they were ever caught. And I voiced my concerns to him for various regulatory compliance issues.

Ray and I were "friendly" coworkers unlike Fred Karash and Ray Hamm, who were not friendly coworkers. I had heard rumors about the case. Some coworkers thought that Ray was discriminatory in his treatment of male nurses. Some thought that it hadn't been fair for Ray to have been accused of sex discrimination by Karash. They thought that Karash's main issues actually involved the nurse workload on the skilled nursing units, but that he filed the case as a discrimination case because that was the only way that he could file a civil service appeal hearing during the six month probationary period. To me, Ray did seem like a bit of an "alpha male," but not discriminatory. That is, perhaps, a matter of perspective and opinion.

DMVA attorney Stephen J. Bushinski provided a copy of Karash's civil service appeal to me in 2016. That record indicates that Karash felt unfairly overwhelmed by his nursing assignment, particularly when assigned as the only nurse on the skilled nursing units. Part of my joke with Barry in the writings was that Ray was "in on it" regarding my joke. He was not. Ray was a nice guy and a "joker" in the workplace, but he was NOT "in on" my satire and parody in the creatively written letter. Ray's reaction was genuine and the look on his face was hilarious at first until he realized that I was just joking. Ray Hamm's subsequent testimony at the civil service hearing mirrors the exact feelings that he had in Karash's appeal in 2011. Ray Hamm's witness statement indicates that he and I smoothed things over and worked together just fine.

**<u>Youtube Videos in the Facebook Messages</u>**

* Some of the youtube videos are no longer available at the links given in the Facebook messages, but I was able to restore them by using a website archive retrieval website called "Wayback Machine."     https://archive.org/web/

**December 31, 2015 9:46 pm**  https://www.youtube.com/watch?v=Byeg1LMu5mM
Video not available from Saturday Night Live (SNL) performance.
Archive available, but not playable.
https://web.archive.org/web/20160329184911/https://www.youtube.com/watch?v=Byeg1LMu5mM

Similar video from David Letterman show.  https://www.youtube.com/watch?v=ptNIW6XheuI



Hozier - "Take Me To Church" 5/13/14 David Letterman

23K views · 4 years ago

    Andrew John Hozier-Byrne,  known professionally as Hozier, is an Irish musician, singer, and songwriter. The official "Take Me to Church" music video features two men in a same sex relationship, and highlights the injustices and violence perpetrated against members of the LGBT community.  It is also in reference to the child sex abuse within the Catholic church.  Hozier uses "his lover" as a metaphor for a religion. His commitment to their relationship is represented by the devotion a faithful practitioner of this religion would display.   The lyrics reference "to keep the Goddess on my side  She demands a sacrifice"

<u>Lyrics-  Take Me to Church  Hozier</u>

My lover's got humor  She's the giggle at a funeral
Knows everybody's disapproval  I should've worshiped her sooner
If the Heavens ever did speak  She is the last true mouthpiece
Every Sunday's getting more bleak A fresh poison each week
"We were born sick", you heard them say it  My church offers no absolutes
She tells me, "Worship in the bedroom"  The only Heaven I'll be sent to
Is when I'm alone with you.   I was born sick
But I love it. Command me to be well.  Amen  Amen
Take me to church I'll worship like a dog at the shrine of your lies
I'll tell you my sins and you can sharpen your knife  Offer me that deathless death
Good God, let me give you my life Take me to church
I'll worship like a dog at the shrine of your lies
I'll tell you my sins and you can sharpen your knife
Offer me that deathless death Good God, let me give you my life
If I'm a pagan of the good times  My lover's the sunlight
To keep the Goddess on my side  She demands a sacrifice
Drain the whole sea Get something shiny  Something meaty for the main course
That's a fine looking high horse   What you got in the stable?
We've a lot of starving faithful  That looks tasty  That looks plenty This is hungry work
Take me to church  I'll worship like a dog at the shrine of your lies
I'll tell you my sins so you can sharpen your knife
Offer me my deathless death  Good God, let me give you my life
Take me to church  I'll worship like a dog at the shrine of your lies
I'll tell you my sins so you can sharpen your knife
Offer me my deathless death Good God, let me give you my life
No masters or kings when the ritual begins
There is no sweeter innocence than our gentle sin
In the madness and soil of that sad earthly scene
Only then I am human Only then I am clean  Amen, Amen, Amen
Take me to church I'll worship like a dog at the shrine of your lies
I'll tell you my sins and you can sharpen your knife
Offer me that deathless death  Good God, let me give you my life
If I'm a pagan of the good times  My lover's the sunlight
To keep the Goddess on my side  She demands a sacrifice
Drain the whole sea  Get something shiny
Something meaty for the main course
That's a fine looking high horse  What you got in the stable?
We've a lot of starving faithful
That looks tasty That looks plenty  This is hungry work
No masters or kings when the ritual begins
There is no sweeter innocence than our gentle sin
In the madness and soil of that sad earthly scene
Only then I am human Only then I am clean
Amen, Amen, Amen

**January 1, 2016 8:56 am**

Nancy Lewen To expound about paganism, believe it or not, when it comes to male/female roles etc. there's alot of similarities in paganism and Sikhism.  Duality and male female energy. Equality of strong intelligent women coupled with strong intelligent supportive men.  A male Sikh friend in Canada said there's a saying in Punjabi that translates into something like smart men know how to "ride the dragon" of feminine energy.  https://www.youtube.com/watch?v=0vAybmBEtyE&t=84s



The Mists of Avalon - My Beloved
21K views · 11 years ago

This video begins with the man saying, "that day I saw you on the stairs. That bell was also ringing.  Remember?"   The woman says, "how could I forget.  How innocent we were."  Song begins playing.

Lyrics-   My Beloved.  By Hungry Lucy- To Kill a King album.

I know you can't say,

What is wrong why you're feelin' this way

Just remember when you're feelin' so down,

You can always put on your crown

My beloved, Is that a tear in your eye?

My beloved, What is making you cry?

My beloved, Will you walk with me,

To the place, Where we can be free.

Darling it's getting so late.

We should go home don't tempt fate.

Find it in yourself to love me again.

Don't be afraid we will win.

You didn't do the things that you thought.

It isn't true the lies can't be bought.

I understand you're feeling so cold.

Stay with me as we grow old

**January 1, 2016  9:09 am**
Nancy Lewen Sikhs and Hindus, like Pagans, recognize and worship the God and Goddess that is inside each of us. It's a totally different concept from Christianity.  Probably a bit much for a text message.  Definitely more than one of the guys I dates last year could handle having grown up Catholic in Erie, PA. The college professor who grew up in Lebanon understood the concept. The guy who grew up in South Africa understood the concept.  He was the one who had a five year old son and three teenage daughters he thought I'd make a good stepmother for!  HA!
https://www.youtube.com/watch?v=RzPKVFYwcVs&t=107s



Mātā Amritānandamayī Devī, better known simply as Amma, is an Indian Hindu spiritual leader, guru and humanitarian, who is revered as a hugging saint by her followers.

Lyrics-   He Ma Durga  by Donna DeLory from album The Lover & the Beloved
He ma durga  Jay jai ma (2 x)
He ma durga I want to love through your love
He ma durga I want to feel what you feel
He ma durga I want to see beyond this illusion   To what is real
Om jayanti mangala kali
Bhadra kali kapalini
Durga kshama shiva dhatri
Swaha swadha namastute
All-conquering mother, remover of darkness
Beyond time, reliever of difficulties, loving, forgiving
Supporter of the universe
I offer my respect and devotion

**January 3, 2016 8:23 am**

Nancy Lewen I know you are artistically inclined Barry.  The Cleveland Museum of Art has an Egyptian Art exhibit coming soon and they also have Baroque style religious art. My question is, are you evolved enough to ever want to go do something like this, purely as friends, with a middle aged super nerdy gray haired and wrinkled fat chick?  It would obviously be about a 10 hour day trip, in the Spring.  I'd prefer that you drove because I'm like that, but I may ask that we take my car since I don't get enough road trips these days to blow out the carbon.  I find the hidden messages in Baroque and Reformation era art very interesting.  Artists from that very dangerous era in European history were pure genius to so cleverly hide the truth in plain sight.
https://www.youtube.com/watch?v=RKcJvjP9zgY&t=123s



Bernini, Ecstasy of Saint Teresa

256K views · 7 years ago

👍 1.2K    👎 27    ↗ Share    ↓ Download    ⊞ Save

Dr. Beth Harris and Dr. Steven Zucker  discuss the metaphors in this art as well as "metamorphoses and transformation."   This is Saint Teresa's description of the event that Bernini depicts: "Beside me, on the left, appeared an angel in bodily form.... He was not tall but short, and very beautiful; and his face was so aflame that he appeared to be one of the highest rank of angels, who seem to be all on fire.... In his hands I saw a great golden spear, and at the iron tip there appeared to be a point of fire. This he plunged into my heart several times so that it penetrated to my entrails. When he pulled it out I felt that he took them with it, and left me utterly consumed by the great love of God. The pain was so severe that it made me utter several moans. The sweetness caused by this intense pain is so extreme that one cannot possibly wish it to cease, nor is one's soul content with anything but God. This is not a physical but a spiritual pain, though the body has some share in it—even a considerable share."

**January 7, 2016  9:20 am**

Nancy Lewen I don't really need to know where Wolf Rd. is. I deactivated my online dating account and decided to go get braless in my swimsuit in the pool at FitnessU. There's usually alot of old men in the hot tub around this time of day.

https://www.youtube.com/watch?v=oiNaadVOQEM&t=15s



Guy Catches Laptop With His Butt
5M views · 10 years ago
13K    2K    Share    Download    Save

**January 7, 2016 2:40 pm**

https://www.youtube.com/watch?v=CW48pBgsDLE



Neil Diamond - Lady Magdelene
464K views · 12 years ago

**<u>Lyrics Lady Magdalene - Neil Diamond</u>**

The man on the right is a man undone  He'd give you his soul

If you asked him for some A child in his way for he needs to believe

That love is a song for each man to sing

The man on the left is a prize un-won  A candle unlit and a song unsung

Believing that love is a dreamer's dream  The man on the left  The me in between

Lady Magdalene  I can hear your distant trumpet  Calling from the morning mountain

Singing to the passing river  Take me home

Show me peaceful days  Before my youth has gone

The man in between waits between the two  Not hearing the lie and not seeing the true

Unknowing what is and denying what seems  And there he will sleep  The man in between

Lady Magdalene  I can hear your distant trumpet Calling from the morning mountain

Singing to the passing river Take me home

Show me peaceful days Before my youth has gone

Lady Magdalene  Make the sound of silent thunder

Calling from the lips of Abraham  Make a sound that we may wonder

Where we are  Take us to your soul For we have wandered far

The man on the right was a man undone The man on the left like a prize unwon

And God only knows  What their time will bring

Or what will become  Of the man in between

**January 8, 2016 2:06 pm**

Nancy Lewen Youtube is a cheap travel method.

https://www.youtube.com/watch?v=RO3yFPXBjuc

\*\*Video is unavailable, archived version is unavailable, but Google search indicates that it was a video about Knights Templar symbolism.



One thing the armed forces and the Church have in common is a love of symbolism, and of insignia with symbolic importance.

Knights Templar Symbolism
10K views · 8 years ago

**January 8, 2016 2:09 pm**

Nancy Lewen https://www.youtube.com/watch?v=yzCxtykCQoc

**Video unavailable. Archived version unavailable. Google search indicates it was called Mary Magdalene The Royal Bloodline.



#templars #templarios #templar

Mary Magdalene - The Royal Bloodline.

35 views · 2 weeks ago

**January 8, 2016 2:16 pm**

Nancy Lewen My neighbors were from Northern Ireland and actually knew some of the hunger strikers. Bobby Sands poems are inspiring.

https://www.youtube.com/watch?v=hHWy-MyMAtw&t=56s



Bobby Sands - The Rhythm of Time

416K views · 9 years ago

# THE RHYTHM OF TIME

By  Bobby Sands, MP.

There's an inner thing in every man, Do you know this thing my friend?
It has withstood the blows of a million years, And will do so to the end.
It was born when time did not exist, And it grew up out of life,
It cut down evil's strangling vines, Like a slashing searing knife.
It lit fires when fires were not, And burnt the mind of man,
Tempering leadened hearts to steel, From the time that time began.
It wept by the waters of Babylon, And when all men were a loss,
It screeched in writhing agony, And it hung bleeding from the Cross.
It died in Rome by lion and sword, And in defiant cruel array,
When the deathly word was 'Spartacus' Along the Appian Way.
It marched with Wat the Tyler's poor, And frightened lord and king,
And it was emblazoned in their deathly stare, As e'er a living thing.
It smiled in holy innocence, Before conquistadors of old,
So meek and tame and unaware, Of the deathly power of gold.
It burst forth through pitiful Paris streets, And stormed the old Bastille,
And marched upon the serpent's head, And crushed it 'neath its heel.
It died in blood on Buffalo Plains, And starved by moons of rain,
Its heart was buried in Wounded Knee, But it will come to rise again.
It screamed aloud by Kerry lakes, As it was knelt upon the ground,
And it died in great defiance, As they coldly shot it down.
It is found in every light of hope, It knows no bounds nor space
It has risen in red and black and white, It is there in every race.
It lies in the hearts of heroes dead, It screams in tyrants' eyes,
It has reached the peak of mountains high, It comes searing 'cross the skies.
It lights the dark of this prison cell, It thunders forth its might,
It is 'the undauntable thought', my friend,  That thought that says 'I'm right!'

Nancy Lewen Here's an old Welsh style heavy metal type song about Mary's house in the hollow of the white hazel and the church of the red cave, which is because a woman's heart is behind the hollow between the boobs.  I didn't mention that to that Paul guy.  That said, I need to go put a bra on now and get dressed to go pick up my grandson from the bus stop.

https://www.youtube.com/watch?v=19a0GAOg6d4



yeasayer - red cave

138K views · 12 years ago

"Llanfairpwllgwyngll" is a town in Wales. Literally translated, the name means: [The] church of [St.] Mary (*Llanfair*) [of the] pool (*pwll*) of the white hazels (*gwyn gyll*) near [lit. "over against"] (*go ger*) the rapid whirlpool (*y chwyrn drobwll*) [and] the church of [St.] Tysilio (*Llantysilio*) of the red cave (-*ogo[f] goch*).

Red Cave  by Yeasayer   Recycled Love Songs
   I went out past the willow and the well,  Caught my breath upon the hill.
   At the edge of the domain,  And I went down, And further down,  And when I got up,
   I'm at the red cave.
   And with that sound, As if I had been put under a spell, She led me to her abode
   Despite a winter's day, Mary's house in the hollow of the White hazel rapid whirlpool
   And the church of hurricane. I'm so blessed to Have spent that time
   With my family and the friends I love with my short life I have met
   So many people I deeply care for.

**January 8, 2016 at 2:44 pm**

Nancy Lewen https://www.youtube.com/watch?v=vndb3107-fg/

**Video unavailable. Archived version unavailable. Unable to find on Google.

This is the only video that Plaintiff has not been able to retrieve.  But an email sent by Blasic and his then new anonymous girlfriend on the evening after the Civil Service hearing indicates that the video was called "Big Booty Cleaning Service" which they "got some good laughs off of." (Exhibit 3)


**January 9, 2016  7:26 am**

Nancy Lewen I'm in the ASSisted living parking lot with my engine running if you'd like to talk. Or better yet, go serve the coffee.  https://www.youtube.com/watch?v=XcxKIJTb3Hg&t=17s



Holy Grail - Killer Bunny
6.8M views · 13 years ago

**January 9, 2016 at 3:33 pm**

Nancy Lewen Len said you need relieved at 7:00 Larry, but Len didn't elaborate what type of relief you need so I can only assume you need to go home.https://www.youtube.com/watch?v=cXu7N86K4zE&t=71s



The Khajuraho temples feature a variety of artwork, of which 10% is sexual or **erotic art** outside and inside the temples. The temples were damaged greatly by Muslims who misunderstood and found the temples to be profane.

**January 11, 2016 5:09 pm**

Nancy Lewen If you thoroughly understand what it is that you need to do at your PDC meeting, post this on facebook. https://www.youtube.com/watch?v=QSWBX72rDe4



33

**January 11, 2016  9:00 pm**
Nancy Lewen You obviously have a need Barry.  FYI-  A family of six used to live in my house.
There's four bedrooms.  You are all certainly welcome, but I don't know what the plan is.  Please
enlighten me one of these days, ok?  Tonight might not be a good night to enlighten me because I
didn't get much sleep today.  I'm also drinking rum and slightly giddy.  So just let me know one of
these days what your exact needs are and I'll help you however I can.  PS- all joking aside, I love
you.  Pure unadulterated love from a dark rum drinking sleep deprived giddy woman.
https://www.youtube.com/watch?v=GqhIxrI5Lyk



The lyrics of this song are from the Bible book 1 Corinthians 13, about "love" which is
often read at wedding ceremonies.

**1 Corinthians 13 New International Version (NIV)**

**13** If I speak in the tongues of men or of angels, but do not have love, I am only a resounding gong or a clanging cymbal.

**2** If I have the gift of prophecy and can fathom all mysteries and all knowledge, and if I have a faith that can move mountains, but do not have love, I am nothing.

**3** If I give all I possess to the poor and give over my body to hardship that I may boast, but do not have love, I gain nothing.

**4** Love is patient, love is kind. It does not envy, it does not boast, it is not proud.

**5** It does not dishonor others, it is not self-seeking, it is not easily angered, it keeps no record of wrongs.

**6** Love does not delight in evil but rejoices with the truth.

**7** It always protects, always trusts, always hopes, always perseveres.

**8** Love never fails. But where there are prophecies, they will cease; where there are tongues, they will be stilled; where there is knowledge, it will pass away.

**9** For we know in part and we prophesy in part,

**10** but when completeness comes, what is in part disappears.

**11** When I was a child, I talked like a child, I thought like a child, I reasoned like a child. When I became a man, I put the ways of childhood behind me.

**12** For now we see only a reflection as in a mirror; then we shall see face to face. Now I know in part; then I shall know fully, even as I am fully known.

**13** And now these three remain: faith, hope and love. But the greatest of these is love.

**January 13, 2016 12:11 pm**

Nancy Lewen https://www.youtube.com/watch?v=cV0tCphFMr8

**Video not available.  Archived link-

https://web.archive.org/web/20160316105556/https://www.youtube.com/watch?v=cV0tCphFMr8



Monty Python - Bridge of Death

500K views · 8 years ago

**January 16, 2016  9:32 pm**

Nancy Lewen https://www.youtube.com/watch?v=rUam2NeGZ_0

**Video no longer available.  Archived link-

https://web.archive.org/web/20151124211607/https://www.youtube.com/watch?v=rUam2NeGZ_0



#SamSmith #StayWithMe

Sam Smith - Stay With Me (Live on SNL)

5.3M views · 6 years ago

Sam Smith singing "Stay With Me" Live on SNL.

**January 19, 2016**

Nancy Lewen If you'd be interested in a second date, I'd like to go to Fallingwater. I don't know if you've ever been there, but it's a famous Frank Lloyd Wright house that's south of Pittsburgh and definitely a summer time day trip, or ideally a Fall trip to enjoy the leaves changing colors. The house is all cantilevers built over a waterfall and really peaceful and interesting. Angelina Jolie actually took Brad Pitt there as a gift. I haven't been there since I was a kid. I would probably try to hold hands. https://www.youtube.com/watch?v=pSbjVgpXDoA



A Look At Fallingwater
231K views · 11 years ago

**January 20, 2016 9:12 am**

Nancy Lewen I took two Anthropology courses when I was working on my bachelor's degree. I learned about this place in Ohio, and noticed the sign when I was on a road trip to Texas once. If you change your mind about online dating, I'd like to go to this serpent mound place for a third date. It's interesting, educational, and I'm not sure but I think it may be free admission, which is my kind of date. https://www.youtube.com/watch?v=ffl28xZfdog **Video unavailable. Archived version not available. Google search indicates it was a serpent mound video.



SERPENT MOUND OHIO
718 views · 10 years ago

**January 24, 2016  4:07 pm**

Nancy Lewen https://www.youtube.com/watch?v=ADuSnt6PFn8



Cat Adopts Baby Squirrels
4.9M views · 11 years ago

**January 24, 2016 6:19 pm**

Nancy Lewen Just got off the phone with Ken.  I feigned friendship chemistry.  Cha ching.  I don't really need the extra income to qualify for my mortgage, but I figure it won't hurt.  (My car is paid for, my credit card usage isn't out of control, and my only other bill is my student loan.) Life has a way of coming together. Especially for my friend Ken Langford this evening.
https://www.youtube.com/watch?v=PtK_86KSm60&t=22s



I Envy the Photons - Lesser Birds of Paradise
9.9K views · 13 years ago

**I Envy the Photons- Lesser Birds of Paradise**

The laws of physics always  Push you around And gravity's presence always Brings you down.
Invite the vibrations And The waves they employ,  Submit to these motions, Try not to avoid
The oceans of context. They're Swell from within And the slippery meanings That walk on your
thins… Empower the Adam so they Know just what to wear, Explosive deep mushrooms
Try not to split hairs Groovy molecules always Know just what to say:
"I envy the photons That light up the way From my lands to your lands And The s***e in between
How They bounce off your eyelids And They move through your dreams"
Invite the vibrations And the waves they employ, Submit to these motions, And try to avoid
Those laws of physics always Pushing you around And that gravity's presence always
Letting you down. Groovy molecules always Know just what to say...

**January 26, 2016 6:10 am**
Nancy Lewen **https://www.youtube.com/watch?v=NuXMCLLCyAE**



Trans Siberian Orchestra Believe Robin
Borneman Amsterdam
7K views · 6 years ago

Believe-  Trans-Siberian Orchestra
So after all those one night stands  You've ended up with heart in hand
A child alone On your own  Retreating
Regretful for the things you're not And all the things you haven't got
Without a home A heart of stone lies bleeding
And for all the roads you followed  And for all you did not find
And for all the dreams you had to leave behind
I am the way I am the light I am the dark inside the night
I hear your hopes I feel your dreams And in the dark I hear your screams
Don't turn away Just take my hand And when you make your final stand
I'll be right there I'll never leave And all I ask is you Believe
Your childhood eyes were so intense While bartering your innocence
For bits of string The grown-up wings you needed
But when you had to add them up You found that they were not enough

To get you in And pay for sins
I never wanted to know  Never wanted to see
I wasted my time 'Til time wasted me
I never wanted to go  Always wanted to stay
'Cause the person I am  Are the parts that I play
So I plot and I plan  Hope and I scheme
To the lure of a night Filled with unfinished dreams
And I'm holding on tight  To a world gone astray
As they charge me for years  I can't pay  Yeah


**January 30, 2016 9:55 pm**
Nancy Lewen I emailed Ray last night and put in for the position of full time charge nurse/hostess
of the cuddle room when it officially opens.  Slupski gets to be in charge of the lighting. I
recommended Barry White music to both him and Ray. I was just laying here with my cats in my
own cuddle room thinking that Chris Botti music might be more appropriate.
https://www.youtube.com/watch?v=CREYEKv7T4
**Video link no longer works.  Archived version not available.  Google search indicates it was
Barry White- Practice What You Preach.



Practice What You Preach - Barry White - (Lyrics)

308K views · 2 years ago

**January 30, 2016 9:56 am**
Nancy Lewen  https://www.youtube.com/watch?v=OXFiugVo7JU



**January 30, 2016 9:58 pm**
Nancy Lewen Here's Chris Bottie and Sting together in concert.
https://www.youtube.com/watch?v=DpYYJgvgDmo



<u>Shape of My Heart lyrics</u>

He deals the cards as a meditation  And those he plays never suspect
He doesn't play for the money he wins He don't play for respect
He deals the cards to find the answer The sacred geometry of chance
The hidden law of a probable outcome The numbers lead a dance
I know that the spades are the swords of a soldier  I know that the clubs are weapons of war
I know that diamonds mean money for this art But that's not the shape of my heart
He may play the jack of diamonds He may lay the queen of spades
He may conceal a king in his hand While the memory of it fades
I know that the spades are the swords of a soldier  I know that the clubs are weapons of war
I know that diamonds mean money for this art  But that's not the shape of my heart
That's not the shape  The shape of my heart
If I told her that I loved you  You'd maybe think there's something wrong
I'm not a man of too many faces  The mask I wear is one
But those who speak know nothing  And find out to their cost
Like those who curse their luck in too many places And those who fear are lost
I know that the spades are the swords of a soldier I know that the clubs are weapons of war
I know that diamonds mean money for this art But that's not the shape of my heart That's not the
shape of my heart That's not the shape The shape of my heart


**February 9, 2016  8:04 am**
Nancy Lewen This is exhubby's kampung (village) in Malaysia.
https://www.youtube.com/watch?v=dPlq-kq8B2w



Gurdwara Sahib Mantin
1.8K views · 5 years ago

This video is about a Sikh Gurdwara (religious temple) in Mantin Malaysia whose well water is
rumored to contain magical healing powers.

**February 12, 2016 8:02 am**

Nancy Lewen https://www.youtube.com/watch?v=SYIV4qXsXf0



*Beyond Good and Evil* is a comprehensive overview of Nietzsche's "mature" philosophy.

**February 12, 2016 8:10 am**

Nancy Lewen If I took in a mature responsible college student boarder, one of the responsibilities in addition to yard work might be to empty the cat litter boxes in exchange for free rent. I'm an eccentric cat lady, have two cats already, and may even get another one. I lived in East Anglia UK in the 1908's and had Irish neighbors, what can I say.

https://www.youtube.com/watch?v=y_zhZeRNfSg



Arachnia weaves and she weaves so well
She weaves a passage where the Gods will fly
Athena laughs as she casts her spell
While she watches from her loom on high
Athena, Athena    Goddess-born lady, you're a jealous one
And Arachnia knows that you were watching her
Waiting for her work to be undone
Athena, have you set the quest
Will you take the weave and will you break the weft
Or will you let this lady spin her tapestry
Of a tale untold and then set her free?
Arachnia weaves and she weaves so well
She weaves a passage where the Gods will fly
Athena laughs as she casts her spell
While she watches from her loom on high
Arachni, Arachnia   The Goddess Athena's got a quest for you
And you must weave a story of the Gods that rule
In all their mystery and you must tell it true
So Arachnia's woven the seven moons
She's spun the silver thread upon an applewood loom
And she's told the story of the Gods that rule
In all their mystery and yeah she's told it true
Arachnia weaves and she weaves so well
She weaves a passage where the Gods will fly
Athena laughs as she casts her spell
While she watches from her loom on high
So Athena came to earth disguised as a crone
To gaze upon the tapestry this mortal women's sewn
And in and out the fabric that stretched across the loom
The sins and the secrets of the Gods were shown
Athena, Athena  Goddess-born lady, you're an angry one
And as you spin your spell around Arachnia
To shift her shape into a weaving one
And as Arachnia sits and weaves upon her web
She casts her mind back and she remembers when
She told the story of the Gods that rule  In all their mystery and she told it true
Arachnia weaves and she weaves so well  She weaves a passage where the Gods will fly
Athena laughs as she casts her spell
While she watches from her loom on high
Arachnia weaves and she weaves so well
She weaves a passage where the Gods will fly
Athena laughs as she casts her spell
While she watches from her loom on high

**February 19, 2016  1:56 pm**

Nancy Lewen "Everyone jump upon the peace train Come on the peace train Get your bags together Go bring your good friends too 'Cause it's getting nearer  It soon will be with you" ~ Cat Stevens (Yusaf Islam) https://www.youtube.com/watch?v=HExjPn547Z0



Cat Stevens Peace Train 2014 Rock & Roll Hall of Fame Induction

709K views · 5 years ago

**February 19, 2016 4:21 pm**

Nancy Lewen In a lecture at the Pentagon last year, this Sikh woman beautifully explains the concept of Seva, (selfless service.)  It's worth watching the whole video. https://www.youtube.com/watch?v=6E7BSZkw7sc



Seva: The Call of Our Times - Sermon at the Pentagon by Valarie Kaur

43K views · 5 years ago

# A SIKH SERMON AT THE PENTAGON: SEVA, THE CALL OF OUR TIMES

*Waheguru Ji Ka Khalsa, Waheguru Ji Ki Fateh.*

Thank you to the Pentagon Chaplain for gathering us here for the Sikh celebration of Vaisakhi. I am honored to reflect with you on the Sikh tradition of service – *seva* – and what it means for us, here and now.

In this moment, we know that children are lying beneath the rubble of the earthquake in Nepal without chance of rescue. Families are mourning as the smoke clears from another ISIS car bombing. The Supreme Court is debating recognition of the human heart to love anyone without reference to gender or sexual preference. And just forty minutes away from Washington, a city is burning in the wake of another killing of a young, unarmed black man in what our President has called – from Ferguson to Staten Island to Baltimore – "a slow-rolling crisis."

We may be tempted to turn away from these crises of our time. But the Sikh faith calls us to face the fires of life, no matter how they rage – and respond. Service is the core of Sikh practice, but it's not the kind of service we think we know. Seva is not safe. Seva is not easy. Seva means selfless service. To pursue a life of seva is to walk boldly into the hot winds of the world with a saint's eyes and a warrior's heart – and draw from a deep well of love to pour our body, breath, and blood into others.

This kind of selfless service requires the courage of Mai Bhago, the 17th century Sikh woman warrior who told forty soldiers who abandoned their post during a great battle: "You will not hide from the fire. You will return to the fight – and I will lead you." Donning a turban and mounting a horse with a sword in her hand, she led them when no one else would. Because seva means becoming the one you are waiting for.

I believe that seva is the call of our time. Let me show you why.

Five centuries ago in South Asia, Guru Nanak, our first teacher, found himself in a similar time of crisis – a time of violence between Hindus and Muslims, denigration of women, and cruelty towards the poor. One day, the story goes, Nanak disappeared by the river for three days; people thought him a dead man, a drowned man, but he had experienced a divine revelation and emerged with a single profound utterance on his lips: *Ik Onkar*, God is One; we are One.

Guru Nanak was birthed anew. He began singing a song of Oneness – music and poetry meant to lift us into sacred experience. When we pray like that, our ego – *haumai*, the voice inside us that separates self from selflessness – starts to quiet. And something marvelous happens: we fall in love.

"I see no stranger," Guru Nanak said. "I see no enemy." When we are in love, we begin to see with new eyes: we look upon the faces of people who are different from us and say: *Brother. Sister. I cannot live if you are dying. I cannot stand by if you are suffering.* That kind of love is revolutionary. When we serve the

child, the parent, the family, the community, the country, we do so not out of obligation but because we love them; and in turn, that kind of love saves us.

Only through seva do you attain God, Guru Nanak taught us. That means: we pray to remember God (*simran*) but we serve to realize God (*seva*). That's why the way we serve matters, not with stress or despair, but with joy and boundless optimism called Chardi Kala. In fact, every Sikh gurdwara (house of worship) contains a prayer hall and a langar hall, a place where we cook and serve free meals, so that we can practice serving selflessly.

But remember, seva is not safe. "If you want to play the game of love with me," says Guru Nanak, "then step onto my Path with your head on your hand."

Our first teacher called us to play the game of love. Two hundred years later, our tenth teacher showed us how. In 1699, Guru Gobind Singh called Sikhs to a clearing in a place in Northern India called Anandpur Sahib. It was another time of crisis. The Sikh community was struggling to survive onslaught at the hands of Mughal rulers. Our numbers were dwindling, and the future was dark.

There stood the Guru – a warrior dressed in a tall turban, sword in hand, often seen with a falcon on his shoulder. He rose before the thousands with fire in his eyes, and called out: "Who among you is ready to give your head for the love of God and one another?" The crowd was silent. The wind rustled, and the people did not move – until one brave soul, Daya, stepped forward.

The Guru took Daya inside a tent and a few moments later, emerged with his sword dripping with blood, and called: "Now, who else is ready to give their head for love?" Not a word was spoken. The wind rustled, and the people did not move. Until courage stirred within another, Dharam, and he stepped forward and entered the tent. The Guru emerged once again with the same call, again and again, until five had offered their lives. The Guru appeared once more, but this time, he opened the tent for all to see – and there they stood. They were all alive and well, but they were changed.

"These are my *Panj Pyare*," said the Guru. "My five beloved ones. These are the ones who were willing to offer their body, breath, and blood for the sake of love. The death of their egos has birthed them anew. The Guru gave them new names and anointed them, and was anointed by them in return.

On that day, we as a community were also birthed anew. We too shed our old separate names and were given new names – Singh and Kaur, lion and lioness – to honor our equality and courage. We received the gift of five articles of faith, including long uncut hair, which men and some women wrap in a turban, so that we may never hide from the call to serve again.

That is the story of Vaisakhi. That's why we are here today – to celebrate our birth as the Khalsa, a spiritual sister and brotherhood, a collective body of beloved ones.

Now, I have a confession. As a little girl, this story always made me tremble. After all, isn't it madness to give up your life like that? But today, I see the story's meaning with new eyes. Seva springs from a love so deep we would give our lives for it.

When I gave birth to a baby boy a few months ago, and held my son for the first time, I knew that I would give my life for him. I looked at my own mother and saw all the ways she had poured her body, breath, and blood into me. What greater bravery, what deeper love? If the story of Vaisakhi calls us to serve selflessly, then perhaps motherhood is our most ancient and profound model. So today, as we celebrate Vaisakhi, let us honor all of those who teach us the truth of seva, the same way mothers and fathers show devotion to the lives of their children and their children after them.

Let us honor our elders who teach us how to hold fast to our faith in the fire – like my grandfather Captain Gurdial Singh who followed seven generations before him and served in the military, fighting on the frontlines in World War II against Hitler's armies. When his British commander told him to remove his turban, he refused, saying, "My turban represents my faith, and I cannot serve without faith." So he went to war and when German aircraft swooped down and shot his best friend, he did not run. He wrapped his friend's wounds with the cloth of his turban and brought him home. Because seva means leaving no one behind.

Let us honor the faith and fearlessness of all our uniformed soldiers, including the Sikh Americans in this room: Corporal Simran Preet Singh Lamba, Captain Tejdeep Singh Rattan, Colonel Tina Kaur Sodhi, Staff Sargent Bree Kaur, Petty Officer Geena Kaur Sidhu, Senior Airman Jasreen Kaur, Private Sukhreet Kaur, and Lieutenant Jaspreet Kaur Saini.

Let us honor Major Kamal Singh Kalsi, a decorated hero who when treating the wounded in Afghanistan, was moved to tears when one young bleeding soldier looked at him and said, "Thank you, brother." Because seva inspires love in others.

Finally, let us honor all the brothers and sisters in this room who are fighting for justice with modern-day swords – the lawsuit, the camera, the megaphone – not to vanquish others but to reconstitute the cultures and institutions that separate us.

When Sapreet Kaur steers the Sikh Coalition to become the voice of a whole community, when Rajdeep Singh fights for our civil rights in the halls of power, when Gunisha Kaur sheds light on human rights atrocities, when Gurjot Kaur files lawsuits to challenge policy, when Ava Master uses online tools to tell our stories on the open Internet, when Ravi Bhalla responds to those in need as City Councilman, when

Harinder Kaur Khalsa swears to serve her community as Deputy Sheriff, when Amandeep Singh Sidhu speaks truth to power in court, when Simran Jeet Singh wields his mighty pen, when Inni Kaur expresses the strength of truth in her voice, and when this week, my friend and brother Deeptej Singh stood with renowned LGBTQ advocate Sharon Groves just steps away from the Supreme Court to pray for the equality of all people – they show us what seva looks like in America today.

Because seva means standing up for the dignity of every person, including those who do not look like us.

That is why my friend Mayor Steve Scafiddi is here today. He has stood up for our community ever since a white supremacist opened fire in a Sikh house of worship in his city three years ago, leaving six people dead. The death toll would have been higher – it should have been higher – but one of his city's police officers took seventeen bullets defending our community. Lt. Brian Murphy, a former marine, was willing to offer up his life to save people who did not look like him.

When Lt. Murphy was shot to the ground that day, he thought of the people inside the gurdwara and kept moving in order to give the gunman a target. When he felt death lulling him to sleep, he thought of his wife and children and willed himself awake. And when help finally arrived and he was rushed to the hospital, he kept asking after his fellow police officers. His service was not any single act; it came from his way of being.

Since then, Lt. Murphy has come to know and love the community he nearly died for. When I told him I was coming to the Pentagon, he said, "Anyone who has been in the military knows that when we greet one another we ask: 'Have you been in the service?' Service is at the forefront of the Sikh religion. I don't know of any other principles needed more by a prospective serviceman.'"

Sikh values are American values. The Sikh tradition of service captures the best of America.

Seva calls us to look upon the faces of people who are different from us as our own brothers and sisters – whether Black, Latino, LGBTQ, Muslim or Sikh.

Seva calls us to the burning city streets, to the steps of the Supreme Court, to the halls of the Pentagon, so we can show that all lives matter.

All lives matter. Which brings us back to where we began: Seva is the call of our time.

When I look at my son and all I hope for him, my throat catches. I know if he chooses to love like that, to serve like that, he will not be safe. But it is the only way to truly live.

"Courage is fear that has said its prayers," says my friend Bishop Gene Robinson.

So I draw my son close and whisper in his ear the prayer my grandfather taught me: "*Tati vao na lag*i" – the hot winds cannot touch you, not when you walk the path of true service. Even if you are beaten down. Even under a rain of fire. Even if you are bleeding – in the birthing room or on the battlefield – the hot winds cannot touch you. Because you are with the holy, and of the holy. You are with God, and of God. You are with love, and of love. And that kind of love saves us all. *Waheguru Ji Ka Khalsa, Waheguru Ji Ki Fateh.*

**February 19, 2016  10:06 pm**
Nancy Lewen British humor.   https://www.youtube.com/watch?v=O_-h7ihvGa8



Hale & Pace - Moscow Vice
72K views · 9 years ago

**February 21, 2016  8:17 am**
Nancy Lewen https://www.youtube.com/watch?v=iL7ndxWgW5A



The Sword - Maiden, Mother & Crone
[OFFICIAL VIDEO]
1.2M views · 12 years ago

Lyrics  Maiden, Mother & Crone  The Sword

The maiden sitting by her pool
Was first to hear my pleas
As she looked into the water
She recited these words to me
Walk not down that road
I can not tell you where it goes
Ask me no more questions
Some things you weren't meant to know
The mother toiling in the fields
Her apron full of seeds
As she dropped them to the earth
She recited these words to me
Walk not down that road
I can not tell you where it goes
Ask me no more questions
Some things you weren't meant to know
The greater mysteries
Cannot be shown
Divided by three
The are the maiden, the mother, the crone
Finally I found the crone
Walking through the trees
She looked in my eyes
As she recited these words to me
Go before the maiden
Get down on your knees
Should you win her favor
She may tell you what she sees
The harvest is reaped
Seeds are shown
Multiplied by three
She is the maiden, the mother, the crone

**February 21, 2016 9:45 pm**

Nancy Lewen I have no doubt that Ray will be able to defend himself against my harassment complaint.

https://www.youtube.com/watch?v=3lPZKf3y7l4



Blackbird - Sarah McLachlan

343K views · 9 years ago

Blackbird   The Beatles
Blackbird singing in the dead of night  Take these broken wings and learn to fly
All your life You were only waiting for this moment to arise
Blackbird singing in the dead of night  Take these sunken eyes and learn to see
All your life  You were only waiting for this moment to be free
Blackbird fly, blackbird fly  Into the light of a dark black night
Blackbird fly, blackbird fly  Into the light of a dark black night
Blackbird singing in the dead of night  Take these broken wings and learn to fly
All your life  You were only waiting for this moment to arise
You were only waiting for this moment to arise  You were only waiting for this moment to arise

**February 22, 2016 7:56 am**

Nancy Lewen Ray was singing this song this morning and trying to think of who sang it.  I couldn't remember either.  https://www.youtube.com/watch?v=2uUbyTGOIxk

**Video unavailable.  Archived version available.

https://web.archive.org/web/20170607164200/https://www.youtube.com/watch?v=2uUbyTGOIxk



**February 24, 2016 1:12 pm**

Nancy Lewen Sat Sri Akaal. I privately told Dawn several times last Fall that by the time Pretam discovered he had a brain tumor the size of a grapefruit, he was in the emergency room crashing. He agreed to the surgery, and it was mostly his best friend who agreed to the surgery. In hindsight, he's said numerous times that he's glad to be alive and all, but would have been okay with being in Paradise.    https://www.youtube.com/watch?v=lTp-7cal3II



**February 26, 2016  2:28 pm**

Nancy Lewen Mr. G sort of reminds me of the Cat Stevens song.

https://www.youtube.com/watch?v=MRHN7nUg26M

**Video no longer available, but archived version indicates it was Cat Stevens  How Can I Tell You

https://web.archive.org/web/20150617064604/https://www.youtube.com/watch?v=MRHN7nUg26M



Yusuf / Cat Stevens - How Can I Tell You (Live, 1970)
527K views · 1 year ago

**February 26, 2016  2:42 pm**

Nancy Lewen I'm not Muslim, but I've studied a little bit about Islam.  I left a Bible sitting on the Unit E desk behind the computer.  I think it was around page 720 where the Song of Solomon starts, which is a sexual/sensual Biblical love poem very similar to the message of the Taj Mahal that was built by Shah Jahan as the tomb for his favorite wife, Mumtaz Maha.  Yanni sums it up well in the beginning of this video.  "Love is All."  https://youtube.com/watch?v=hBKwtnvfYZA

That link is no longer available, but I clearly remember what the video was.



Love is all - Yanni

**February 27, 2016  8:37 pm**

Nancy Lewen Every time I hear this song I'll have a fond memory of Matt and the look I can imagine he had on his face two months later when he got a copy in the mail of the letter I sent to his wife on behalf of his daughters, who I never even met. Lol

https://www.youtube.com/watch?v=zvCBSSwgtg4



The Lumineers - Ho Hey (Official Video)

227M views · 8 years ago

Ho Hey    The Lumineers

Ho Hey Ho Hey  I been trying to do it right
(Hey) I been living a lonely life (Ho) I been sleepin' here instead
(Hey) I been sleepin' in my bed  (Ho) I been sleepin' in my bed (hey ho)
so show me family  (Hey) all the blood that I will bleed
(Ho) I don't know where I belong  (Hey) I don't know where I went wrong
(Ho) but I can write a song (hey)  I belong with you, you belong with me, you're my sweetheart
I belong with you, you belong with me, you're my sweet' (ho)
Hey (come on now) Ho  Hey
I don't think you're right for him (Hey) think of what it might have been if we
(Ho) took a bus to chinatown  (Hey) I'd be standin' on canal (ho) and Bowery (hey)
(Ho) she'd be standin' next to me (hey)
I belong with you, you belong with me, you're my sweetheart
I belong with you, you belong with me, you're my sweetheart
Love we, need it now  Let's hope, for some
'Cause oh, we're bleedin' out
I belong with you, you belong with me, you're my sweetheart
I belong with you, you belong with me, you're my sweet'(ho)
Hey Ho Hey

**February 27, 2016**

Nancy Lewen Actually, Matt didn't just drink a little bit too much. He drank waaaay too much, and truly reminded me of my alcoholic exhubby2. That's his problem, not mine, but I do credit Matt for introducing me to the dark and stormy drink. I had never had it, and it's yummy in moderation.   https://www.youtube.com/watch?v=gXJG0N6_n_A



**February 27, 2016  9:59 pm**

Nancy Lewen I admit that I'm partially half drunk right now because I'm so overtired that I can't sleep and I'm trying to knock myself out so I can wake up refreshed tomorrow. But I'm quite serious when I say that I came to the decision last June that I don't plan to have sex with any more men unless I plan to make love to that person for the rest of my life. I've never had casual sex until last year, and I didn't even realize at the time that that's what it was. It really made me do alot of soul searching. When I was watching Bible videos, (I know I'm weird,) I ran across this youtube video that's a wedding. They wrote their own vows. What these two people say to each other is pretty much what I want for the rest of my life. I'm not a fling type. Just wanted to mention that in case you ever want to go to the Cleveland Museum of Art with me. https://www.youtube.com/watch?v=NAUjfnlBYvk.



# PHOTOS FROM FACEBOOK MESSAGES

## UNDERLINED PICTURES WERE PROVIDED BY BARRY BLASIC TO DMVA IN UNEMPLOYMENT COMPENSATION  EXHIBIT E-14

## PICTURES THAT ARE NOT UNDERLINED ARE BASED ON MY MEMORY

| | |
|---|---|
| September 14, 2015  10:30 am | I think it was a photo of my backyard |
| September 14, 2015  10:31 am | I think it was a photo of my backyard |
| September 14, 2015  10:31 am | I think it was a photo of my backyard |
| October 3, 2015  7:13 pm | Unknown. |
| October 6, 2015  8:05 am | I think it was a photo of my front porch |
| October 6, 2015  8:05 am | I think it was a photo of my front porch |
| October 6, 2015  8:05 am | I think it was a photo of my pressure washer |
| October 6, 2015 8:06 am | I think it was a photo of a hammer and chisel |
| October 26, 2015 6:21 pm | I think it was a photo of a stained glass suncatcher that broke |
| November 12, 2015 12:19 pm | I think it was a photo of an email about a job at VA |
| November 12, 2015 12:23 pm | I think it was a photo of the bottom of the same email |
| December 7, 2015 8:01 pm | I think it was a photo of nutcracker soldiers |
| December 7, 2015 8:08 pm | Unknown |
| December 31, 2015 8:25 pm | I think it was a photo of a guy on the online dating website |
| December 31, 2015 8:26 pm | Unknown |
| January 3, 2016 4:37 pm | I think it was a photo of my livingroom wall |
| January 3, 2016 5:15 pm | I think it was a photo of the dates for a museum exhibit |
| January 3, 2016 5:32 pm | I think it was a photo of the dates of another exhibit |
| January 5, 2016 9:29 pm | Unknown |
| January 6, 2016 8:46 am | Photo of my eye, like the "all seeing eye." |
| January 6, 2016 9:21 am | Photo of text message from a nurse who had been fired |
| January 7, 2016 9:24 am | I think it was a photo of a text message from a man |
| January 7, 2016 10:06 am | Photo of the zipper of my pink fuzzy robe. |
| January 7, 2016 10:07 am | Photo of my feet in my slippers |
| January 8, 2016 3:01 pm | Photo of me looking at the back of me in a mirror |
| January 9, 2016 5:13 am | Photo of the Unit C first floor hallway |
| January 9, 2016 5:17 am | Photo of my extra heavy duty bra strap |
| January 10, 10:45 am | Photos of me in an old Glamour Shot and St. Teresa |
| January 12, 2016 3:50 am | It was a photo of the school bus stop/street corner |
| January 16, 2016 9:32 pm | Screenshot of Personal Care Home laws |
| January 19, 2016 3:47 pm | I think it was a photo of a woman from the online dating site |
| January 19, 2016 5:50 pm | I think it was a photo of Barry Blasic from online dating site |
| January 21, 2016 11:53 am | Unknown |
| January 22, 2016 2:57 pm | Unknown |
| January 22, 2016 3:49 pm | Unknown |
| January 26, 2016 5:31 am | Unknown |
| January 26, 2016 1:01 pm | Unknown |
| January 30, 2016 9:56 am | Unknown |

| | |
|---|---|
| February 9, 2016 7:58 am | Unknown |
| February 12, 2016 8:12 am | I think it was a photo of my spare bedroom |
| February 12, 2016 8:14 am | I think it was a photo of my other spare bedroom |
| February 12, 2016 8:16 am | I think it was a photo of my basement |
| February 14, 2016 9:55 am | Unknown |
| February 16, 2016 10:13 am | <u>Photo of me and my front door and snowy driveway</u> |
| February 16, 2016 7:01 pm | Unknown |
| February 17, 2016 9:06 pm | Unknown |
| February 18, 2016 8:26 am | I think it was a photo of my blood sugar level |
| February 18, 2016 8:26 am | Unknown |
| February 18, 2016 12:28 pm | <u>Photo of my second ex husband and I from 2006</u> |
| February 18, 2016 12:29 pm | <u>Photo of my second ex husband passed out drunk</u> |
| February 18, 2016 12:31 pm | Unknown |
| February 19, 2016 10:05 pm | <u>Photo of me in nursing uniform ready to work Unit C</u> |
| February 20, 2016 7:41 am | <u>Photo of DMVA policies on car seat beside me</u> |
| February 20, 2016 7:44 am | <u>Photo of me in car</u> |
| February 21, 2016 9:48 am | <u>Photo of a computer screen with typing on it</u> |
| February 21, 2016 8:05 am | Unknown |
| February 23, 2016 7:07 am | <u>It was a photo of a typewritten document</u> |
| February 23, 2016 7:19 am | <u>Photo of sex position drawing; "Closed for Business"</u> |
| February 23, 2016 7:23 am | <u>Photo of sex position drawing; "The Lazy Man"</u> |
| February 23, 2017 7:27 am | <u>Photo of sex position drawing; "The Cat"</u> |
| February 23, 2016 7:30 am | I think it was a photo of my cat |
| February 23, 2016 7:51 am | I think it was a photo of my other cat |
| February 24, 2016 1:05 pm | Unknown |
| February 26, 2016 4:30 pm | Unknown |
| February 28, 2016 8:09 am | Unknown |
| February 28, 2016 8:10 am | <u>Screenshot of sex offender database</u> |
| February 28, 2016 8:32 am | <u>Screenshot of news story with photo of children playing</u> |
| February 28, 2016 10:11 am | Unknown |
| February 28, 2016 10:13 am | I think it was a photo of a dining room |
| February 28, 2016 10:13 am | I think it was a photo of a kitchen |
| February 28, 2016 10:15 am | I think it was a photo of a livingroom |
| February 28, 2016 11:36 am | Unknown |
| February 28, 2016  1:12 pm | Unknown |
| February 28, 2016  1:13 pm | Unknown |
| February 28, 2016  1:13 pm | Unknown |
| February 28, 2016 1:14 pm | Unknown |
| February 28, 2016 1:14 pm | Unknown |
| February 28, 2016 1:15 pm | Unknown |
| February 28, 2016 1:15 pm | Unknown |
| February 28, 2016 1:16 pm | Unknown |
| February 28, 2016 1:16 pm | Unknown |
| February 28, 2016 1:17 pm | Unknown |
| February 28, 2016 1:17 pm | Unknown |

February 28, 2016 1:18 pm          Unknown
February 28, 2016 1:18 pm          Unknown
February 28, 2016 1:19 pm          Unknown
February 29, 2016 7:56 am          Unknown


**Post termination email and possibly relevant public posts on social media by Barry Blasic**

On June 13, 2016, the evening after the civil service hearing, an interesting email was sent to me by Barry and his then new "anonymous" girlfriend. The way that it is entitled is simply "Hegira" with no explanation for that title. It was written in the form of creative writing. Barry wrote the first part of the letter, and ended his part by saying, "Oh yeah, and FUCK YOU." His new anonymous girlfriend wrote the second part, anonymously, and I replied to them.

Merriam Webster online dictionary 3rd edition defines the word Hegira as "a journey, especially when undertaken to escape from a dangerous or undesirable situation : EXODUS." It further explains that in the year A.D. 622, the prophet Muhammad was forced to flee his native city, Mecca, to escape persecution from those who rejected his message. Muhammad, the founder of Islam, migrated with a number of his followers to Medina, where they were guaranteed protection by local clans. This event, which traditionally marks the beginning of the Islamic era, is known in Arabic as the *Hijra*-literally, "departure." That Arabic term passed into Medieval Latin (where it was modified to *Hegira*) and from there it eventually made its way into English. By the mid-18th century, English speakers were using *hegira* for other journeys too, especially arduous ones. (Merriam-Webster online dictionary.)

Barry is not Muslim. He provided no explanation for why he titled his email in that interesting way. Barry could not have been referring to my departure from PSSH, since I had not willingly left or fled the workplace to a safe, protected place to avoid persecution. Quite the

opposite.  I had faced the fire and confronted the persecution head on from the beginning.  It was

Barry and Rhonda who soon fled to other nursing jobs within months.  I think he was referencing

some of my last posts in the Facebook messages, which were Islam themed.    Over four years ago,

in a Facebook message on February 26, 2016,  I wrote to Barry,

> "I'm not Muslim, but I've studied a little bit about Islam.  I left a Bible
> sitting on the Unit E desk behind the computer.  I think it was around page 720
> where the Song of Solomon starts, which is a sexual/sensual Biblical love poem
> very similar to the message of the Taj Mahal that was built by Shah Jahan as the
> tomb for his favorite wife, Mumtaz Maha.  Yanni sums it up well in the beginning
> of this video.  "Love is All."  https://youtube.com/watch?v=hBKwtnvfYZA

Public record at the Pennwatch.pa gov website shows that Barry remained in employment

at PSSH for only another six months after testifying at my Civil Service and Unemployment

Compensation hearings, until some date after December 15, 2016 and before January 15, 2017.

A few months later, May 18, 2017, Barry Blasic, the Defendant's  "star witness" in the

administrative hearings, publicly posted this "Star Wars" photo and comment on his Twitter social

media page.  It might be irrelevant and have nothing to do with this case, or it might be intended

mockingly.  There is no way to know for sure without directly questioning Barry Blasic:



---

[5] The Star Wars character, "Chewbacca" is a legendary Wookiee warrior and Han Solo's longtime co-pilot. He
continues to serve as faithful first mate to carry out daring missions against the First Order behind the controls of
the Millennium Falcon. Known as "Chewie" to his closest friends, he was part of a core group of rebels who restored

On February 26, 2020, exactly four years after I sent him the "Love is All" video on February 26, 2016, Barry Blasic temporarily changed his profile photo on Facebook, publicly showing himself standing there with a very serious look on his face, wearing a suit coat, while symbolically displaying the middle finger. In western culture, the middle finger is a gesture symbolically showing "contempt." Barry's public display of the middle finger on Facebook on the four year anniversary date of the "love is all" Facebook message could be mere coincidence. Or it could be circumstantial evidence of "something" in relation to this case. Without asking him directly, there really is no way of knowing if Barry's display of the middle finger on February 26, 2020 had anything at all to do with this case.



(Youtube music video that I sent to
Barry Blasic on February 26, 2016)

(Barry Blasic's temporary Facebook photo,
added on February 26, 2020.)

freedom to the galaxy during the reign of the Galactic Empire. Known for his short temper and accuracy with a bowcaster, Chewie also has a big heart and unwavering loyalty to his friends. (Star Wars Databank. https://www.starwars.com/databank/chewbacca. Retrieved June 15, 2020)