IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NANCY E. LEWEN, | ) |
| | ) |
| Plaintiff, | ) Case No: 17-148 |
| | ) |
| vs. | ) |
| | ) |
| COMMANDANT BARBARA RAYMOND, | ) *Electronically Filed* |
| | ) |
| Defendant. | ) |

## MOTION TO WITHDRAW OF APPEARANCE

AND NOW, comes the Defendant Raymond by their attorneys, Scott A. Bradley, Senior Deputy Attorney General and Karen M. Romano, Chief Deputy Attorney General, Litigation Section, and respectfully request:

1. The appearance of Anna Zalewski be withdrawn as counsel for Defendant Raymond.

2. Defendant Raymond.will still have representation through the Office of Attorney General via counsel Senior Deputy Attorney General Scott A. Bradley.

3. Neither Plaintiff nor the Defendants will be prejudiced in any way for granting this request to withdraw the appearance of Anna Zalewski.

WHEREFORE, Defendants' respectfully request the the Motion to Withdraw the Appearance of Anna Zalewski be Granted

                                              Respectfully Submitted,

                                              JOSH SHAPIRO
                                              Attorney General

By:   */s/ Scott A. Bradley*
       Scott A. Bradley
       Sr. Deputy Attorney General
       Attorney I.D. No. 44627

       KAREN ROMANO
       CHIEF DEPUTY ATTORNEY GENERAL

OFFICE OF ATTORNEY GENERAL
1251 Waterfront Place
Mezzanine Level
Pittsburgh, PA 15222

Date: March 17, 2021

**CERTIFICATE OF SERVICE**

I, Scott A. Bradley, Senior Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on March 17, 2021, I caused to be served a true and correct copy of the foregoing document titled *Motion to Withdraw Appearance of Anna Zalewski* to the Plaintiff via CM/ECf System:

NancE. Lewen
1837 State Highway 285
Apt. 2
Espyville, PA 16424

By: */s/ Scott A. Bradley*
Scott A. Bradley
Sr. Deputy Attorney General

OFFICE OF ATTORNEY GENERAL
1251 Waterfront Place
Mezzanine Level
Pittsburgh, PA 15222

Date:  March 17, 2021