IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NANCY E. LEWEN, | ) |
| | ) |
| Plaintiff, | ) C.A. No. 17-148 Erie |
| v. | ) |
| | ) |
| PENNSYLVANIA SOLDIERS' | ) |
| AND SAILORS' HOME, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

NOW, this 25th day of July, 2024, for the reasons set forth in the accompanying Memorandum Opinion, IT IS ORDERED that:

1. Plaintiff's motion styled as a "Motion in Limine" and docketed at ECF No. [123] is GRANTED insofar as Plaintiff requests leave to supplement the summary judgment record with the evidentiary items appended to her motion, including the "supplement" filed at ECF No. 123-6. The Motion is DENIED insofar as Plaintiff is requesting the Court to compel the production of additional images or video links related to the Facebook messaging printout at Defense Exhibit 9.

2. Plaintiff's motion styled as a "Motion in Limine" and docketed at ECF No. [124] is GRANTED insofar as Plaintiff seeks to exclude consideration of Defendant's Exhibits 12 and 13, consisting of notes from Plaintiff's Pre-Disciplinary Conference. Plaintiff's motion is DENIED insofar as it relates to Defendant's Exhibits 1, 8, and 30.

3. Defendant's motion for summary judgment, ECF No. [113], is GRANTED.

4. As there are no other matters pending before the Court in the above-captioned case, the Clerk is directed to mark this civil action "CLOSED."

SUSAN PARADISE BAXTER
United States District Judge