# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NANCY E. LEWEN, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 17-148 Erie |
| v. ) | |
| ) | |
| PENNSYLVANIA SOLDIERS' ) | |
| AND SAILORS' HOME, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER OF JUDGMENT

NOW, this 25th day of July, 2024, pursuant to Rule 58 of the Federal Rules of Civil Procedure, JUDGMENT is hereby entered in favor of Defendant, Commandant Barbara Raymond, and against Plaintiff, Nancy E. Lewen, with respect to Plaintiff's claim under 42 U.S.C. §1983 predicated on the alleged violation of her First Amendment Rights.

*[signature]*
SUSAN PARADISE BAXTER
United States District Judge

1