# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NANCY E. LEWEN,** | : |
| | : **Civil Action No. 1:17-cv-148** |
| **Plaintiff,** | : |
| | : |
| v. | : |
| | : **Judge Susan Paradise Baxter** |
| **PENNSYLVANIA SOLDIERS AND** | : |
| **SAILORS HOME et al.** | : |
| | : |
| **Defendant.** | : |

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Nancy E. Shreve formerly Lewen, pro se, appeals to the United States Court of Appeals for the Third Circuit from the Order, Order of Judgment, and Memorandum Opinion (ECF 152, 153, 154) entered on July 25, 2024 and the interlocutory Order and Memorandum Opinion (ECF 67, 68) entered on March 25, 2019.

This appeal is taken under 28 U.S.C. §1291 and Fed.R.Civ.P. 54(b).

Informal brief will be timely filed and served by United States Postal Service.

No oral argument requested.

Respectfully submitted on this 8th day of August 2024.

/s/ Nancy E. Shreve formerly Lewen.