## THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NANCY E. LEWEN,** : | |
| : | **Civil Action No. 1:17-cv-148** |
| **Plaintiff,** : | |
| : | |
| **v.** : | |
| : | **Judge Susan Paradise Baxter** |
| **PENNSYLVANIA SOLDIERS AND** : | |
| **SAILORS HOME et al.** : | |
| : | |
| **Defendant.** : | |

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of **NOTICE OF APPEAL** was served upon the Defendant's attorney, the Pennsylvania Attorney General, by filing through the ECF system.

/s/ Nancy E. Shreve, formerly Lewen     August 8, 2024
94 Park Street
Orwell, PA 44076