UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 24-2478
_____

NANCY E. LEWEN,
Individually and on behalf others so situated also known as Nancy E. Shreve,
Appellant

v.

PENNSYLVANIA SOLDIERS AND SAILORS HOME, (PSSH); COMMANDANT BARBARA RAYMOND, In her Individual and Official Capacity; PENNSYLVANIA DEPARTMENT OF MILITARY & VETERANS AFFAIRS, (DMVA); BRIGADIER GENERAL ANTHONY CARRELLI, Adjutant General, In his Individual and Official Capacity; PENNSYLVANIA CIVIL SERVICE COMMISSION; CHAIRMAN BRYAN R. LENTZ, In his Individual and Official Capacity; COMMISSIONER ODELFA SMITH PRESTON, In her Individual and Official Capacity; COMMISSIONER GREGORY M. LANE, In his Individual and Official Capacity; UNKNOWN BOARD MEMBERS Pennsylvania Department of Labor and Industry, Unemployment Compensation Board of Review, (UCBR); KATHY M. MANDERINO, Secretary, in her Individual and Official Capacity; LINDA A KERNS, Committee Member, In her Individual and Official Capacity; SHERRI LUCHS, Committee Member, in her Individual and Official Capacity; PENNSYLVANIA BUREAU OF PROFESSIONAL AND OCCUPATIONAL AFFAIRS, (BPOA); PENNSYLVANIA DEPARTMENT OF HEARING EXAMINERS; CHRISTOPHER K. MCNALLY, Hearing Examiner, In his individual and official capacity
_____

On Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. Civil Action No. 1:17-cv-00148)
District Judge: Honorable Susan Paradise Baxter
_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
February 13, 2025

Before: KRAUSE, PHIPPS, and ROTH, <u>Circuit Judges</u>

———————

**JUDGMENT**

———————

This cause came to be considered on the record from the United States District Court for the Western District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a) on February 13, 2025.  On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the judgment of the District Court entered July 25, 2024, be and the same is hereby affirmed.  Costs taxed against the appellant.  All of the above in accordance with the opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: June 5, 2025